UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BAYONG BROWN BAYONG** and **AHMED ADEM** | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Case No. 1:20-cv-989 |
| **COUNTY OF BUTLER, OHIO;** **THE BUTLER COUNTY BOARD OF COMMISSIONERS; BUTLER COUNTY JAIL; CORRECTION OFFICERS A. ROBERTS, L. BROWNING, AND BLANKTON.** | : : : : : : : | Judge Timothy S. Black |
| Defendants. | : : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e), John Camillus, trial attorney for Mr. Bayong and Mr. Adem in the above-referenced action, hereby moves the court to admit Amy E. Norris *pro hac vice* to appear and participate as counsel or co-counsel in this case for plaintiffs.

Movant represents that Amy E. Norris is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate of good standing from that court and that Amy E. Norris is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Amy E. Norris' relevant identifying information is as follows:

| | |
|---|---|
| Business Address: | **Amy E. Norris** <br> Norris Law <br> 616 E Street N.W. <br> Washington, DC 20004 |
| Business Telephone: | (202) 830-1225 |
| Business e-mail: | amy@mwlc.org |

Amy E. Norris understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this motion.

       */s/ John C. Camillus*
       John C. Camillus, Trial Attorney (0077435)
       **Law Offices of John C. Camillus, LLC**
       P.O. Box 141410
       Columbus, OH 43214
       (614) 992-1000
       (614) 559-6731 (Facsimile)

       *Counsel for Plaintiffs Bayong Brown Bayong and Ahmed Adem*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically through the Court's CM/ECF System this 15th day of January, 2021. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.

       */s/ John C. Camillus*
       John C. Camillus (0077435)