IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Bayong Brown Bayong and Ahmed Adem | : | |
| | : | Case No. 1:20-cv-00989 |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| County of Butler, Ohio, *et al.* | : | |
| | : | |
| Defendants. | | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Now comes Attorney Angelica M. Jarmusz and hereby enters her appearance as co-counsel of record for Defendants County of Butler, Ohio, the Butler County Board of Commissioners, Butler County Jail, and Corrections Officers A. Roberts, L. Browning, and Blankton in the above-captioned matter. The undersigned respectfully requests that she be added to the service lists of the Court and of all parties to the within case.

Respectfully Submitted,

s/ Angelica M. Jarmusz
Angelica M. Jarmusz (0092249)
Daniel T. Downey (0063753)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
(614) 221-1216 - Telephone
(614) 221-8769 - Facsimile
ddowney@fisheldowney.com
ajarmusz@fisheldowney.com
*Attorneys for Defendants County of Butler, Ohio, the Butler County Board of Commissioners, Butler County Jail, Corrections Officers A. Roberts, L. Browning, and Blankton*



FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP
Attorneys at Law

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Notice of Appearance of Co-Counsel** was served, via the Court's CM/ECF system, upon all counsel this 19th day of January 2021.

/s/ Angelica M. Jarmusz
Angelica M. Jarmusz (0092249)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Attorney for Defendants County of Butler, Ohio, the Butler County Board of Commissioners, Butler County Jail, Corrections Officers A. Roberts, L. Browning, and Blankton*

*CORSA Litigation\Butler\Bayong\Pleadings (Word)\NOA AMJ.docx*

FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP — Attorneys at Law
2
7775 Walton Parkway
Suite 200
New Albany, Ohio 43054
(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com