# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BAYONG BROWN BAYONG, *et al.*, | : | Case No. 1:20-cv-989 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| COUNTY OF BUTLER OF THE STATE OF OHIO, *et al.*, | : | |
| Defendants. | : | |

## CALENDAR ORDER

This civil action came before the Court for a preliminary pretrial conference by telephone on May 11, 2021 at 10:30 a.m. John Camillus and Amy Norris appeared on behalf of Plaintiffs. Aneglica Jarmusz appeared on behalf of Defendants. The Court hereby enters the following Calendar Order:

| | |
|---|---|
| Exchange of initial disclosures under Fed. R. Civ. P. 26(a)(1): | **June 11, 2021** |
| Motions to amend the pleadings and/or add additional parties: | **June 25, 2021** |
| Initial settlement demand: | **June 28, 2021** |
| Motions directed to the pleadings: | **July 23, 2021** |
| Response to settlement demand: | **July 26, 2021** |
| Status conference by telephone parties shall call into 1-888-684-8852:[1] | **July 28, 2021 at 10:00 a.m.** |

---

[1] Access code: 8411435; Security code: 123456. All status conferences are with Judge Black.

| | |
|---|---|
| Disclosure of law witnesses: | **January 4, 2022** |
| Close of fact discovery: | **February 4, 2022** |
| Plaintiff's expert designation(s) and report(s): | **March 4, 2022** |
| Defendants' expert report(s) and designation(s): | **April 1, 2022** |
| Rebuttal expert report(s)/designation(s): | **April 22, 2022** |
| Close of expert discovery: | **May 20, 2022** |
| Dispositive motion deadline: [2] | **June 20, 2022** |
| Final pretrial conference: | **October 24, 2022 at 10:00 a.m.** |
| Trial date: | **October 31, 2022 at 9:30 a.m.** |

**IT IS SO ORDERED.**

Date: 5/11/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge

---

[2] See the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/FPBlack.