# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**BAYONG BROWN BAYONG, et al.,**

    **Plaintiffs,**

  v.                                        **Case No. 1:20-cv-989**
                                                  **JUDGE DOUGLAS R. COLE**

**COUNTY OF BUTLER, OHIO, et al.,**

    **Defendants.**

## FOURTH AMENDED CALENDAR ORDER

This cause comes before the Court on the Parties' Joint Motion to Modify Case Schedule (Doc. 26). The Court hereby **GRANTS** the Motion. Based on the proposed dates in the Motion, deadlines are amended as follows:

| | |
|---|---|
| Plaintiff Adem's deposition: | **October 28, 2022** |
| Plaintiffs' expert report(s) and designation(s): | **November 30, 2022** |
| Defendants' expert report(s) and designation(s): | **January 13, 2023** |
| Rebuttal expert report(s) and designation(s): | **February 10, 2023** |
| Expert discovery deadline: | **March 13, 2023** |
| Dispositive motion deadline:[1] | **April 14, 2023** |
| Final Pretrial Conference: | **To be determined** |
| Jury Trial: | **To be determined** |

---

[1] See the Standing Order governing Civil Motions for Summary Judgment.

**SO ORDERED.**

September 26, 2022
**DATE**

**DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE**