## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Bayong Brown Bayong and Ahmed Adem | : | |
| | : | Case No. 1:20-cv-00989 |
| Plaintiffs, | : | Judge Jeffery P. Hopkins |
| | | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| County of Butler, Ohio, *et al.* | : | |
| | : | |
| Defendants. | | |

### DEFENDANTS' NOTICE OF FILING DEPOSITION TRANSCRIPTS

Now come Defendants, Butler County, Ohio, the Butler County Board of Commissioners, the Butler County Jail, and Corrections Officers "A. Roberts, L. Browning, and Blankton," through undersigned counsel, and hereby give notice to this Court of the filing of the following deposition transcripts:

- Plaintiff Bayong Brown Bayong taken on July 18, 2022

- Plaintiff Ahmed Adem (Vol. I) taken on October 17, 2022

    Errata Sheet

- Plaintiff Ahmed Adem (Vol. II) taken on October 20, 2022

    Errata Sheet

Respectfully Submitted,

s/Daniel T. Downey
Angelica M. Jarmusz (0092249)
Daniel T. Downey (0063753)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
(614) 221-1216 - Telephone
(614) 221-8769 - Facsimile
ddowney@fisheldowney.com
ajarmusz@fisheldowney.com
*Attorneys for Defendants County of Butler, Ohio, the Butler County Board of Commissioners, Butler County Jail, Corrections Officers A. Roberts, L. Browning, and Blankton*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing ***Defendants' Notice of Filing Deposition Transcripts*** was filed electronically through the Court's system this 13th day of April 2023. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system, as certified by the Court's Certificate of Service generated upon filing.

s/Daniel T. Downey
Daniel T. Downey (0063753)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Counsel for Defendants County of Butler, Ohio, the Butler County Board of Commissioners, Butler County Jail, Corrections Officers A. Roberts, L. Browning, and Blankton*