1          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
2                  WESTERN DIVISION

3                      - - -

4    Bayong Brown Bayong      :
     and Ahmed Adem,          :
5                             :
          Plaintiffs,         :
6                             :
     vs.                      :   Case No. 1:20-cv-00989
7                             :
     County of Butler,        :
8    Ohio, et al.,            :
                              :
9         Defendants.         :

10

11                     - - -

12   VIDEOCONFERENCE DEPOSITION OF BROWN BAYONG BAYONG

13                     - - -

14              Monday, July 18, 2022
                9:00 a.m.
15              (Via Zoom)

16

17                     - - -

18              TRACI E. PEOPLES

19           PROFESSIONAL REPORTER

20                     - - -

21

22

            ANDERSON REPORTING SERVICES, INC.
23               3040 Riverside Drive
                Columbus, Ohio 43221
24                (614) 326-0177

```
 1    APPEARANCES:

 2            AMY E. NORRIS, Attorney at Law
              Norris Law Group
 3            616 E Street NW, Suite 1156
              Washington, D.C. 20004
 4            Telephone:  (202) 830-1125
              E-mail:  norris.ae@gmail.com
 5
                   On behalf of the Plaintiffs.
 6

 7            DANIEL T. DOWNEY, Attorney at Law
              Fishel Downey Albrecht & Riepenhoff
 8            7775 Walton Parkway, Suite 200
              New Albany, Ohio 43054
 9            Telephone:  (614) 221-1216
              E-mail:  ddowney@fisheldowney.com
10
                   On behalf of the Defendants.
11
                         - - -
12

13    ALSO PRESENT:

14        Mary Claire-Spurgin

15                       - - -

16

17

18

19

20

21

22

23

24
```

```
 1                        MONDAY MORNING SESSION
                          July 18, 2022
 2                        9:00 a.m.

 3

 4                            - - -

 5                        STIPULATIONS

 6                            - - -

 7            It is stipulated by and between counsel

 8   for the respective parties herein that this

 9   deposition of BROWN BAYONG BAYONG, a plaintiff

10   herein, called by the defendants under the statute,

11   may be taken at this time and reduced to writing in

12   stenotypy by the notary, whose notes may thereafter

13   be transcribed out of the presence of the witness;

14   and that proof of the official character and

15   qualifications of the notary is waived.

16                            - - -

17

18

19

20

21

22

23

24
```

```
1                    I N D E X

2                       - - -

3    WITNESS                                    PAGE

4      BROWN BAYONG BAYONG
             Cross-Examination                    5
5            (By Mr. Downey)
             Direct Examination                 106
6            (By Ms. Norris)
             Recross-Examination                135
7            (By Mr. Downey)

8                       - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                P R O C E E D I N G S

 2                        - - -

 3                BROWN BAYONG BAYONG,

 4   being by me first duly sworn, as hereinafter

 5   certified, testifies and says as follows:

 6                        - - -

 7                CROSS-EXAMINATION

 8   BY MR. DOWNEY:

 9   Q.        I'm just going to go over a few

10   deposition ground rules.  I'm going to ask you a

11   number of questions today.  If at any point you

12   don't understand one of my questions, please let me

13   know that.  Otherwise, for purposes of the record,

14   we will accept that you understood the question and

15   answered it accurately.  Can you agree to that?

16   A.        Yes.

17   Q.        I'll ask that you permit me to finish

18   asking questions before you answer so that we take

19   down a clean record for the court reporter.

20              If at any time --

21              MS. NORRIS:  Can I -- I just have a quick

22   question.  I would like (technical difficulty) --

23              MR. DOWNEY:  I'm sorry?

24              MS. NORRIS:  Are we recording --
```

```
 1                THE WITNESS:  (Inaudible.)

 2                MS. NORRIS:  Just one second.

 3                Are we recording this today?

 4                MR. DOWNEY:  We are recording via steno.

 5                MS. NORRIS:  I'm sorry?

 6                MR. DOWNEY:  The court reporter is taking

 7    down a record, but we're not videotaping today.

 8                MS. NORRIS:  Oh, okay.  So you're not --

 9    you don't have a -- You're not videotaping this at

10    all?

11                MR. DOWNEY:  No.

12                MS. NORRIS:  Okay.  Is it possible that

13    we can?  Or are you --

14                MR. DOWNEY:  It's not my area of

15    expertise, Amy.

16                MS. NORRIS:  If you do, like, "Meeting,

17    Record," then it will work.  But it says, like, I

18    have to ask the host to record.

19                MR. DOWNEY:  Yeah.  I think we have a

20    court reporter, so we don't need to record it.

21                MS. NORRIS:  Okay.  So that request is

22    denied?

23                MR. DOWNEY:  Yeah.

24                But I was in the middle of my question.
```

Brown Bayong/Bayong
7/18/2022

1  BY MR. DOWNEY:

2  Q.         Mr. Bayong, will you agree to let me know

3  if you don't understand the question?

4  A.         (Inaudible; Technical difficulty.)

5            MS. NORRIS:  Mr. Bayong, I know we

6  chatted on Friday, and the connection was good.  Was

7  it where you are now?  Or --

8            THE WITNESS:  I will take myself

9  somewhere I will be able to talk.

10            MS. NORRIS:  I think it might also be the

11  headphones, because that was the issue last time.

12            THE WITNESS:  Yes.

13            MR. DOWNEY:  We can go off the record.

14                (Discussion held off the record.)

15            MR. DOWNEY:  Let's go back on the record.

16  BY MR. DOWNEY:

17  Q.         Mr. Bayong?

18  A.         Yes, sir.

19  Q.         If you need to take a break for some

20  reason, as long as a question is not outstanding,

21  just let us know and we'll accomplish that.  Okay?

22  A.         Yes, sir.

23  Q.         Is anybody present with you physically as

24  you are being deposed today?

```
 1  A.          No.

 2  Q.          What is your physical location currently?

 3  A.          I'm in Douala, Cameroon, West Africa.

 4  Q.          What is the street address for your

 5  current location?

 6  A.          It's -- Bonamoussadi.  Bonamoussadi

 7  Douala.  237.  237 Bonamoussadi Douala.

 8  Q.          Could you -- Would you mind spelling that

 9  for the court reporter, just so we can get a clean

10  record?

11  A.          Spell it?

12  Q.          Yes, please.

13  A.          All right.  Bonamoussadi is B, for "boy,"

14  O, for "orange," N for --

15              MS. NORRIS:  I'm going to object and

16  instruct him not to --

17  A.          -- A, for "apple," M, for --

18              MS. NORRIS:  Mr. Bayong, one second.

19  Mr. Bayong, one second.

20  A.          -- U --

21              MR. NORRIS:  Can you hear me?

22              Just one second.  I'm going to object to

23  that.  Because -- because --

24              MR. DOWNEY:  Because why?
```

```
 1              MS. NORRIS:  It's not relevant.

 2              MR. DOWNEY:  His physical location is

 3   relevant for the record.

 4              MS. NORRIS:  Because -- so you can --

 5              MR. DOWNEY:  You've already talked over

 6   your witness twice.  We've had two objections, I

 7   think.  Okay?  Let him tell us his physical

 8   location.  It's already in the record, the name of

 9   it, and the court reporter is not going to be able

10   to write that down.  I couldn't understand the name

11   of the street.  So --

12              MS. NORRIS:  You could contact my client

13   through counsel.  You would object if I had -- If I

14   asked any of your witnesses, you would --

15              MR. DOWNEY:  Not his physical location of

16   the deposition.  This is ridiculous.  Okay?  This is

17   ridiculous.  His physical location is perfectly

18   appropriate and acceptable and necessary in order to

19   take down a clean record for this deposition.

20              So are you instructing your client not to

21   tell us what his street address is, where we're

22   conducting this deposition?

23              MS. NORRIS:  I was.  I was actually

24   saying that.
```

```
 1               MR. DOWNEY:  Then go ahead.  If that's
 2   your intention, instruct him not to --
 3               MS. NORRIS:  You can contact my client
 4   through counsel.
 5               MR. DOWNEY:  Let me finish.
 6               If that is your intention, please do it
 7   and let's move on.  It's going to be a long day.
 8               MS. NORRIS:  If, when it's my turn to
 9   speak, you'll let me speak.
10               MR. DOWNEY:  It's going to be a long
11   deposition.
12               So it's not a question of you having a
13   turn to speak.
14               MS. NORRIS:  I have --
15               MR. DOWNEY:  Your role is to --
16               MS. NORRIS:  I am allowed to object, and
17   you will not speak over me.
18               MR. DOWNEY:  No.  Your role is to object
19   if you think a question I've asked is not
20   acceptable.  It's not to say things.  It's not to
21   make a speaking objection.  None of that is
22   acceptable or appropriate.
23               MS. NORRIS:  I'm not -- Let the record --
24                    (Attorney cross-talk.)
```

```
 1              MR. DOWNEY:  Those are the rules.
 2   BY MR. DOWNEY:
 3   Q.        Now, Mr. Bayong, are you going to finish
 4   spelling the street name where you are currently at
 5   for your physical presence in the deposition?
 6              MS. NORRIS:  Mr. Bayong, you can
 7   continue.  You are allowed to continue.  I am
 8   allowing you.
 9   A.        The street address is 237 Bonamoussadi
10   Douala, B-o-n-a-m-o-u-s-s-a-d-i.
11   Q.        Thank you.
12              Can your state your full name for the
13   record.
14   A.        My full name is Brown Bayong Bayong.
15              MR. DOWNEY:  Court reporter, did you get
16   that?
17              THE COURT REPORTER:  Yes.  I believe he
18   said Bayong Brown Bayong.
19              THE WITNESS:  No.  Brown Bayong Bayong.
20              THE COURT REPORTER:  Okay.  Thank you.
21   BY MR. DOWNEY:
22   Q.        Thank you, sir.
23              And what is your date of birth?
24   A.        12/02/68.
```

```
 1   Q.          Thank you for stating that.

 2               And where do you currently reside?

 3   A.          Right now, I'm in Douala, Cameroon.

 4   Q.          Do you reside with anyone else?

 5   A.          Say that again.

 6   Q.          Do you live with anyone else?

 7   A.          Yes.

 8   Q.          With whom do you live?

 9   A.          I can't hear you.

10   Q.          With whom do you live?

11   A.          I live with some family friends.

12   Q.          So they're friends of yours?

13   A.          They are family friends, right.

14   Q.          How long do you plan to stay at that

15   location?

16   A.          I want to stay there as long as -- until

17   I get a place by myself.

18   Q.          As you're sitting there today, do you

19   have any plans to move any time soon?

20   A.          Not quite.

21   Q.          When were you deported back to Cameroon?

22   A.          End of the -- yes, I think the 18th of

23   May or something.  The 18th of May.

24   Q.          And how long had you been in the United
```

```
 1   States at that time?

 2   A.          It was four years and some months.

 3   Q.          Did you live in any state other than Ohio

 4   during the time that you lived in the United States?

 5   A.          I lived in Ohio.

 6   Q.          Anywhere else while you were in the

 7   United States?

 8   A.          Living?  I lived in Ohio.

 9   Q.          Yes.  But my question is:  Did you live

10   in any other state?

11   A.          I traveled, but I lived in Ohio.

12   Q.          Okay.  Is Ohio the only state you lived

13   in in the United States?

14   A.          No.  I lived in Ohio.

15               Sorry.

16   Q.          Okay.

17   A.          Right.

18   Q.          Were you ever in Maryland?

19   A.          Say that again.

20   Q.          Were you ever in Maryland?

21   A.          I went to Maryland for visiting.  I did

22   not live in Maryland.

23   Q.          Are you still legally married to

24   Veronica?
```

```
 1   A.         Still legally married.

 2   Q.         So you are?

 3   A.         Still legally married, yes.

 4              THE COURT REPORTER:  I'm sorry.  Did you

 5   say "still legally married" or "illegally married"?

 6              THE WITNESS:  Still legally married.  We

 7   are married.  That's what I mean.

 8              THE COURT REPORTER:  Thank you.

 9   BY MR. DOWNEY:

10   Q.         Now, did Veronica file for divorce in May

11   of 2022?

12   A.         I don't know.  That, I don't know.

13   Q.         Are you aware that -- of the fact of any

14   divorce proceeding with Veronica?

15              MS. NORRIS:  Objection.  This is not a

16   family law matter.  Relevancy.

17              MR. DOWNEY:  Inappropriate objection.

18   BY MR. DOWNEY:

19   Q.         Are you aware of the fact that -- of a

20   divorce case with Veronica?

21   A.         That, I'm not aware of.

22   Q.         Have you been married to anyone else?

23   A.         No.

24   Q.         What date did you marry Veronica?
```

```
 1   A.        Say that again.
 2   Q.        When did you marry Veronica?
 3   A.        I married her in March of 2018.
 4   Q.        Prior to 2019, prior to being
 5   incarcerated, what was your source of income?
 6   A.        I was a truck driver.
 7   Q.        Where did you work?
 8   A.        I used to do deliveries for a company
 9   they called Ryder's (phonetic.)  Cameroon Ryder's
10   and ADE Movers.
11   Q.        Can you spell the name of your employer?
12   A.        Say that again.
13   Q.        Can you write the name of your employer?
14   A.        Yeah.  Ryder's, R-a-d-y-s -- -d-e-y-s.
15   R-a-d-e-y-s.  Ryder's.
16   Q.        And how long did you work there?
17   A.        I worked there for, like -- probably like
18   a couple of months or something.  I can't remember.
19   I worked there not too long.  It was -- I can't
20   remember.
21   Q.        Do you know what your rate of pay was?
22   A.        Say that again.
23   Q.        What was your salary there?
24   A.        I can't remember.
```

```
 1   Q.         Did you work with any other employers
 2   through you time in the United States?
 3   A.         I was working with ADE Movers.  At one
 4   point, I did deliveries for Menard's.
 5   Q.         How long did you work at ADA [sic]
 6   Movers?
 7   A.         ADE Movers was a company that me and my
 8   wife had.  We both had the company.  So we were
 9   with -- did contracts from other companies.  I was
10   working for the ADE Movers as well.
11   Q.         Did you say you were an owner/operator of
12   ADA Movers?
13   A.         Yes.  My wife had the company, so I was
14   working on the company.
15   Q.         How many hours a week did you work for
16   ADA Movers?
17   A.         Say that again.
18   Q.         How many hours was your workweek?
19   A.         I can't remember.  I have been
20   incarcerated for a long time.  I think my mental
21   health issues have affected it.  I can't remember.
22   Q.         Have you ever treated with any healthcare
23   practitioner for mental health concerns?
24   A.         I think I met a couple of them.  I can't
```

1   really remember.  I can't remember.

2   Q.          As you sit here today, is it fair to say

3   that you can't remember receiving any treatment for

4   mental health challenges that you may have?

5   A.          I can't remember.  Right.  I can't

6   remember.  I don't think I had.  I can't remember

7   anything.

8   Q.          Have you taken any steps to find

9   employment?

10  A.          Say that again.

11  Q.          Are you currently employed?

12  A.          Right now, I'm not employed.

13  Q.          Have you taken any steps to obtain

14  employment?

15  A.          No.  Not right now.

16  Q.          Okay.  Are you under any physical

17  restriction by any healthcare practitioner from

18  being able to work?

19  A.          I -- I haven't met any as yet, for the

20  moment.

21  Q.          Has any doctor or person affiliated with

22  a healthcare practitioner that you've visited --

23  A.          I'm intending to visit a doctor.

24  Q.          -- advised you that you are not to work

1  for any reason?

2  A.          I am intending to visit a doctor.  I am

3  intending to visit a doctor next week.

4  Q.          So my question is:  As you sit here

5  today, has any doctor or other healthcare

6  practitioner ever advised you that you're physically

7  unable to work?

8  A.          Like I said, I still have to meet a

9  doctor.  Yeah, I am intending to meet somebody to

10 give me an answer to that.  I am intending to see

11 somebody for that.

12 Q.          But my question -- I understand that you

13 are planning to see a doctor next week.  Is that

14 correct, Mr. Bayong?

15 A.          Yes, sir.

16 Q.          But as you sit here today, is it fair to

17 say that no healthcare practitioner has ever advised

18 you that you have physical limitations from

19 performing work?

20 A.          That, I can't remember.

21 Q.          Have you treated with any healthcare

22 practitioner since your return to Cameroon?

23 A.          I still have to.

24 Q.          Excuse me?

```
 1   A.        I still have to meet them.
 2             MS. NORRIS:  He hasn't seen anyone.
 3   BY MR. DOWNEY:
 4   Q.        You haven't seen anyone, Mr. Bayong?
 5   A.        Yes.  I said I still have to see them,
 6   yes.
 7   Q.        Okay.  So as you sit here today, you
 8   haven't seen anyone yet; is that correct?
 9   A.        Yeah.  I said I haven't seen any of them
10   yet.
11   Q.        And I apologize for the delay that's
12   taking place.  I'm trying to do this as quickly as I
13   can.
14             Who do you intend to see next week?
15   A.        I have to see some doctors and mental
16   health practitioners.
17   Q.        Do you currently have an appointment with
18   any healthcare practitioner?
19   A.        Currently have employment?
20   Q.        An appointment with any healthcare
21   practitioner.  Do you have any appointment with
22   anyone?
23   A.        No.  I still have to set it up.
24   Q.        Okay.  Now, have you -- Were you declared
```

1   indigent by the Franklin County Municipal Court in

2   January of 2020?

3   A.          Say that again.

4   Q.          Were you declared indigent, or unable to

5   pay for legal counsel, when you appeared in muni

6   court in January of 2020?

7   A.          I can't remember.

8   Q.          Did you ever physically pay any of the

9   lawyers who represented you for various criminal

10  matters over the last four years?

11  A.          Yeah.  I think I did, yes.  Sure.  Yeah,

12  I think so.  Yes.

13  Q.          Who did you pay?  And not with respect to

14  your current case, but just with respect to the

15  criminal matters.

16  A.          I can't remember the name of that law

17  firm, but I think it's -- oh, I think I paid it to

18  the law firm and -- oh, I can't remember the name of

19  that law firm which I paid again.

20  Q.          Okay.  Had you been in America prior to

21  coming in 2018?

22  A.          No.

23  Q.          Where did you live prior to coming to the

24  United States in 2018?

```
 1   A.        I left Douala.

 2   Q.        I didn't understand you.

 3   A.        I left Douala.  I left Douala.

 4   Q.        Spell that for me.

 5   A.        I left Cameroon.

 6   Q.        Oh, Cameroon.  Okay.

 7             Is that where you've lived your whole

 8   life?

 9   A.        Yes.

10   Q.        Did you graduate from high school?

11   A.        Yes, sir.

12   Q.        And what year did you graduate?

13   A.        I can't remember, sir.  I can't remember.

14   Q.        Do you have any post-high school

15   education?

16   A.        Say that again.

17   Q.        Do you have any post-high school

18   education?

19   A.        Yes.

20   Q.        Can you tell me about that?

21   A.        I got a -- I mean, it was educated over

22   here.  It's different from what you guys do in the

23   United States.  So I don't know -- When you talk

24   about high school education, I don't know what
```

1  you're talking about.

2  Q.        Do you have a diploma in international

3  trade and transit?

4  A.        Yes.  Yes.  Yeah, I do.  I do.  Global

5  Professional Training Center.

6  Q.        And that's in Douala, Cameroon; correct?

7  A.        That's in Douala, Cameroon.  Right.

8  Q.        And what year did you obtain that degree?

9  A.        I don't know.  I can't remember.  Maybe

10  2013 or '12 or something like that.  I can't

11  remember.  I think '12 or '13.  I can't remember.

12  Q.        Can you briefly tell me your employment

13  history in Cameroon prior to coming to the United

14  States.

15  A.        I was working with a transit firm in

16  Douala, working at the Douala seaport with a transit

17  firm.

18  Q.        What were your job duties and

19  responsibilities?

20  A.        I was a transit guy.  I was working at

21  the port in import and export.  Import and export

22  from the port.

23  Q.        So what does that mean?  Were you loading

24  trucks or --

```
 1   A.          Not loading trucks.  Putting containers
 2   that go on transit and clearing containers that come
 3   into our import or from export service.
 4   Q.          Were you physically assisting with the
 5   moving of the --
 6   A.          I wasn't physically -- I wasn't
 7   physically moving.  I was doing the paperwork and
 8   then doing the exportation.  And during the
 9   exportation, they remove the container from the port
10   and stuff like that.
11   Q.          What was your salary for that position?
12   A.          That, I can't remember.  I can't
13   remember.
14   Q.          Do you file anything like tax returns in
15   Cameroon?
16   A.          Not to the best of my knowledge.
17   Q.          What was the name of the employer that
18   you worked for when you were doing your transit
19   position?
20   A.          I did work with BB Trans.  I worked with
21   BB Trans.
22   Q.          What was your reason for coming to the
23   United States?
24   A.          I got married to my wife, and we had to
```

```
 1  move.  I had to move.  We had to be together.

 2  Q.         Is she an American?

 3  A.         She is.

 4  Q.         Did you meet her in Cameroon?

 5  A.         Yes.

 6  Q.         Do you have any children with Veronica?

 7  A.         No.

 8  Q.         Do you have any children at all?

 9  A.         Yes, I do.  I do have two kids.

10  Q.         What are their names and ages?

11  A.         My boy, Carson, is 11.  And then my

12  daughter, Favour, which is five.

13  Q.         Can you spell that name.

14  A.         F-a-v-o-u-r.

15  Q.         Where do they currently reside?

16  A.         Carson is in the U.S., and Favour is in

17  Cameroon.

18  Q.         Do you live with either of your children?

19  A.         Not at the moment.

20  Q.         When is the last time you've seen either

21  of your children?

22  A.         I spoke with my son yesterday; my

23  daughter as well.

24  Q.         Have you been married to anyone other
```

```
 1   than Veronica?
 2   A.          No.
 3   Q.          Now, was Franklin County the first place
 4   that you were incarcerated in the United States?
 5   A.          No.
 6   Q.          Tell me about the first time you were
 7   incarcerated and where you were.
 8   A.          I was incarcerated at Butler County.  It
 9   started in Butler County.
10   Q.          Now, I just want to make sure I
11   understand the records, Mr. Bayong.  Did you spend
12   time in the Franklin County Jail prior to going to
13   the Butler County Jail?
14   A.          Prior to Butler County Jail?
15   Q.          Yeah.
16   A.          No.  I was first incarcerated in -- first
17   incarcerated in Butler County.
18   Q.          Did you spend any time in the Morrow
19   County Jail?
20   A.          Yes, I did.
21   Q.          Okay.  Was that prior to Butler County?
22   A.          That was the second time, which I was
23   incarcerated in Butler before.  And then I went to
24   Franklin.  And after Franklin, I came back -- I came
```

Brown Bayong Bayong
7/18/2022

1  to Morrow.  From Morrow, I went back to Butler.

2  Q.        So were you an ICE detainee?

3  A.        Yes.

4  Q.        And what is your understanding of what an

5  ICE detainee is?

6  A.        I don't have -- I don't know.  They said

7  I had immigration -- They detain me for immigration

8  violation.

9            MS. NORRIS:  Daniel, if I may, my intern

10  is in the waiting room, and I wanted her to . . .

11            MR. DOWNEY:  Oh, I'm sorry.  Hold on.

12            (Ms. Spurgin joins the proceeding.)

13  BY MR. DOWNEY:

14  Q.        So, Mr. Bayong, I have you entering the

15  Butler County Jail on June 5, 2020.  Does that

16  square with your recollection?

17  A.        I can't remember the date.  I can't

18  remember.  But -- I can't remember.  I think it

19  was -- I don't know.  I just know in Butler County

20  in 2020.  I can't remember the date or month.

21  Q.        If I represented to you that you first

22  arrived there on June 5th of 2020 and that you were

23  released to ICE custody on December 9, 2020, would

24  you have any reason to disagree with me?

```
1   A.          I wasn't released.  I was staying in
2   custody.  I stayed in ICE custody until I was
3   transferred.  Because they had a detainer -- they
4   had an ICE detainer on me when I was transferred.
5   So I wasn't released.
6   Q.          Okay.
7   A.          I stayed in ICE custody.
8   Q.          Okay.  And I didn't mean to suggest you
9   were released.  It's just you were transferred to a
10  different location --
11  A.          Yes, sir.
12  Q.          -- on December 9th.
13  A.          Right.
14  Q.          I just want to make sure we have the
15  dates correct for when you were in Butler County.
16  A.          I don't know.  I don't know anything
17  about the dates, sir.
18              MS. NORRIS:  You know the records -- I'm
19  sure there's records of that from the jail.
20              MR. DOWNEY:  Yeah, we've got those.
21  BY MR. DOWNEY:
22  Q.          Where did you go directly after Butler
23  County?
24  A.          Franklin County.
```

1  Q.        And is it fair to say that you weren't

2  treated for any medical issues during your time in

3  Franklin County, after leaving the Butler County

4  Jail?

5  A.        I can't hear you.  Can you say that

6  again?

7  Q.        Would it be fair to say that you weren't

8  treated for any medical conditions in Franklin

9  County after being released from the Butler County

10  Jail?

11  A.        Medical conditions?

12  Q.        Correct.

13  A.        I think -- Yeah.  Franklin County was way

14  better than Butler.  I don't know.  Because they

15  took me to the hospital once or something like that.

16  I don't know.  I can't remember.  I think it was

17  there.

18  Q.        Yeah.  And I don't -- And my question is

19  very specific, though, Mr. Bayong.  Did you receive

20  any medical treatment from any healthcare provider

21  after being transferred from the Butler County Jail

22  on December 9, 2020?

23  A.        I can't remember.  I think so.  Yes, I'm

24  sure.  But I can't remember.

1  Q.          Did you review any documents prior to

2  your deposition today to refresh your memory,

3  Mr. Bayong?

4  A.          I did.

5  Q.          Did you review any medical records that

6  you had from your time being incarcerated in the

7  United States?

8  A.          No.

9  Q.          Did you review any medical documents

10 regarding your stay in any jail or prison in the

11 United States, with the exception of Butler County,

12 Ohio?

13 A.          I did not.

14 Q.          Now, did you enter the Geauga County Jail

15 in June of 2021?

16 A.          I can't remember, sir.  I can't remember

17 those dates.  I remember I was in Geauga County.  I

18 can't remember.

19 Q.          Okay.  And let me ask you this,

20 Mr. Bayong.  During the time that you treated for

21 health conditions while you were incarcerated in the

22 United States, were you truthful and honest with

23 those healthcare practitioners who attempted to

24 assist you?

Brown v. Bayong Bayong
7/18/2022

```
 1   A.          Yes.

 2   Q.          Did you sign various documents during the

 3   time that you were incarcerated at the various jails

 4   and prisons in the United States between 2019 and

 5   your ultimate deportation in 2022?

 6   A.          I can't remember signing anything.  I

 7   can't remember signing anything.

 8   Q.          What does it mean to you when you sign

 9   your name to a document?

10   A.          Say that again.

11   Q.          What does it mean to you when you sign

12   your name to a document?

13   A.          I don't know.  I mean, just like putting

14   my name on a document saying that, oh, these people

15   agree to carry out, you know, medical treatment or

16   stuff.  I don't know.  I don't know.

17          MS. NORRIS:  Are you -- Just to clarify,

18   are you talking in general or in the context of the

19   medical -- providing medical --

20          MR. DOWNEY:  Just in general.  You know,

21   I just wanted to know what his thought was on it.

22          MS. NORRIS:  Okay.  Okay.  So generally.

23          MR. DOWNEY:  Which, I mean, I think he

24   told me.
```

```
 1              MS. NORRIS:  Generally -- Did you want
 2   further clarification?  I think he was talking,
 3   actually, in the medical context when he received
 4   ibuprofen or something and he didn't feel like there
 5   was complete medical attention.
 6              MR. DOWNEY:  Well, my question was "any
 7   document."
 8   BY MR. NORRIS:
 9   Q.         Mr. Bayong, you were asked to sign
10   various documents during the time you were
11   incarcerated; correct?
12   A.              I can't remember.  I still can't remember
13   documents -- signing documents or not.  I can't
14   remember that.
15   Q.         When you went for the first time to a new
16   facility, were you asked questions about your
17   overall physical health and well-being at the time
18   that you were admitted to a new facility?
19   A.              When I move to a new facility, they don't
20   give you the time to ask those questions.  They just
21   book you and take you to your cell.  They don't give
22   you any time to ask questions.
23   Q.         Okay.  So did you -- Do you have any
24   recollection, as you sit here today, of answering
```

```
 1   questions regarding your overall physical and mental
 2   well-being at the times that you were admitted into
 3   various jails and prisons in the United States
 4   between --
 5   A.          I can't remember.  I can't remember.
 6   Q.          Let me finish the question.  Okay?
 7               -- between 2019 and your departure in
 8   2022?
 9   A.          I can't remember.
10   Q.          Okay.  So would you agree with me that if
11   there are records of questions and answers being
12   given to you and answers provided by you the various
13   times that you were admitted into the facilities,
14   that that would be a better source of whether you
15   were asked those questions than your memory?
16   A.          I can't remember.  Honestly, it's been
17   long.  I feel like -- I told you I've been fucked up
18   mentally.  So I can't really remember most of those
19   things.  So I don't know.
20   Q.          And I understand that you're having
21   memory issues with respect to, you know,
22   incarcerations.  And you were moved around quite a
23   bit while you were in the United States.  But my
24   question is a specific one, which is a "yes" or
```

1   "no."  If there are records that showed that you

2   were asked questions and you did provide answers,

3   would you have any reason to disagree with that?

4   A.       Maybe they ask some questions and then --

5   You know, because when you get in there, it's just

6   like -- they'll still be using like -- they'll be

7   putting some kind of pressure on you and stuff like

8   that.  You know, sometimes they do -- don't even

9   sign.  Like, I can remember in Butler County I did

10  not sign anything over there.  Those papers in

11  Butler County, you won't see my signature there.  I

12  remember one time they just pulled the paper away

13  from me and dropped it over there.  I don't think my

14  signature is on any of those papers.  I don't think

15  so.

16  Q.       Let me ask you this, Mr. Bayong.  As you

17  sit here today, do you recall complaining of any

18  medical -- physical or mental issue during the

19  admittance process in any jail or prison while you

20  were incarcerated in the United States between 2019

21  and your departure in 2022?

22  A.       Physical?  Did you say physical?

23  Q.       I said physical or mental condition.

24  A.       I can't remember, sir.

1    Q.         Did you have any physical altercations

2    with inmates during the time that you were in the

3    Geauga County Jail?

4    A.         Yes, I think I did once.

5    Q.         And what happened?

6    A.         I can't remember.  I can't remember all

7    that happened during that incident.  But it was some

8    kind of -- I don't know if it was some kind of

9    racial slur that was used or something.  So I can't

10   remember or something.  I can't -- I'm trying to

11   remember what happened.

12   Q.         Do you recall where you were when the

13   incident occurred?

14   A.         Where I was?

15   Q.         Yeah.  Was it in a day area?  Were you in

16   a cell?  Please tell me what happened.

17   A.         In the day area.  It was in the day area.

18   It was in the day area.

19   Q.         Did you punch another inmate?

20   A.         I did.  We had a physical confrontation.

21   Q.         Who was it?

22   A.         Who was it?  I can't remember his name.

23   I can't remember.

24   Q.         And what led to the altercation?

```
 1   A.          I said was -- I can't actually remember
 2   what happened.  But he used some kind of a racial
 3   slur or something or said something, which in
 4   that -- which started the whole confrontation.
 5   Q.          Did you have any other physical
 6   confrontation with any other inmates at any facility
 7   during the time that you were incarcerated in the
 8   United States between 2019 and your departure in
 9   2022?
10   A.          That, I can't remember.
11   Q.          What is your understanding of why you
12   were put into ICE custody in 2020?
13   A.          Say that again.
14   Q.          What is your understanding of why you
15   were put into ICE custody in 2020?
16   A.          I don't know.  Because of immigration
17   violations.  That is what I know.  That is what I
18   know.  I don't know why I was put in ICE.  It was
19   because of immigration violation.
20   Q.          I'm sorry.  I didn't understand what you
21   said, Mr. Bayong.  Could you repeat that slower.
22   A.          Because of immigration violations.
23   Q.          Do you know what those immigration
24   violations were?
```

```
 1    A.         I don't know.

 2    Q.         It's an immigration violations to be

 3    convicted of domestic violation with your spouse.

 4    A.         I think so.

 5    Q.         Did you have a physical altercation with

 6    your spouse, Veronica?

 7    A.         She claimed I had a physical

 8    confrontation with her.  But whatever.  Like, it

 9    is -- it wasn't what I did, but that is what she

10    claimed.

11    Q.         Okay.  Did you ever plead guilty to a

12    domestic violence violation with Veronica?

13    A.         I plead guilty -- I plead to a criminal

14    mischief.  I pleaded guilty to a criminal mischief,

15    and I was -- the jury found me not guilty for

16    domestic violence.  They found me guilty for

17    domestic violence, but . . .

18    Q.         Did you ever hit Veronica?

19    A.         Say that again.

20    Q.         Did you ever hit Veronica?

21    A.         No.

22    Q.         What was the basis of her allegation of

23    domestic violence?

24    A.         She claimed -- She called the police and
```

 1  claimed that she was hit on her finger.  So -- and

 2  she claimed she was hit multiple times on her

 3  shoulders.  So that was it.

 4  Q.         Have you been convicted of any criminal

 5  acts, other than criminal mischief and domestic

 6  violence?

 7  A.         I have no conviction other than those

 8  two.

 9  Q.         I'm sorry.  I didn't understand that.

10  A.         I said I have no other convictions other

11  than those two.

12  Q.         Was anyone present besides you and

13  Veronica when the domestic violence issues occurred?

14  A.         Her son was there.  We had a -- I had

15  my -- a stepson at home as well.

16  Q.         Just so I'm clear, did you -- were you

17  sentenced to 180 days in jail and probation in the

18  Franklin County domestic violence charge?

19  A.         I can't remember.

20  Q.         If I represented to you that that was

21  your sentence, would you have any reason to disagree

22  with me?

23  A.         If you say so.  I can't remember.  If you

24  want to say it, and you say so, I don't know.

Brown v. Bayong Bayong
7/18/2022

```
 1   Q.         And did ICE take you into custody upon
 2   your release from the Franklin County Jail?
 3   A.         Yes.  Because I had a detainer, so I
 4   couldn't leave.  Yes.
 5   Q.         Now, in March of 2021, a Franklin County
 6   jury found you guilty of domestic violence; correct?
 7   A.         Correct.
 8   Q.         And then you were sentenced to 11 months
 9   in prison; is that right?
10   A.         I think so.  I don't know.
11   Q.         And you were to have no contact with
12   Veronica; correct?
13   A.         I think so.  Correct.
14   Q.         And you voluntarily -- Did you
15   voluntarily dismiss your appeal from that domestic
16   violence conviction?
17   A.         I can't remember.  I don't know.  I can't
18   remember.
19   Q.         Have you been incarcerated at any point
20   in time prior to coming to the United States in
21   2018?
22   A.         I have never been incarcerated.  I was
23   just held in a jail for, like, a day, half a day.
24   Only for, like, a day.  But . . .
```

```
 1   Q.        Was this in Cameroon?

 2   A.        Yes.

 3   Q.        What was the reason for that?

 4   A.        That was for political -- political

 5   reasons.

 6   Q.        I'm sorry.  I didn't understand your

 7   answer, sir.

 8   A.        Political reasons.

 9             THE COURT REPORTER:  He said political

10   reasons.

11   BY MR. DOWNEY:

12   Q.        And you were released after one day?

13   A.        Same day.  Same day.  I didn't spend --

14   it was just some hours.

15   Q.        You sued somebody named Robert Van Gundy

16   in Franklin County Municipal Court.  Why did you sue

17   Mr. Van Gundy?

18   A.        Robert what?

19   Q.        Robert Van Gundy.

20   A.        Robert Van Gur?

21   Q.        V-a-n G-u-n-d-y.

22   A.        Why did I sue him?

23   Q.        Correct.

24   A.        Robert Van Gundy?  In Franklin County
```

1   Jail?

2   Q.          It was in Franklin County Municipal

3   Court, and the date of it is 2018, prior to, I

4   believe, your incarceration.  I'm just curious to

5   know why you sued Mr. Van Gundy.

6   A.          Robert Van Gundy?  I can't remember about

7   that incident.  I think -- I think I sued somebody

8   for -- I don't know.  I think somebody -- I think I

9   bought a pickup truck, and the guy took my money

10  with the truck.  He didn't give me my money, but --

11  He took my money, and he didn't deliver the truck to

12  me.  So I sued him.  And he was ordered to give me

13  back the money.  I think so.  I can't remember.

14  Something like that.  I can't really remember.

15  Q.          Now, on August 17, 2020, you alleged that

16  you were pushed down the stairs by a Butler County

17  officer; is that correct?

18  A.          Right.

19  Q.          What is the officer's name?

20  A.          I can't remember the name.  I don't know

21  the name.

22  Q.          Do you recall who pushed you?

23  A.          I don't know the name of the officer who

24  came.

```
 1   Q.          Can you tell me what happened.

 2   A.          They came in the room, and they asked me

 3   to pack my stuff.  As I was packing my stuff, they

 4   just starting being so abusive and shouting.  And

 5   they started hitting me in the room.  And they

 6   pulled me out and say, "Hurry up.  Hurry up and

 7   leave."

 8               So as I was going down the stairs, my --

 9   I had pains in my legs.  I had pain in my legs.  I

10   had swollen legs.  I had swollen legs, so I had pain

11   in my legs.  So I couldn't really walk freely or

12   faster.  I was down the stairs, and I was, like,

13   going down gradually.  And I heard him -- like, he

14   got upset.  And I said -- somebody got upset and

15   said I should move faster.  So as I was moving, I

16   just felt a push from the back.  Somebody pushed me

17   from the back -- pushed me, and then I fell and my

18   head hit, full-on on my face.

19   Q.          So just so I understand --

20   A.          So I hurt my neck, and I had some bruises

21   on my knee.

22   Q.          So you're required -- You were on the

23   second level of the pod; is that correct?

24   A.          Yes, sir.
```

```
 1   Q.          And you had a cellmate; is that correct?

 2   A.          Yes, I had a cellmate.

 3   Q.          And do you know why you were being moved?

 4   A.          I think for -- I was going for -- to be

 5   put in isolation or something.

 6   Q.          Why is that?

 7   A.          I was going to the hole or something.

 8   Q.          Do you know why you were being moved to

 9   isolation?

10   A.          Yeah.  Because they said I -- they said I

11   wasn't wearing my mask properly.  I was wearing my

12   mask below my nose.

13   Q.          Were you wearing your mask below your

14   nose?

15   A.          Say that again.

16   Q.          Were you wearing your mask below your

17   nose?

18   A.          I just came back from the gym, and it was

19   difficult for me to breathe.  It was very difficult

20   for me to breathe.  And I had to bring my mask a

21   little bit below my nose so I could breathe better.

22   And then they gave me a ticket for not wearing the

23   mask.

24   Q.          Did folks advise you to wear the mask
```

1  properly?

2  A.        They just had COVID, so we were told to

3  wear masks.  So it's not like they said how to wear

4  them properly.  We were just told to wear masks.

5  And the mask was below my nose.  And they have the

6  cameras -- they have the videos on that day.  You

7  could see that on the videos.

8  Q.        I didn't hear --

9  A.        They record everything that happened that

10  same day, the day I have the mask on.

11  Q.        Do you know how many officers came to

12  your cell?

13  A.        No.  I can't recall.  I think three or

14  four.  I mean four or something.  I can't remember.

15  Q.        Do you know any of their names?

16  A.        The officers in that pod that was there

17  that day, Browning.  And the rest of the officers, I

18  didn't know their names.  He was in the pod that

19  day.  So he should get us -- he should have an

20  understanding of what was happening.

21  Q.        Did any officer physically touch you?

22  A.        Yes.  I had --

23  Q.        Let me ask you, if you would, because I'm

24  going to break it up.  Okay?

1          Did any officer physically touch you

2   during the time that you were in the cell?

3   A.          Inside the cell?

4   Q.          Correct.

5   A.          Right.  Yes.

6   Q.          Who touched you?

7   A.          I can't remember.  I don't know their

8   names.  I can't say A or B.  It was just punching.

9   There was punching.  It was punching, closed fists.

10  Q.          Okay.  Were there other -- There was

11  another inmate present; is that correct?

12  A.          The inmate was on his bunk.  He was down

13  on his bunk, yes.

14  Q.          What was the name of the other inmate

15  that was present?

16  A.          I can't remember.  I can't remember.

17  There was multiple inmates.

18  Q.          Now, is it fair to say that you were not

19  cuffed at all that day when you were transferred to

20  another cell?

21  A.          I can't remember if I was cuffed or not

22  in that cell.  I can't remember.  You know, I can't

23  remember.  I don't have -- I can't remember if I was

24  cuffed.

```
 1  Q.        What portions of your body were impacted
 2  by any corrections officer touching you during the
 3  time that you were in the cell, prior to being taken
 4  to another cell on August 17, 2020?
 5  A.        While I was in the cell, they were
 6  punching at me.  They were, like, punching at me and
 7  then they took me out of the cell.  They took me
 8  downstairs -- took me to the isolation.  When I fell
 9  down the stairs, I was later taken to isolation back
10  through the -- the sports -- the sports center where
11  they do sports.  They took me to recreation, and
12  then I went to isolation.
13  Q.        As you sit here today, can you tell me
14  any portion of your body that was impacted by any
15  corrections officer within the cell?
16  A.        From the first, I was pushed.  And since
17  then, I have pain on my neck.  I have pain in the
18  neck, and I have some bruises on my knee.  I have
19  some bruises on my knee.
20  Q.        And so my question is specific to the
21  actual cell.  I understand that -- We're going to
22  talk about your walk down the stairs -- okay? -- and
23  what happened after that event.  But I'd like sort
24  of break it up and find out if any portion of your
```

1   body -- As you sit here today, do you recall any

2   portion of your body being impacted improperly by

3   any corrections officer in the cell itself?

4   A.          I mean, multiple people were hitting me,

5   so I can't say anything.  They were hitting me all

6   over, so I can't say anything.

7   Q.          So is it your testimony today that you

8   were hit on your body all over while you were in the

9   cell?

10  A.          I mean, like, it was just like, boom.

11  They were hitting me all over my body, but it was

12  just punches, like, closely.

13  Q.          Where did --

14  A.          I can't remember.  It's been long.

15  Q.          So as you sit here today, would it be

16  fair to say that you don't require any -- or you

17  don't recall any specific area of your body being

18  impacted improperly by any corrections officer

19  during the time that you were in your cell?

20  A.          At this moment, I can't recall.

21  Q.          Now, how many officers guided you out of

22  the cell and down the stairs?

23  A.          I can't remember.

24  Q.          Was an officer walking in front of you,

```
 1  beside you or behind you when you were going down
 2  the stairs?
 3  A.        It was behind me or something like that.
 4  I think -- I don't know.  I think one -- two or
 5  something.  I think two were behind me and then one
 6  was by the side with me.  Something like that.  I
 7  can't remember.  One was by the side with me.  I
 8  can't remember.
 9  Q.        Okay.  Now --
10  A.        That's it.
11  Q.        -- as you sit here today, do you have any
12  specific recollection of any corrections officer
13  physically pushing you during the time that you were
14  on the stairs and walking down to the first level of
15  the pod?
16  A.        I do not have any recollection of any
17  corrections officers.  But if I see one, I will be
18  able to -- I will be able.  I can't remember.
19  Q.        How many stairs did you fall down?
20  A.        I think from six -- it was six or
21  something like that.  I think six.  I can't really
22  remember.  I think so.
23  Q.        What portion of your body impacted the
24  floor first when you fell?
```

```
 1   A.          When I fell, I hit my -- I fell face

 2   first.  Face first.  Face first.

 3   Q.          And let the record reflect that you put

 4   your hands out.  Is that correct?

 5   A.          Yes.  Yes.  I hit my head.  I actually

 6   hit my head.  Face first.  It was face first.

 7   Q.          Did your open hand impact the floor

 8   first?

 9   A.          What is it?

10   Q.          Did your open hand impact the floor

11   first?

12   A.          I can't -- I can't remember.  I just -- I

13   remember I fell face first.  I can't really remember

14   what actually happened.  I can't really remember.

15   It's been too long.

16   Q.          Did you experience --

17   A.          I mean --

18   Q.          Did you experience any physical

19   discomfort as a result of the fall?

20   A.          Yes.  My neck.  All over my neck.  My

21   whole neck was in pain.  I had pain all over my

22   neck.

23               And my knee.  I had pain all over my

24   knee.  And bruises on my knee.  So that's it.
```

```
 1              MS. NORRIS:  You know, if you -- I mean,
 2   his sworn statement might bring up some of these, if
 3   you want to get in detail a little bit.
 4              MR. DOWNEY:  No.  I'm just -- I mean,
 5   I'll conduct the deposition and ask the questions
 6   that I want.
 7              MS. NORRIS:  Yeah.  I was just saying you
 8   can actually --
 9              MR. DOWNEY:  I know.
10              MS. NORRIS:  It sounds like he's having
11   trouble recalling.
12              MR. DOWNEY:  I know.
13              MS. NORRIS:  So if you wanted to look at
14   his statement, like if you have that statement up.
15              MR. DOWNEY:  I know.  I mean, I prefer to
16   do it the way I'm doing it.
17              MS. NORRIS:  Okay.  Okay.
18              THE WITNESS:  I don't know if I can have
19   a drink to -- Let me get some water or drink or
20   something like that.
21              MR. DOWNEY:  I'm sorry?
22              THE WITNESS:  Can I have some water?  Can
23   I drink some water?
24              MS. NORRIS:  Yes.  Absolutely.
```

```
1                    MR. DOWNEY:  Did you want to take a brief
2    break?
3                    MS. NORRIS:  Yeah.
4                    MR. DOWNEY:  Go ahead.  Why don't we come
5    back in, like, five minutes.
6                    THE WITNESS:  Yeah.
7                    MR. DOWNEY:  Is that good?
8                    THE WITNESS:  Yes.
9                    MR. DOWNEY:  10:05 Eastern Time.
10                   MS. NORRIS:  Actually, let's -- can we --
11   Is it possible to take a 10-minute break?  I just
12   wanted to, like, have a brief minute with my client.
13                   MR. DOWNEY:  I guess 10 is fine.
14                        (Recess taken.)
15   BY MR. DOWNEY:
16   Q.        Okay.  Mr. Bayong, can we just -- You're
17   muted.
18                   MS. NORRIS:  Is it muted on your end,
19   Mr. Bayong?
20                   THE WITNESS:  Please, let me see.  I can
21   hear you.
22   BY MR. DOWNEY:
23   Q.        All right.  Mr. Bayong, we just took a
24   break; is that correct?
```

```
 1   A.          Yes, sir.

 2   Q.          And did you review any documents during

 3   the break?

 4   A.          No.

 5   Q.          Just so that I'm clear, did any officer

 6   push you down the stairs on August 17, 2020?

 7   A.          I know they pushed me down.  I can't

 8   really remember.  In August.  Yes, I think so.

 9   Q.          Could you please restate your answer?

10   A.          I said yes.

11   Q.          Okay.  Do you recall who?

12   A.          Say that again.

13   Q.          Do you know who pushed you?

14   A.          I don't know.

15               MS. NORRIS:  Just -- I think the date was

16   actually August 13th.  That was the date in

17   question.

18               MR. DOWNEY:  I've got August 20th -- or

19   17th.

20               MS. NORRIS:  I have August 13th here.

21               Oh, no.  You're right.  You're right.  It

22   is August 17th.  That's right.

23               MR. DOWNEY:  I'll stipulate that he

24   wasn't pushed on either date.
```

```
1              No, I'm just kidding.
2    BY MR. DOWNEY:
3    Q.          Okay.  So as you sit here today,
4    Mr. Bayong, do you recall any conversation that you
5    had with any corrections officer immediately
6    following your fall on August 17, 2020?
7    A.          I can't recall.
8    Q.          Did any officer say anything to you that
9    you found offensive on that day?
10   A.          I can't recall.  I can't remember.
11   Q.          Do you recall any inappropriate language
12   or racist language used by any officer on August 17,
13   2020, either in the cell or in the aftermath of the
14   fall?
15   A.          You mean using the racist language with
16   all of us?
17   Q.          No.  I'm asking if any officer used that
18   language with you.
19   A.          They have been using that language a lot
20   over there.  So I can't remember any day.  That's --
21   I can't remember that day.  So I can't remember.  I
22   can't remember a specific day.  Because it's
23   something they used all the time at that jail.
24   Q.          What are some of the specific terms that
```

1  you've -- inappropriate terms that you've heard

2  corrections officers use, generally, at the Butler

3  County Jail?

4  A.        They are calling me "goat," "monkey."

5  You know, saying -- I don't know.  "I don't know

6  what Nancy Pelosi and Barack Obama did before you

7  guys came over here."  You know, "I don't know how

8  you guys came over here.  Who let you guys come over

9  here?"  So they've been saying a lot of things.  A

10 lot of -- a lot of things.

11 Q.        Do you recall the name of any specific

12 officer who uttered any of the words that you just

13 shared with us?

14 A.        I think --

15          MS. NORRIS:  Just a point for

16 clarification.  Is that on August 17th?

17          MR. DOWNEY:  No, generally.

18          MS. NORRIS:  Oh, just generally.

19 A.        A. Roberts.  And that's the one I know.

20 A. Roberts and somebody -- a sergeant or something

21 like that.  I can't remember his name.

22 Q.        Can you recall the circumstances

23 surrounding words to the effect that you testified

24 to from CO Roberts?

```
 1   A.         Words that I testified from Roberts?

 2   Q.         No.  I want to know if you could tell me

 3   the -- like, when it occurred, where it occurred,

 4   that type of thing.

 5   A.         It was the same day they took me to

 6   isolation.  That was when Roberts used those words

 7   with me.

 8            And -- Yeah.  I think one more -- another

 9   day, again, which I had a visit with my lawyer --

10   which I can't remember the date.  And I don't know

11   the month.  I had a visit with my lawyer, and then

12   Roberts, he was physical on me, and he was using a

13   lot of the words to me.

14   Q.         Is it fair to say that CO Roberts never

15   used force on you on August 17, 2020?

16   A.         CO Roberts?

17   Q.         Correct.

18   A.         August 17th?  No.  I don't know.  I don't

19   think so.  He was wasn't there on the 17th.

20            MS. NORRIS:  Are you -- If we -- I think

21   the statement does -- Yeah.  I guess -- Sorry.  I

22   know that you don't want to use it.  So -- But it

23   definitely has more details that would refresh the

24   witness's memory.
```

```
 1   BY MR. DOWNEY:

 2   Q.          Do you recall, Mr. Bayong, how many times

 3   you sought medical attention while you were at

 4   Butler County Jail in 2020?

 5   A.          I can't recall, sir.  I can't recall,

 6   sir.

 7   Q.          Did you seek assistance for swelling in

 8   your legs, specifically on August 13, 2020?

 9   A.          I can't recall.

10   Q.          Did you have swelling in your legs during

11   August of 2020?

12   A.          Say that again.

13   Q.          Did you have swelling in your legs during

14   August of 2020?

15   A.          Yes.

16   Q.          And did you share that with a medic at

17   the Butler County Jail?

18   A.          I did.

19   Q.          And were you treated for that swelling?

20   A.          Just my blood pressure pills that I take.

21   I don't think I was ever treated for the swelling.

22   They just continued the blood pressure medication.

23   I don't know.  They changed it sometime.  I think it

24   was changed or something.  I can't remember.
```

```
1    Q.          Were your ever inconsistent with taking
2    medications during the time that you were at the
3    Butler County Jail?
4    A.          Inconsistent?
5    Q.          Correct.
6    A.          I can't remember.  Some days -- Some days
7    they come -- they come with the medication late.
8    Some days they come with it early and stuff like
9    that.  So I don't think I was ever inconsistent.
10   There were probably some days -- you know, some days
11   without taking medication.  That doesn't mean -- you
12   know, I don't know.  I can't remember.
13   Q.          Did you ever choose, for any reason, to
14   decline medication that had been prescribed for you
15   during the time that you were at the Butler County
16   Jail?
17   A.          I can't remember.  I can't remember.  If
18   I declined some -- I think -- I can't remember.  I
19   only know some times they had the -- I had the
20   Tylenol and ibuprofen, so I had to decline one.
21   Something like that.  I can't remember if I declined
22   Tylenol or something.  Because I had ibuprofen, and
23   I had Tylenol.  So I had to decline one, or I had to
24   go without the other one.  I couldn't take too much
```

1   of the medication into my system like that.

2   Q.          Sir, is there anything that you would

3   like to share with me about the incident that

4   occurred on August 17, 2020, that you haven't

5   already talked about?

6   A.          August 17th of 2020?  So when I -- When

7   they took me out of that building to the isolation,

8   the nurse who came over there, she, too, was

9   aggressive.  She was abusive, like just yelling.  So

10  I told her, "If you don't want to talk to me or you

11  don't want to hear my own story, then I won't allow

12  you to attend to me."  So that was exactly what I

13  told her.  I told her -- I told her that -- because

14  she came, she was just yelling.  She was just, like,

15  being too aggressive.  And I told her, "If you don't

16  want to listen to what I have to say, or you be

17  thinking" -- "I don't think I really want you to

18  attend to me.  You can just leave me alone.  Just

19  leave me alone."  And that was it.

20              And then I was booked into a cell that

21  same day.

22  Q.          And I just -- I'm sorry, but I missed the

23  beginning part of your answer when -- Did you maybe

24  say who it was that was -- that was in a -- that you

1    had this conversation with?

2    A.          That was a nurse.  A nurse who came in to

3    talk to me.

4    Q.          As you sit here today, was any officer or

5    healthcare practitioner at the Butler County Jail

6    fair and appropriate in their interactions with you

7    during the time that you were incarcerated there?

8    A.          No.  They have been -- They have been

9    abusive, like, using racial slurs to people.  I

10   don't think I had any conversation with an officer

11   before.  I don't think so.

12   Q.          And here's my question, and I'll try it

13   again.

14             Was any healthcare practitioner or

15   corrections officer fair with you during the time

16   that you were incarcerated there?

17   A.          Fair with me?

18             MS. NORRIS:  Objection.  I think the

19   question was "inappropriate" first.  So I think

20   that's what's confusing, to say "fair" and then

21   "inappropriate."  So that's just an objection to the

22   form of the question.

23   BY MR. DOWNEY:

24   Q.          You can answer.

```
 1              MR. DOWNEY:  Not you.

 2              MS. NORRIS:  Yeah.  Yeah.

 3              Can you rephrase the question?

 4              MR. DOWNEY:  I don't think there was a

 5    form issue.  So I accept your objection, but I would

 6    like for him to answer it.

 7              MS. NORRIS:  I'm not sure he understands

 8    the question.  So you might --

 9              MR. DOWNEY:  Well, he has to be the one

10    to tell me that, not you.

11    A.        I don't understand you either.

12    Q.        So my question was:  Was anyone at the

13    Butler County Jail, anybody who worked there, were

14    they fair in their interactions with you, in your

15    opinion?

16    A.        We had some few people who were fair with

17    us, like some COs.  Like, we had a few COs be fair.

18    A few.  Like just a few, like one or something.

19    Q.        Do you recall their names?

20    A.        I can't remember any of them.  I think

21    Smith or something.  Smith.  Smith or something.

22    Q.        Were any of the healthcare practitioners

23    trying to be helpful in their interactions with you

24    during the time that you were incarcerated at the
```

1   Butler County Jail?

2   A.          I can't remember.  I think one was.  I

3   don't know.  I can't remember.  I can't remember.  I

4   think it was.  I don't know.  I can't remember.  It

5   was kind of, like, family business or something.  It

6   was just like everybody was just -- had too much

7   power and so, like, shouting at people and stuff

8   like that all the time.  I don't think so.  I don't

9   think any of the nurses were ever fair or something.

10  Like, they just come in there and just shout at

11  people.  And it was like they were really rude, like

12  really rude.

13  Q.          Were you familiar with the process for

14  lodging a complaint with the Butler County Jail

15  staff while you were there?

16  A.          Say that again.

17  Q.          Were you familiar with the process for

18  lodging a complaint or making a kite request while

19  you were still at the Butler County Jail?

20  A.          Making a kite request?  For what?

21  Q.          Well, for instance, one would be a

22  request for medical attention.

23  A.          I think I did.  Because in Butler County,

24  when you really need something, if you have a

1  headache now, you would put in a kite and wait to

2  see a nurse or something, like, in two days before

3  you can get a Tylenol or something.  So I think I

4  did sometimes when I had some difficulties.  I

5  needed to put in a kite and wait before they come in

6  for medication.

7  Q.        But were you aware of the process, during

8  the time that you were incarcerated at the Butler

9  County Jail, to lodge a complaint regarding any

10 perceived inappropriate treatment that you may have

11 received by any corrections officer or member of the

12 sheriff's office?

13 A.        I don't know.  I didn't hear the final

14 part question.  But can you be a little bit more

15 clear?  I can't understand that question.  Please.

16 Q.        Well, sure.

17              MR. DOWNEY:  Can you read that back?

18                  (Question read back.)

19 A.        If inmates lodge a complaint, the whole

20 part -- the whole part -- the whole ICE and -- the

21 whole ICE detainees, they just lodge a complaint.

22 Everybody who was an ICE detainee in that county --

23 almost everybody -- lodge a complaint against that

24 sheriff, that sheriff's office -- or that county

```
 1  jail, rather.  I think everybody did.  I think I was
 2  one of them.  I think so, if I'm not forgetting.
 3  Q.        Okay.  So it's fair to say that you knew
 4  how to lodge a complaint if you were displeased with
 5  the treatment that you were receiving; correct?
 6  A.        Right.
 7  Q.        And did you ever inspect the facility
 8  during the time that you were incarcerated there?
 9  A.        Not to the best of my knowledge.  I used
10  to see ICE visitors -- ICE come in there.  But I
11  don't know if they came for any inspection.  I can't
12  really remember.  Because -- I can't really remember
13  if they came there for an inspection at that same
14  facility.  Maybe they came there and I wasn't
15  informed or something like that.  But I don't really
16  think -- I can't remember.  I can't remember.
17  Q.        Now, I want to understand about the
18  events of October 19th and 20th of 2020.  Is it fair
19  to say that you had complained of a sore throat to
20  medical staff in October 2020?
21  A.        Right.
22  Q.        Okay.  And so why did you complain about
23  your sore throat?
24  A.        I had sore throat.  I just had pain in
```

1  the throat -- on my throat.

2  Q.          Were you concerned about --

3  A.          (Inaudible.)

4              Say that again, sir.

5  Q.          I'm sorry.  Were your concerned about

6  COVID?

7  A.          I was never concerned about COVID.  I

8  just had a sore throat.  And I did make a complaint

9  because it wasn't too long ago -- when was that?

10 October?  It wasn't too long ago -- it was less than

11 six months when I have COVID from -- it was, like,

12 six months or something.  I can't remember.  It

13 wasn't too long ago when I had COVID from another

14 facility.  So I had that.  I was never tested for

15 COVID anyway.  I just complained of sore throat.

16 Which I had sore throat.  I know I had sore throat.

17 I couldn't swallow.  I couldn't even drink water or

18 anything.

19             So when I complained to the medical -- to

20 the medica, they came and said I should gargle with

21 salt -- warm water and salt.  So I said to them,

22 "How should I gargle with warm water and salt?

23 Where do you want me to get salt in the first place

24 in a jail?  Where should I get salt?"

1  Q.        Were you upset about being quarantined

2  after sharing that you had a sore throat?

3  A.        I was -- I was sent to quarantine -- They

4  sent me to quarantine.  They didn't tell me if that

5  was COVID or nothing.  Because I wasn't tested for

6  COVID.  I complained of sore throat.  And they gave

7  me ibuprofen, and then later on they send me to

8  quarantine, because I was sick.

9  Q.        So it's fair to say, though, that you

10 were upset that you were being moved to isolation;

11 correct?

12 A.        Why isolation?  Why they want to move us

13 to isolation?  We asked the question why did they

14 want to move us to the other part for quarantine;

15 why they do quarantine for people in that same pod.

16         And we said, "Okay.  Since you guys

17 quarantine two people in the same pod, it would be

18 nice if you guys just quarantine us over here with

19 the rest of the inmates than take us to another

20 part."

21         And then they came in there and started

22 beating us, saying we don't have any rights; we've

23 got no rights in that place.  So that was it.

24 Q.        And so just so that I'm clear,

1  Mr. Bayong, it's fair to say that you did not agree

2  with the decision to move you to a different cell

3  for quarantine purposes on October 20, 2020;

4  correct?

5  A.          It's not like didn't agree.  It's not

6  like -- it's not like I did not agree.  We were

7  merely asking to talk to supervisor to understand

8  something.  But, see, in Butler County, they say we

9  don't have rights.  You know, that's what always

10  happen.  You know, you don't have a say in anything.

11  If you ask something, they will come and beat you

12  up.  So that was actually what happened.

13  Q.          So just so that the record is clear, you

14  were upset that the officers who were sent to move

15  you did not share the reasons for the quarantine

16  process?

17  A.          The officers who came to move us, they

18  didn't ask questions.  They didn't ask us if we want

19  to pack or not.  So we were packing.  And by the

20  time -- within minutes when we were packing, they

21  already had one person on the floor.  We already had

22  one person on the floor.

23          I was sitting on the bed, and then they

24  said, "Are you packing or not?  Do you want to pack

1   or not?"

2           And I said, "All right.  I am packing.

3   Let me pack."  So I said, "All right.  Let me pack."

4   I did not have -- I didn't even realize at the time.

5   I was thrown on the floor.  They started punching

6   me, and then later on throw me on the floor, cuff my

7   hands in my back.  They beat me while I was on the

8   floor, while I was cuffed.

9   Q.       Just so I understand, Mr. Bayong, it's

10  your testimony that you were upset you were being

11  moved because you didn't understand the reasons

12  behind it?

13  A.       That's not the question.  It wasn't -- it

14  wasn't real, like, we were kind of hostile.  We just

15  wanted to ask some questions.  I was asking a

16  question or, like, my bunkie was asking the question

17  why we need to move to another place or why he needs

18  to be moved when he is not sick.  He wasn't sick.

19  He wasn't sick.

20           Excuse me, please.

21           He wasn't sick.  I was the one sick.  So

22  he asked the question, "Why should I be moved when

23  I'm not sick?"

24  Q.       And so how many officers were present in

1  the cell when this conversation was had?

2  A.          I think there were, like -- I can't -- I

3  think there were, like, I don't know, like six or

4  so -- or five.  I can't remember.

5  Q.          Okay.  And were you gathering your things

6  so that you could move to an isolation cell?

7  A.          Right.  Right.  I actually transferred.

8  Q.          All right.  Is it your testimony that you

9  were physically accosted by at least some of the

10  corrections officers in that cell that day?

11  A.          Right.  Correct.

12  Q.          Was it before or after you started to

13  gather your things to be moved to a new cell?

14  A.          We requested for a transfer to pack our

15  things.  So when they came in -- when they came in,

16  like, they didn't even want to listen.  They just

17  came in and then just asked "You guys want to move?

18  You motherfuckers, you guys want to move?  You guys

19  want to" -- "You guys want us to fuck you guys up or

20  something?"

21          So we were there.  My bunkmate was on the

22  floor.  He was being hit.  He was on the floor.  And

23  the next thing, when I was on my bed -- They hit me

24  too on the bed.  They started punching me, and they

```
 1    threw me on the floor, cuffed me.  I was being
 2    beaten on the floor.
 3    Q.          Okay.  So can you tell me the name of any
 4    specific officer who laid hands on your cellmate
 5    that day?
 6    A.          Blankton.  I think Blankton or something.
 7    I can't really remember.  I can't really remember.
 8    I think Blankton or something.  Blinkton?  I don't
 9    know.  I can't remember his name.  He laid hands on
10    my cellmate that same day.
11                And then the rest of the guys -- I was
12    sitting on the bed.  The rest of the guys just came
13    and started.  Because he was standing by the door,
14    and I was on the bed when they opened the door.  So
15    they just started hitting us -- hitting, hitting,
16    hitting, hitting, hitting.
17                They said, "No, let's do it in here.  No,
18    the camera is out there.  No need to do it under the
19    camera.  Or when we take them to isolation, we'll
20    throw them isolation over there."
21    Q.          Do you recall specific words said by any
22    specific corrections officer that day in the cell
23    that you shared with your cellmate?
24    A.          I think Blankton said -- he was telling
```

```
 1   them, Roberts, "No, no.  Roberts, don't go hit him
 2   outside there because, you know, the camera.  You
 3   know, let's try cover our head.  We'll go out there.
 4   Let's go fuck him up in the isolation.  Let's try to
 5   cover our head."
 6           And then he said, "Oh, you know what
 7   we're going to say?  We're just going to say it was
 8   an assault on an officer or something like that."
 9   That was -- Those were his words in that place.
10           So -- And then he -- I think it was
11   Roberts who said that -- he was calling this -- my
12   cellie and fucking with him and "Muslin" -- he used
13   a word.  He used a racial word on my cellie and
14   picked up his prayer rug to flush it in the toilet.
15   So that was what actually happened in the room that
16   day.
17   Q.      Did you physically come at any officer --
18   A.      Never.
19   Q.      -- during that -- If you'll let me
20   finish, sir.
21   A.      Never.
22   Q.      Did you physically come at any officer --
23   A.      No.
24   Q.      -- in the cell on October 20, 2020?
```

1    A.          No.  I was sitting on my bed.

2    Q.          Did you lunge towards Officer Roberts at

3    any point in time?

4    A.          Never.  Never.

5    Q.          Did you resist being handcuffed?

6    A.          I never resist.  I just -- I was being

7    punched.  I was being beaten though.  Three persons

8    were on me.  I was being beaten, and they threw me

9    on the floor.  I went myself on the floor.  They

10   said, "Hey, go on the floor.  Go on the floor."

11   They were shouting, "Go down on the floor."

12   Q.          It's your testimony that there were up to

13   eight people in the cell -- six corrections -- or

14   five and you and Mr. Adem -- is that correct?

15   A.          Me and Mr. Adem.  I think I -- I think

16   like -- I think three was on me.  And then

17   Blankton -- and I don't know if it was Blankton.

18   Because I can't remember if they cuffed my cellie.

19   They cuffed my cellie before the came to me.  They

20   cuffed my cellie and put him in the dayroom, and

21   then they came to me.  They cuffed me.  I don't

22   know.  I can't remember.  I can't remember.

23   Q.          Can you tell me whether any specific

24   officer physically touched any portion of your body

```
 1   during the time that you were in the cell on
 2   October 20, 2020?
 3   A.        Yes.
 4   Q.        Tell me each instance with the officer
 5   and where you were touched.
 6   A.        They were punching me with closed fists
 7   on the head.  I don't know.  Like, they were just
 8   punching me.  It was closed.  They were just
 9   punching.  They punched from all angles.
10   Q.        So it's your testimony that you were
11   punched --
12   A.        And they were laughing.  You know, they
13   were laughing when I was crying.  "No, we're done.
14   We're done.  He's crying.  Look at this chicken man
15   be crying.  If I were you, I wouldn't cry."  They
16   were laughing at me, you know.
17   Q.        So just so I understand, your testimony
18   is that you were punched various times in your head
19   and your upper body; is that correct?
20   A.        Right.
21   Q.        Was any other portion of your body hit by
22   any officer that day?
23   A.        My face.  It was my face.  You know, on
24   my face.
```

```
1   Q.          You were hit in your head and your upper
2   body; is that correct?
3   A.          Right.  They were kicking my head on the
4   ground.  They were kicking my head while I was on
5   the floor.
6   Q.          Okay.  Can you tell whether any specific
7   officer laid hands on you by hitting or punching you
8   on October 20, 2020?
9   A.          Yeah.  I know A. Roberts was there.  The
10  other two guys was -- A. Roberts was in there.
11  There was a guy with a K-9 and one of the same guys.
12  I don't know their names.  I don't know their names.
13  I just know A. Roberts and that other guy they call
14  Blankton.  Blankton, yes.
15  Q.          And I understand your testimony is that
16  you recall them being -- Roberts and Blankton being
17  in the cell on October 20, 2020.  Is that correct?
18  A.          Yes.
19  Q.          Do you have any recollection of either
20  one of those gentlemen physically touching you in an
21  inappropriate manner on October 20, 2020?
22  A.          I said -- in an inappropriate manner or
23  beating me?
24  Q.          Either.
```

```
 1   A.          Yes.  I said A. Roberts.  A. Roberts and
 2   the other two guys, who I can't recall their names.
 3   And they hurt my cellie.
 4   Q.          Do you recall which officer you believe
 5   kicked you while you were on the floor in the cell
 6   on October 20, 2020?
 7   A.          I think that was -- I think it was
 8   A. Roberts and the other guy.  Because they were
 9   just kicking.  I think A. Roberts.
10   Q.          And it's your testimony your began to
11   cry; is that correct?
12   A.          Say that again.
13   Q.          Is it your testimony that you began to
14   cry?
15   A.          Yes.  I was crying while I was there.
16   Even from the -- like, every time they were hitting
17   me, I was crying.
18   Q.          Were you moved to another cell without
19   incident after the events that occurred in the cell
20   on October 20, 2020?
21   A.          Without incident?
22   Q.          Correct.
23   A.          I was moved from that cell that day to
24   isolation.
```

1  Q.         So was there any physical altercation

2  between you and any officer following your departure

3  from the original cell you were in on October 20,

4  2020, on the way to the isolation cell?

5  A.         It was when I got to the isolation cell,

6  when I had to -- I had to see the guy again, the

7  A. Roberts.

8  Q.         Okay.  Tell me what happened there.

9  A.         When I got in there -- when we went --

10 Well, when I got in there, one of the guys, when we

11 came next to the door, he was blocking the door.  He

12 was covering the door.  And A. Roberts asked me to

13 kneel down and face the wall that was close to the

14 table.  So when I kneeled down and faced the wall,

15 A. Roberts started hitting me.  He started beating

16 me, punching me on the face, mouth.  Like, he was

17 punching me.  He was -- I thought -- When he asked

18 me to kneel down, I thought he wanted to take the

19 cuffs off.  So he punched me and beat me in that

20 room and then -- before taking off the cuffs, and he

21 left.

22 Q.         So -- And I just want to make sure I

23 understand.  So do you have any recollection of any

24 specific use of force any officer used with Mr. Adem

```
 1   during the time that you were in the cell, prior to
 2   your departure, on October 20, 2020?
 3   A.          Any physical confrontation with an
 4   officer?
 5   Q.          Yes.  Any point where you can link an
 6   officer to doing something where they were using
 7   force on Mr. Adem on October 20, 2020.
 8   A.          The same -- the same -- I recall -- I
 9   recall that the same thing happened when -- he got
10   beaten too.  He got beaten.
11              MS. NORRIS:  Objection.  I think he
12   obviously answered this.  But, yeah, objection.
13   BY MR. DOWNEY:
14   Q.          Just so I understand, is there any
15   specific officer that comes to mind, Mr. Bayong?
16   Any specific officer?
17   A.          I know there were -- I just know Blankton
18   and one other officer was on their knees, beating
19   him when he was on the floor, you know, when he
20   would just say, "Oh, you guys want to talk to
21   supervisor?"  I just realized he was on the floor
22   already.  He got hit, punched, and they threw him on
23   the floor.
24              And then I was sitting on the bed, and
```

```
1   they asked me, "Do you want to pack your shit, or do

2   you want us to assault you?"

3              And I said, "I don't want to go to the

4   hole."

5              And just, they started punching.

6   Q.         Did you observe any injuries on Mr. Adem

7   on October 20, 2020?

8   A.         Yes.  He had blood.  He had blood coming

9   out from his -- He had blood coming out.  I can't

10  remember where it was coming out.

11  Q.         Were you still bunked with him after you

12  moved?

13  A.         Say that again.

14  Q.         Were you still bunked with him after you

15  moved on October 20th?

16  A.         Can you say that again?

17  Q.         Were you still bunked with Mr. Adem --

18  A.         Yes.

19  Q.         -- after you moved?

20  A.         Yes.  Yes.  Correct.

21  Q.         Did you contact medical on behalf of

22  Mr. Adem after October 20, 2020?

23  A.         Medical came.  I didn't contact medical

24  for anybody.  Medical came there.  I don't know.  I
```

```
1   can't remember.

2   Q.          Did you go to medical to receive any

3   treatment for the events that occurred on

4   October 20, 2020?

5   A.          I didn't -- because medical came in there

6   and said, "Oh, I can't see anything on you.  The

7   only thing I can find on you is a black eye."  And

8   they left.  So when we went out -- When they took is

9   from C-Pod to H-Pod -- I don't know.  Can't recall

10  if it was H-Pod.  When they took us down there, no

11  medical -- we had no medical attention until the

12  next day.  I can't remember.  I think it was the

13  next day they came in there.  They gave me some

14  Tylenol for the pain and some antibiotics.  That was

15  it.

16  Q.          As you sit here today, do you recall any

17  injuries that you sustained as a result of your

18  interaction with corrections officers on October 20,

19  2020?

20  A.          Yes.  I had injuries.  Like I said, I had

21  injuries.

22  Q.          Can you tell me what they are or were.

23  A.          I had -- On October 20th, I was hit by

24  A. Roberts and kicked on my head multiple times.  I
```

1  had pain.  I had pain all around my head and my

2  neck.  And then I was physically punched by him.

3  But I realized that when I got kicked, it had -- I

4  pulled my teeth out.  Like, I had stuff in my teeth.

5  Q.        I'm sorry, sir.  Could you repeat that

6  last part?

7  A.        I said A. Roberts punched me, and then I

8  had straight up -- like, my gum -- I had an increase

9  of my gum.

10  Q.        Okay.  Thank you.

11            Do you recall what time of day you were

12  approached to be moved into isolation on October 20,

13  2020?

14  A.        What day?

15  Q.        What time of day.

16  A.        I think it was like 10:00, 11:00 or

17  something.  I can't remember.  I think that was -- I

18  don't know.  I can't remember.

19  Q.        Do you recall whether any other inmate

20  could see into the cell that you shared with

21  Mr. Adem at the time that these officers were

22  interacting with you on October 20, 2020?

23  A.        Well, sure.  Sure.  Those were yelling.

24  Those were yelling.  I think the guys opposite that

1    same cell which we were locked up in.  Because when

2    those guys came in, they had closed them all down.

3    And they were yelling.  They saw something.  Like,

4    you know, I'm sure they saw something.  And they saw

5    those guys were beating up.

6    Q.         Do you know the name of any inmate who

7    observed any of the events that occurred inside the

8    cell you shared Mr. Adem on October 20, 2020?

9    A.         Say that again.

10   Q.         Are you aware of the names of any inmate

11   who observed what occurred in the cell you shared

12   with Mr. Adem on October 20, 2020?

13   A.         I can't remember.  I can't remember any

14   names at this particular moment.  I think -- I can't

15   remember.

16   Q.         Have you spoken to any inmate that was

17   incarcerated at the Butler County Jail, other than

18   Mr. Adem, regarding any of the events or

19   circumstances that you have alleged in the complaint

20   filed in this matter?

21   A.         No.

22   Q.         Have you had contact with any other

23   inmate that was incarcerated at the Butler County

24   Jail during 2020, while you were there, within the

Brown Bayong Bayong
7/18/2022

```
 1  past year?
 2  A.          No.
 3  Q.          Are you aware of the names of any other
 4  inmates who were incarcerated at the Butler County
 5  Jail, with the exception of Mr. Adem, during the
 6  time that you were incarcerated there in 2020?
 7  A.          I can't remember.  Like I told you, any
 8  person I seen in jail -- because I think I spoke to
 9  somebody who got released while I was in Geauga
10  County.  But I can't remember.  I think so.  I think
11  I spoke with somebody about racism at that facility.
12  One person or something like that.  And I don't even
13  know if he was part of a -- I don't know.  I don't
14  even know what cell he was or what -- I don't know.
15  I can't remember.
16  Q.          Did you seek any medical attention for
17  any injuries that you incurred as a result of the
18  interaction with correction officers on October 20,
19  2020?
20  A.          Medical attention?  Yes.  Yes, I think
21  so.  I think they gave me some Tylenol and some
22  antibiotics, yes.
23  Q.          Did you --
24  A.          (Inaudible.)
```

1   Q.        I'm sorry, sir.

2             Did you have any visible injuries as a

3   result of that interaction, in your mind?

4   A.        Yes.

5   Q.        Can you explain them to me?

6   A.        I just did explain that to you.

7   Q.        Yeah.  I just want to know if you could

8   see them.  I understand that your lip had been

9   enlarged as a result of the encounter.  Anything

10  else that would be physically observable?

11  A.        I had a black eye as well.  And I had

12  pain all over from the punches and kicks to my head.

13  I had pain all over.

14  Q.        Do you recognize the name Mory Keita?

15  A.        Say that again.

16  Q.        Do you recognize the name Mory Keita,

17  K-e-i-t-a?

18  A.        Yes.  Yes, sir.

19  Q.        Who is he?

20  A.        He was an inmate with us from Morrow

21  County to Butler County.

22  Q.        Does Mr. Keita have any information about

23  what took place on October 20, 2020, between you and

24  any corrections officers?

```
 1   A.          Sure.  Sure.  He was locked up in that
 2   jail for sure.
 3   Q.          All right.  Can you tell me what
 4   Mr. Keita observed?
 5   A.          Mr. Keita observed everything that
 6   happened that same day.  So I don't really know what
 7   specific to tell you right now.  Because I
 8   realize -- I know he observed everything that
 9   happened that same day at the county jail.
10   Q.          Did you tell medical on October 22, 2020,
11   that you had no issues?
12   A.          On October 22nd, that I no issues?  I
13   can't remember telling the medical -- I don't think
14   I would tell medical such a thing after being
15   beating -- after being beaten with all kinds of
16   injury and pain.  How would I tell medical I don't
17   have any issues?  Medical?  I don't thing I told
18   medical that.
19   Q.          Okay.  Do you have any recollection of
20   telling forensic staff on October 23, 2020, that you
21   were doing well?
22   A.          Doing well when they saying that?  They
23   ask about mental issues.  It was about my mental
24   issues -- mental health issues.  So I told them I
```

1   was all right.

2              Because when you tell them you are not

3   all right, they try and take you to -- Butler County

4   is -- Butler County is like hell, where you say have

5   small mental issues, they will take you to a place

6   where you don't want to go there.  So when forensics

7   come and you tell no, you are not all right, they

8   will take you to that place.  They will take

9   everything from you, undress you.  You'll be in

10  there naked.

11             So when forensics see me, I say to them,

12  "I don't want to talk to you.  I'm all right.  I

13  don't have anything to say to you guys.  I don't

14  have anything to say to you guys, but for the fact

15  that I was beaten, which you guys all know that I

16  was beaten."  I told forensics that.  And that's

17  exactly what I think I told forensics.  I have never

18  had a talk with forensics.  I think I -- I don't

19  know.  I never had a talk with no forensics.

20  Q.         So setting aside your reasons that you

21  just shared with me, would you have any reason to

22  disagree with a record from forensics indicating

23  that you advised them that you were doing well on

24  October 23, 2020?

```
 1   A.        I told forensics I don't want to talk to
 2   forensics.  That was what I told forensics.  "I
 3   don't want to talk to you guys.  And I'm fine."  I
 4   was fine.  That is what I told them.  I told them I
 5   didn't want to talk to them.  I didn't want to say
 6   anything because they will come the next day, pick
 7   me up from that place and I will be naked.
 8   Q.        Did you observe any officer associated
 9   with the Butler County Sheriff's Office lay hands on
10   Mr. Adem on any day other than October 20, 2020?
11   A.        No.
12   Q.        Can you tell me what occurred on
13   October 28, 2020?
14   A.        October 28th?
15   Q.        I think you saw your attorney that day.
16   A.        Yes.
17   Q.        Does that refresh your recollection about
18   what occurred?
19   A.        Yes.  So when I met -- I had a meeting
20   with my attorney that same day.  And after I
21   finished the meeting, I was going back to my cell.
22   And, unfortunately, the person I met in the hallway
23   who just said, "Oh, let me take this one back," that
24   was A. Roberts.  So I met A. Roberts in the hallway
```

```
 1  there.  And so when I met A. Roberts, I was trying

 2  to tell my attorney he would get physical on me that

 3  day.  So when I met A. Roberts in that hallway, I

 4  said, "Oh.  Oh, let me tell my attorney something.

 5  Just can I tell my attorney something for one

 6  second?"

 7              As I trying to open the door to say

 8  something to my attorney, A. Robert pulled me back

 9  from that door.  "No, you can't tell him anything."

10              "I'll go."

11              "No, you can't go in there."

12              So he slams me toward the wall multiple

13  times.  He slammed me towards the wall and then took

14  me back to the H-Pod.  And another female -- another

15  female even wanted to intervene.  He told that lady

16  he needed no help.  "I'm going to take this goat to

17  where the goat belongs.  I will fuck him up.  I'm

18  going to take the goat to where he belongs."

19              So that is what I can recall.

20  Q.          And I don't want to cut you off, but I

21  want to go back and make sure I understand your

22  testimony, Mr. Bayong.

23              Was A. Roberts assisting you with

24  visitation with your attorney on October 28, 2020?
```

```
 1   A.          He wasn't the person that took me over
 2   there.  He was taking me back to my cell.  He just
 3   met me in the hallway and said, "Oh, I'll take
 4   back" -- "this guy back to his cell."
 5   Q.          Okay.  So somebody else had assisted with
 6   you going to --
 7   A.          Yes.  Somebody else took me over there.
 8   Somebody else took me over there.  So when I left --
 9   When I left the meeting, I met A. Roberts in the
10   hallway.  He was transporting other inmates.  So he
11   said, "All right.  Let me just take this one."
12              And when that conversation started,
13   another of female staff told him that, "Let me take
14   this person.  Don't take this person.  Let me take
15   him down."
16              He said, "No.  I will deal with this
17   goat.  I will take the goat myself.  I will handle
18   him."
19   Q.          Okay.  And I'll ask this:  Just so it's
20   clean for the court reporter, please let me finish
21   before you start answering.  I appreciate you
22   filling in some of the facts, but we want to make
23   sure we aren't talking over each other --
24   A.          Okay.
```

1  Q.        -- for the court reporter.

2  A.        Yes, sir.

3  Q.        So just for the record, you were taken to

4  visitation with your attorney by a different

5  officer, and then --

6  A.        Right.

7  Q.        -- A. Roberts observed you waiting

8  outside after your visit and offered to take you

9  back to your cell.  Is that correct?

10 A.        That is correct, to the best of my

11 knowledge.  Because I can't really remember what --

12 I don't know if I left the cell by myself and went

13 down there or somebody took me down there.  I can't

14 remember.  Because sometimes they open the door and

15 you go by yourself, and then sometimes somebody will

16 take you down there.  So I can't remember if, on

17 that day, I went there by myself or somebody took me

18 down there.  But the one thing I know for sure is

19 A. Roberts did not take me out of the cell to that

20 place.

21 Q.        Okay.  So you walk down the hallway,

22 outside of the secured portion of your pod, to get

23 to your attorney visit; correct?

24 A.        Right.

Brown Bayong Bayong
7/18/2022

1   Q.          And so then it's Corrections Officer

2   Roberts' job to return you to your cell; correct?

3   A.          Right.  He just met me, and he said he

4   wanted to return me back.

5   Q.          Okay.  And is it your testimony that

6   Corrections Officer Roberts laid hands on you at

7   some point while you were being taken to your cell?

8   Is that correct?

9   A.          Yes.  He was hitting -- he was slamming

10  me on the wall, not hitting me.

11  Q.          Okay.  Was there any --

12  A.          He pulled me from that door, and he

13  slammed me toward the wall.

14  Q.          Was anyone else present when this

15  occurred?

16  A.          There were some inmates in that hallway.

17  And one female told him, "Hey, let me take him" --

18  "let me take him to his cell."

19              And he said, "No.  I will deal with the

20  goat myself.  I'll take the goat myself."

21  Q.          Do you know the names of anybody at the

22  Butler County Sheriff's Office who witnessed

23  Corrections Officer Roberts' interaction with you in

24  the hallway?

1   A.        I don't -- I can't -- I don't -- I didn't

2   know any of the inmates that I saw in that hallway.

3   So I can't -- I can't really remember.  I don't

4   know.

5   Q.        Okay.  And you're saying that you were

6   pushed up against the wall; is that correct?

7   A.        Yes, sir.

8   Q.        Okay.  And can you explain to me exactly

9   where you were touched by Corrections Officer

10  Roberts?

11  A.        Roberts just pulled me with force out of

12  that visitation room when I said, "Oh, let me say

13  something to my lawyer."  He just pulled me with

14  force over there and then pushed me to the wall.

15            And I asked him, "Sir, I need to talk to

16  my lawyer."

17            "What are you talking?  Shut your mouth.

18  You go."

19            And as we were talking, another female --

20  female officer came and said, "Oh, let me take this

21  guy.  Let me take this guy back to that pod."

22            And then he said, "I will deal with him.

23  I will take him down there myself."

24            So that was it.

1  Q.        Okay.  With the exception of pulling you

2  and then pushing you into the wall, was there any

3  other physical interaction between Corrections

4  Officer Roberts and you on October 20, 2020 -- or,

5  excuse me, October 28, 2020?

6  A.        Yes.

7  Q.        Tell us about that, please.

8  A.        Say that again, sir.

9  Q.        I was asking if there was any other

10 interaction between you and Officer Roberts, other

11 than what you just told me about being pulled out

12 and then pushed into the wall.

13 A.        I can't remember.  I can't remember, sir.

14 I can't remember on that day.  I don't know.  I

15 can't really remember everything that happened on

16 that day.  I can't tell you.  I can't remember.

17 Q.        But as you sit here today, you recall,

18 obviously, what you just told me about your

19 interaction with Corrections Officer Roberts.  It

20 would be fair to say that no other physical

21 interaction between yourself and Corrections Officer

22 Roberts comes to mind with respect to that specific

23 date of October 28, 2020?

24 A.        I can't remember, sir.  But you can

1    review the camera footage.  There are cameras in

2    that hallway.  So you guys review the cameras, and

3    then you guys can see for yourself.  You can tell

4    for yourself.  I can't really remember all what

5    happened that day.

6    Q.        Did you file any sort of complaint or

7    claim with the Butler County Sheriff's Office

8    regarding the incident of October 28, 2020?

9    A.        I don't think so.  I can't remember.  I

10   don't know.

11   Q.        Did you suffer any physical injury as a

12   result of the interaction on October 28, 2020, with

13   Corrections Officer Roberts?

14   A.        Then, I was already suffering from -- you

15   know, I don't think -- I can't remember if there was

16   anything on that date, like if there be like pain or

17   something.  No, I can't remember.

18   Q.        If I told you that you expressed no

19   complaints with medics who saw you on October 28th

20   and October 29th of 2020, would you have any reason

21   to dispute that?

22   A.        I will say I can't remember if I did file

23   something or not.  I will not say I filed something

24   when I cannot remember.  I can't remember.

```
 1   Q.          If you would, could you tell me about how
 2   your experiences at the Butler County Jail affects
 3   your current day of life in any way?
 4   A.          Say that again.
 5   Q.          Yeah.  Can you tell me whether or not
 6   your incarceration at the Butler County Jail and the
 7   events that you've talked about today have impacted
 8   your life in any way?
 9   A.          It has been a very big trauma to my life.
10   It is something that has eaten me -- it has eaten me
11   a lot --
12              MS. NORRIS:  I'm sorry.  I'm hearing
13   somebody.  Yeah, I'm sorry.  Is that on your end?
14   Sorry.
15              Yeah, keep going.
16   A.          I said that incident from Butler -- I
17   said the incident from Butler County has actually --
18   it has -- I don't really know how -- I don't have
19   words to describe that incident at Butler County.
20   Because I'm the father of children.  I'm the head of
21   a family.  I don't -- I mean, the treatment in that
22   place was just so -- it's affecting my mental so
23   much.  So it just -- It's so depressing, I don't
24   even want to think about.  Each time I think about
```

 1  it, I feel like -- I feel depressed.  I feel lost in

 2  society.  I feel like I'm not a human being.  I feel

 3  like I just -- I can die the next day.  I just feel

 4  like somebody who be hitting me and beating me and

 5  telling me "I just want to kill you.  You monkey.

 6  You goat.  I don't even know how you came over

 7  here."

 8          I mean, I just feel like I am lost, like,

 9  at times, that I am not even supposed to exist.  I

10  feel -- All the time when I think of it, I shed

11  tears.  I cry.  I cry like it -- was it a mistake I

12  made to go to the United States?  Or why should I be

13  treated like that?  Because that treatment was just

14  so unfair, like, you know, when people try to prove

15  to you that you don't belong to the society or they

16  don't like you in this place.  It was just so kind

17  of -- you know, just the fact that I was in jail,

18  those words they started using, those were not words

19  that you can use to a human being.

20          So since then, I feel super depressed.  I

21  don't feel -- like, my mental health is just so

22  fucked up these days.  I am just going crazy.  I

23  don't feel -- I don't just feel like a human being.

24  Q.      Now, Mr. Bayong, I want to be certain I

1  understand, moving to a different topic.

2              Is it fair to say that you never lost a

3  tooth at the Butler County Jail?

4  A.          I said when I was hit -- punched on that

5  day, the weight of the punch pushed into my face.

6  So I thought I lose the face -- I lose the teeth

7  down there.  And I realized it was just -- the teeth

8  was just pushed one into another.

9  Q.          So it's fair, you didn't actually lose a

10  tooth; correct?

11  A.          Right.

12  Q.          Okay.  And you were seen by the jail's

13  dentist, Dr. William Floyd, on November 13, 2020;

14  correct?

15  A.          November 13th?  I can't remember the

16  date.  Yes, I suppose I was seen by somebody.  I

17  can't remember his name.

18  Q.          Okay.  And did that dentist tell you that

19  he had concluded that all of your teeth were present

20  in your mouth?

21  A.          No.

22              Yeah, I think he said something.  I can't

23  remember what he said.  He just said I was -- He

24  just told me, "You could go back.  You all right."

 1  I think he said something.  I can't remember what he

 2  said.

 3  Q.          Now, you were interviewed while you were

 4  at the Butler County Jail, by detectives, regarding

 5  your allegations; correct?

 6  A.          Right.

 7  Q.          Okay.  And you did tell them what you

 8  believe occurred to you; correct?

 9  A.          Yes.

10  Q.          And you also had a meeting with your

11  attorneys and the FBI as well; is that right?

12  A.          Right.

13  Q.          And you had --

14  A.          And the same day I had the meeting

15  with -- I think the same day I had the meeting with

16  the FBI and the detectives, they had a meeting the

17  same day.  It wasn't like two separate days.

18  Because from -- my attorneys were telling me I have

19  a meeting with the detective before I had a meeting

20  with my lawyer.  We had that meeting the same day.

21  Q.          And so my notes reflect that you met with

22  Butler County detectives on November 4, 2020, and

23  that you followed that meeting on another day with

24  an FBI agent and your own attorney.  Does that

1  refresh your memory?

2  A.        Some people came to me.  I don't know if

3  that was November 4th.  But the day that they came

4  to me, they tried asking me some questions.  I

5  didn't answer to them because I didn't know who they

6  were and why they wanted to question me.  So I

7  didn't answer to them.  I don't even know what

8  actually happened on that day, so I don't even know

9  if they were agents or not.  So I didn't even -- I

10 didn't answer to them.  But I remember -- I remember

11 that the day we had the meeting with the FBI, those

12 guys were crazy.

13 Q.        Did you tell the detectives from Butler

14 County Sheriff's Office that Corrections Officer

15 Roberts placed Mr. Adem's prayer rug in the toilet

16 on October 20, 2020?

17 A.        I think I did.  If -- Yeah, I think I

18 did.  I can't remember everything.  I can't remember

19 everything I told them.  Bur, for sure, if they said

20 so, then I think I did.  Because I remember

21 A. Roberts placed that rug inside that toilet.  I

22 don't know which CO it was.  But I remember

23 somebody -- I remember someone was trying to --

24 someone was trying to place it in the toilet, and

 1  another one said, "Hey, don't.  You can't do that.

 2  That is a prayer rug.  Take it out of there."  And

 3  they just pulled it out and dropped it on the floor.

 4  Q.        So you're standing by that statement to

 5  detectives that CO Roberts placed the prayer rug in

 6  the toilet?

 7  A.        I said -- I just told you, sir.  I just

 8  answered that question.

 9  Q.        Have you ever talked to Mr. Adem about

10  that?

11  A.        To who?

12  Q.        Mr. Adem.

13  A.        How would I be telling Adem about

14  something and he observed it by himself?  He was

15  there.  He observed it himself.  He was in the jail.

16  Q.        Are you aware of Butler County detectives

17  meeting with your wife, Veronica?

18  A.        Butler County detectives?

19  Q.        Yes.

20  A.        I don't know anything of such.  I don't

21  know anything of such.  They didn't tell me anything

22  of such.  I don't know.

23  Q.        Have you always had a gap in your teeth?

24  A.        A little bit.  It wasn't the way it is

1  now.

2  Q.          Are you aware of any other individuals

3  who were interviewed as part of the investigation

4  into your allegations against the Butler County

5  Jail?

6  A.          I don't know.

7             No.

8  Q.          Do you have any personal knowledge of

9  documents or materials considered as part of that

10 investigation?

11 A.          I don't have any idea, sir.

12 Q.          How did you come to find your attorney in

13 this case?

14 A.          How did I get to know my attorneys?

15 Q.          Yeah.  How did you find them?

16 A.          I -- Can you come back to that question,

17 like, in 30 minutes?  I cannot answer that question

18 right now.  I don't -- I cannot answer that question

19 right now.  I -- Can you ask me that question back

20 in, like, 20 to 30 minutes?  I don't know.

21 Q.          I'm sorry, sir.  I couldn't understand

22 your answer.

23 A.          I said can you ask me that question again

24 in, like, 30 minutes?

1    Q.          Sure.

2              Have you ever spoken, with the exception

3    of the interview with the FBI agents, to any federal

4    official regarding your allegations against the

5    Butler County Jail?

6    A.          I spoke with the FBI.  I don't know any

7    other -- I had to talk to someone.  I don't know.

8    But I remember I spoke to the FBI.

9    Q.          As you sit here today, do you have any

10   recollection of speaking to a representative from

11   ICE or the federal government, either in person or

12   over the phone, regarding the allegations that

13   you've made against the Butler County Sheriff's

14   Office?

15   A.          I don't think I had any conversation with

16   ICE, because ICE came in and said -- it was somebody

17   with the jail.  I don't think I had any conversation

18   with ICE.

19   Q.          Was Zachary Sanders your immigration

20   attorney?

21   A.          Right.

22   Q.          And I know you've already testified about

23   Mr. Adem on October 20th of 2020 --

24   A.          Yes.

1    Q.        -- so my question would be:  Excluding

2    him, did you ever personally see another inmate at

3    the Butler County Jail beaten up?

4    A.        I've seen -- I've seen dozens of inmates

5    in Butler County being beaten up by corrections

6    officers at the Butler County Jail.

7    Q.        Can you give me the names of --

8    A.        I don't know.

9    Q.        -- any of the inmates or the officers who

10   were involved?

11   A.        I don't know their names.  You know, they

12   just always come in the pod, beat them up, and carry

13   them to isolation.  I've seen hundreds of them being

14   beaten up, you know.  Dozens of them.  It's huge

15   numbers.

16             Can I ask you a question, sir?

17   Q.        I mean, you can ask a question.  I don't

18   know if I'll be able to answer it, sir.

19   A.        All right.  You said that Butler County

20   detectives had a talk with Veronica again.  I just

21   want you to ask that question again.  Can you ask me

22   that question again?

23   Q.        I lost you, sir.  I'm sorry.  I couldn't

24   make out what you were saying.

```
 1  A.          I said you said that Butler County

 2  detectives had a conversation with Veronica Asong

 3  about my -- about my incident or about my gap tooth

 4  or something like that.  I don't know.  You were

 5  trying to say something about the date.  Could you

 6  please ask that question again?

 7  Q.          I think my question was:  Were you aware

 8  that Butler County detectives interviewed Veronica?

 9  A.          When was that?  What month was this, and

10  year?

11  Q.          I'm not certain.

12  A.          Say that again.

13  Q.          I'm not certain of the date.  I just want

14  to know if you're aware of it.

15  A.          Oh, you're not certain about the month or

16  the date that they had a talk with Veronica?

17  Q.          Yes.

18              My question was just were you aware of

19  the Butler County --

20  A.          I'm talking about the month -- the month

21  or the year they had that talk with Veronica.

22              MS. NORRIS:  I think we can move on.

23              MR. DOWNEY:  Yeah.  I'm not sure what

24  he's wanting.
```

1          THE WITNESS:  All right.  Okay.  That's

2  okay.  Thank you so much.  Thank you.

3  BY MR. DOWNEY:

4  Q.          Have you told me about each and every

5  threat that you have received from a corrections

6  officer at the Butler County Jail through your time

7  being incarcerated there in 2020?

8  A.          I had -- We had a lot of threats from

9  those people.  Like, you know, those -- there was

10  insults, racial slurs they were using.  It was just

11  so -- there was just so many.  It was too much, like

12  all the time.  It was some kind of everyday

13  situation.  This -- You know, it was just something

14  normal in there.  It was just something normal in

15  there.  They were using all kinds of words to us.

16  So it was -- I can't remember everything specific.

17  But they used a lot of words which I can't even

18  remember.  That was just normal.

19  Q.          So my goal today, Mr. Bayong, is just to

20  give you every opportunity to tell me specific

21  events that occurred between officers and yourself

22  or things that you observed while you were there.

23          So with the exception of what we've

24  already talked about today, are you aware of any

1  other threats that you observed from corrections

2  officers, vis-à-vis inmates, during the time that

3  you were incarcerated there?

4  A.        I did observe a lot of -- a lot.  Like,

5  even when I was in the isolation -- when we were in

6  isolation, we saw people have -- As I've said, they

7  couldn't even open their eyes because they were

8  beaten and the whole face was swollen.  Their eyes

9  were covered.  They couldn't even open their eyes.

10  And the immigration officers did nothing.  They came

11  in the middle of the night to isolation.  And then

12  one guy was beaten until he had -- he was walking

13  with crutches, you know.  It was a white guy.  He

14  got beaten, and he was walking and they had to give

15  him crutches because he couldn't even walk.  He was

16  in isolation with us.

17         So I did really observe a huge number of

18  physical abuses which was going on in that place

19  between the corrections officers and inmates.  I

20  can't tell anything more than that.  But I'll tell

21  you I know what happened there.  I just saw a huge

22  number of them.

23  Q.        What I'm shooting for is, if there any

24  specific instances that you can recall, I would like

```
1   for you to tell me about that and the people that
2   are involved.  If you've already told me what you've
3   observed, and you don't know who specific people
4   might be, that's fine.  I just want to make sure I
5   know everything that you observed.
6   A.          I remember -- I remember Ahmed, my
7   cellie, was beaten when he got booked in.  Yeah, he
8   came in there and told us he was beaten when he got
9   booked in.  Which we know that is what they do.
10  They take you in a private room and beat you up and
11  then come and book you in.  So that is -- My cellie
12  came, Ahmed, came and told me that he was beaten.
13  Q.          Okay.  But would it be fair to say that
14  you did not personally observe Mr. Adem being beaten
15  during the booking process?
16  A.          Yes, I did not personally observe him
17  being beaten.  But when he came in the C-Pod, he
18  told us what happened to him.  I didn't physically
19  observe this.
20  Q.          What did he tell you about being beaten
21  during the booking process?
22  A.          I think he said he asked for food.  And
23  then he said something.  I think he said, "If you
24  give me" -- or something.  And then they asked if he
```

1    didn't want to eat the food.  He said yes, he wanted

2    to eat.  So they pulled him into a private room, and

3    they beat him in that private room.

4              But I can't remember so well.  That was

5    what he told me.  I can't remember everything as

6    detailed.  I can't give you details of everything

7    that happened that same day or everything he told me

8    what's what.

9    Q.        Is there any violence you personally

10   experienced at the Butler County Jail by officers

11   that we have not discussed today?

12   A.        Not to the best of my knowledge.  By me,

13   no.  Not to the best of my knowledge, except for

14   what happened to me.

15   Q.        Do you have any personal knowledge

16   regarding the training that is undergone by

17   corrections officers at the Butler County Jail?

18   A.        The training they undergo?  Did you say

19   the training they undergo?

20   Q.        No, I'm sorry.

21             Do you have any personal knowledge of any

22   training that is undertaken by the corrections

23   officers who are employed at the Butler County

24   Sheriff's Office?

```
 1   A.          I don't have any idea, sir.
 2   Q.          Do you have any personal knowledge
 3   regarding the level of supervision that is in place
 4   at the Butler County Sheriff's Office with respect
 5   to the correction officers?
 6   A.          I don't have any idea.  I don't know.
 7              MR. DOWNEY:  Why don't we take five.  I
 8   think I'm pretty much done.
 9              MS. NORRIS:  I do have a few more
10   follow-up questions.
11              MR. DOWNEY:  Yeah.  I just need to take
12   five minutes to look at my notes.
13              MS. NORRIS:  Okay.  Sounds good.
14                   (Recess taken.)
15              MR. DOWNEY:  Let's go back on the record
16   and indicate that I don't have any additional
17   questions today for Mr. Bayong.
18              And I appreciate your time today, sir.  I
19   understand that Ms. Norris may have some questions
20   for you, so I'm going to turn it over to her.
21              MS. NORRIS:  All right.  Thank you.
22                        -  -  -
23                   DIRECT EXAMINATION
24   BY MS. NORRIS:
```

Brown Beyong Beyong
7/18/2022

1  Q.        So first I want to ask, did you have any

2  health conditions while you were at Butler County

3  Jail regarding your legs?

4  A.        Right.  I had health issues in my legs,

5  which I did complain to Butler County about that.

6  Q.        Can you describe more about that?

7  A.        I had -- This complaint came from my

8  blood pressure, which was too high.  And then my

9  legs were swollen.  I had swollen legs, which was

10 very painful.  I couldn't walk well.  I was

11 walking -- I couldn't walking too well.

12 Q.        And on August 13, 2020, can you describe

13 a little bit about the disciplinary ticket?

14 A.        Can you say that again?  I didn't get

15 that.

16 Q.        Can you describe about the disciplinary

17 ticket, what happened on August 13, 2020?

18 A.        Oh, yeah.  On August 13, I had -- I just

19 came back from the gym.  And I had my mask below my

20 nose.  So they -- The officer who was in charge -- I

21 think it was Browning -- he said -- he -- he asked

22 me to take my mask off.  So I told him the reason I

23 was wearing my mask below my nose was because I just

24 came back from the gym.

 1              And, you know, I had to go walk because

 2   with the blood pressure, I was advised to do

 3   walking.  The doctor told me to be walking.  And the

 4   only time I have to walk around is when we are let

 5   out for recreation.

 6              So I told him that I'm just coming back

 7   from the gym and I can't really breathe well.  I had

 8   to take my mask down a little bit and then put it

 9   back up.  So he asked me to take it off.  I took it

10   off while we were talking.  And then, like, ten

11   minutes, he told me to go back into my room.  He

12   told me to go back into my room and be locked down.

13   I went into my room, and he locked me inside my

14   cell.  I went inside the cell, and he locked me

15   down.  He locked me down for more than 90 minutes,

16   for the rest of the time of that day.  Which I

17   thought I had a reasonable conversation with him.

18   And after he locked me down, I thought that was

19   about all it, you know.

20              So later that day --

21   Q.          So when -- No, I'm sorry.  You can go

22   ahead.  I was just going to -- Yeah, that was my

23   next question.  So go ahead.

24   A.          So later that day, he came in with a

1   ticket.  And he gave me a ticket.  And then I said,

2   "What is the meaning of this ticket?  What is the

3   reason for this ticket?"

4           He said, "Just because you were not

5   wearing your mask."  He didn't even tell me anything

6   about a ticket, you know.

7           So I said to him, "Not wearing a mask,

8   you're giving me a ticket?"  I didn't understand the

9   citations which were on the ticket.  He said he

10  would come up and explain the citations for me.

11          He left.  He didn't come back.  I was

12  ringing the bell, asking him to come over and

13  explain the citation.  He said he will come.  He did

14  not come.

15          Finally, before -- The next morning, at

16  5:00 a.m., during breakfast or something, I called

17  him again to come and explain that ticket to me.  He

18  said as soon as he is done with breakfast, he will

19  come up and explain the citations to me.  Because in

20  Butler County, when they give you a ticket and you

21  don't sign it, it shows that you automatically waive

22  your rights for that ticket, which means that you

23  agree that you are subject to punishment.

24          So I was waiting for him to come and

1  explain the citations to me so I could sign.  And

2  then I would have a hearing by the -- by the CO.  He

3  didn't come.  Finally, he came with my -- He came

4  with my ticket and slid it under the door.  When he

5  brought the ticket and slid it under the door, it

6  said -- When I picked the ticket up, I realized that

7  he writes -- he wrote something on the ticket that I

8  refused to sign.

9           I said, "But how would I refuse to sign

10  when I am calling you to come and explain something

11  to me, and you keep saying you will come, you will

12  come, you will come, and you don't even come and

13  explain to me or even call me to have me sign?"  He

14  didn't.

15  Q.        Okay.  Got it.

16           And then on August 17th, around

17  10:00 p.m., what happened?  Do you remember --

18  A.        That day?

19  Q.         -- when you were being removed from

20  isolation?

21  A.        Yes.  They just came and said I should

22  pack my stuff, that they were about to move me to

23  isolation.  So I said, "What have I done that you

24  want to move me to isolation?"

```
 1              So I told them --

 2   Q.         Do you remember -- sorry.  Sorry to

 3   interrupt.

 4              Do you remember the officer who was

 5   there?

 6   A.         It was Browning who was in charge of the

 7   pod that day.  So -- But the other officers that

 8   were there, I can't remember them.

 9   Q.         But it was Officer Browning who asked you

10   to pack your stuff?

11   A.         Right.  Yes.

12   Q.         And then what happened?

13   A.         No, no, no.  Did you say on the 17th?

14   Q.         On the 17th, yes.  I'm sorry.

15   A.         Yes.  I think it was him.  I think it was

16   him.  Yes.  I think it was him.

17   Q.         And then what happened?

18   A.         And then on that day -- So those guys

19   came in.  They realized I didn't want to pack my

20   stuff.  They just came in there.  And, like, I told

21   them, "I am having a problem with my leg.  Let me go

22   quietly.  Let me just get my things quietly and

23   leave."

24              So when they came in -- and this is what
```

1   they always do.  When they come in, you don't even

2   have a chance to ask them questions.  They just want

3   to start to eat you up and pull you out of the cell.

4           So when they came in that day, they were

5   just being abusive and hitting me, like punches,

6   punching me.  And they took me out of the cell.

7   They were trying to take me to the isolation.

8           As I was going down the stairs, the pain

9   in my leg was really getting really worse.  The pain

10  was getting worse.

11  Q.         Back to the cell part -- Sorry.  Let me

12  just ask a question there.

13          So do you recall what was said by the

14  corrections officer when -- do you recall them

15  saying anything before the language -- I can also

16  pull up your affidavit if that's helpful to recall

17  your memory.

18  A.         Yes.

19          MR. DOWNEY:  Object to form.

20          MS. NORRIS:  Sorry?

21          MR. DOWNEY:  Object to form.

22          MS. NORRIS:  Okay.  I just wanted to give

23  him a paper so he could recall -- to recall his

24  memory.

```
1           MR. DOWNEY:  I mean, if he signed an
2    affidavit, that's evidence in the case.  He's
3    already testified about what his recollection was
4    today, and he's already testified through the
5    affidavit.  So I don't see the purpose of this.
6           MS. NORRIS:  Yeah.  No.  It's to recall
7    his memory because of what was said that day.
8                Yeah, I don't know if -- it actually
9    might be harder to do.  Because it's your Zoom, so I
10   can't, like, share.  So it might be -- Well, let me
11   see if I can just pull it up.
12                (Document displaced on screen.)
13   BY MS. NORRIS:
14   Q.       Okay.  So this is a document to refresh
15   your memory of what happened on that day,
16   August 17th.
17           MS. NORRIS:  And this was -- I think,
18   Daniel, you're aware of this document.  This is just
19   the exhibits that were -- we produced this in
20   discovery, this affidavit.
21   BY MS. NORRIS:
22   Q.       So when -- So this is on August 17th.
23   You've kind of already gone through the story.  And
24   then I just wanted to see -- this is what you wrote
```

```
 1  on this day.  Can you -- Does this look correct?  It
 2  says -- or this is what you gave as your statement:
 3  "Hurry up and get your shit together, motherfucker,"
 4  is what they said to you while you were trying to
 5  get your stuff together.
 6          MR. DOWNEY:  I'll object to the form.
 7  A.          That was right.  That was right.  So the
 8  CO said to me, "Hurry up, motherfucker."  He just --
 9  "Get your shit quick.  Get your shit real fast,
10  motherfucker."
11  Q.          Okay.  And I'll just rephrase the
12  question, because the opposing counsel objected to
13  the form.
14          So what did they say to you while you
15  were packing up your things?
16  A.          They were being -- They were so loud.
17  They were so loud, using a lot of abusive language
18  on me.  They were using all kinds of words, like.
19  It was just -- it was just so loud, and they were
20  using all kinds of words on me.  And they just keep
21  saying, "Hurry up, you motherfucker.  Hurry up.  Get
22  your shit together.  Get your shit together,
23  motherfucker."
24          They were just abusive.  They were using
```

Brown Beyene Beyene
7/18/2022

1  a lot of abusive language on me.

2  Q.        Okay.

3  A.        So they asked me to pack my stuff and

4  leave.

5  Q.        And then what happened?

6  A.        And then they pulled me out of the room,

7  finally.  I had my stuff already packed or something

8  like that.  So they pulled me out of the room.  I

9  was trying to move.  As I was trying to move to

10  isolation, it was difficult for me to move

11  because -- because the pain on my leg was really --

12  it was really -- it was something that I could not

13  even carry.  I couldn't handle it.

14            So I was crying and begging them, "Stop

15  yelling and stop beating me.  Let me try to go out

16  by myself, and then I will go down to isolation.  I

17  am not denying to go to isolation.  I will go."

18            So they did not hurry away from the door,

19  just punching.  And they took me out of the cell.

20            As I was going down the stairs, I was

21  going down carefully.  I was going down slowly.  So

22  at one point, I got tired, and then I had to stop.

23  As I stopped at that place, one of the officers got

24  really angry.  On the stairway -- It was like on the

Brown Bayong Bayong
7/18/2022

```
 1   sixth stair from the bottom or something like that.

 2             MR. DOWNEY:  If I can just interrupt.

 3             Ms. Norris, if Mr. Bayong is reading

 4   from -- and I don't know if you've marked it as an

 5   exhibit -- but if he's reading from that, I would

 6   prefer that he state that he's reading that from a

 7   previously prepared document, as opposed to

 8   testifying from memory.  I just don't think this is

 9   appropriate.  If he's reading from the document,

10   just say that's what you're doing.

11             MS. NORRIS:  He's not reading from the

12   document.

13             THE WITNESS:  I'm not reading from the

14   document.

15             MS. NORRIS:  I can also close it out.

16             MR. DOWNEY:  Yeah.  I just want to make

17   sure that we know where it's coming from.

18             MS. NORRIS:  Yeah.

19             MR. DOWNEY:  We already covered, I think,

20   all of this in the first part of his deposition.

21             MS. NORRIS:  Yeah.  I'm just asking some

22   clarifying questions, though, about the things that

23   were asked.

24             MR. DOWNEY:  But if you ask just a
```

1  general question "What happened?" which was asked

2  earlier during his actual deposition, I think that

3  is -- goes back to the very same question I asked of

4  him, and many different iterations of it.  So if

5  you're not -- You can show him the affidavit to

6  refresh his memory about a specific issue or event,

7  but I don't think it's appropriate to just reconduct

8  the deposition that's already occurred.

9           MS. NORRIS:  Sure.  I took it down.  I

10  took it down.

11  BY MS. NORRIS:

12  Q.        So can you continue about what you were

13  saying, like, when you -- So what happened on the

14  stairs exactly?  Because I want to make sure.

15  A.        On the stairs -- On the stairs, I got

16  tired.

17           MR. DOWNEY:  Objection.  Asked and

18  answered.

19           MS. NORRIS:  You can continue.

20  A.        So on the stairs, when I got tired, I had

21  to hold the railing.  I was holding the railing

22  because I had swelling going down.  I stood over

23  this way (indicating) a little bit, because I had

24  pain on my leg.  And then one of the COs got

1    really -- he got upset.  And he got upset.  He just

2    pushed me.  And I felt -- I felt a strong push from

3    behind.  I felt a strong push from behind.  And then

4    somebody said, "Just keep going."  And as he pushed

5    me, I fell down, face-first, on the concrete -- on

6    the concrete floor that was in the C-Pod.

7              And then I fell down, and I was confused.

8    I didn't really -- Like, I was confused.  How can

9    they push and punch me like that?  I don't know.  It

10   was just so strange.  And it was something -- like,

11   I just got confused.  And I tried to get up.  I

12   tried to get up by myself and try to walk again.

13   Q.        Did they say anything while you were

14   going down the stairs?  Did the corrections officer

15   say anything while you were going down the stairs?

16   A.        Yes.  He said something.  He said -- He

17   was saying -- He said -- Well, at this particular

18   moment, I can't really remember.  But he said --

19   Q.        I know you mentioned earlier about a lot

20   of officers were verbally abusing you at different

21   times.  Is that what was happening?

22   A.        Yes.

23             MR. DOWNEY:  Objection.  Leading.

24   A.        They were verbally -- they were being

1 so -- they were verbally abusive.  So he said

2 something when I was going down the stairs.  At this

3 particular moment, I can't really remember.

4 Q.        That's okay.  We can continue.

5          So what injuries did you suffer from

6 that, specifically falling down the stairs?

7          MR. DOWNEY:  Objection.  Leading.

8 A.        I had pain in my neck.  I had neck pain,

9 which I suffered for a long time, and then bruises

10 on my knees.  I had bruises on my knee.

11 Q.        Can you describe the bruises on your

12 knee?

13 A.        Yeah.  I had some -- I had bruises that

14 were -- blood was coming out from my knee.  It was,

15 like, you know, on both sides of my knee.  I had

16 bruises on both.

17 Q.        Can you describe the neck pain?

18 A.        The neck pain was -- affected my whole

19 neck, right to the top of my head.  It affected my

20 whole neck, right to my head.  I couldn't turn my

21 head, like, right or left.  Even sometimes when I

22 would lay on the bed, I just had to lay straight

23 back.  I was not able to turn my head.  So I

24 suffered that pain for a very long time.  It was a

```
 1   lot of pain for a very long time.
 2              But at one point in time, the pain
 3   stopped.  I thought the pain was gone.  But then it
 4   came back again.  So I did suffer that pain for a
 5   long time.
 6   Q.        And what happened with your head?  Like,
 7   you said you had a head injury?
 8              MR. DOWNEY:  Objection.
 9   A.        I had pain from my neck right up to my
10   head.  That was all of it.  The pain was from my
11   neck and went towards my head.  It went up to the
12   top.
13   Q.        Would it be fair to say that you had a
14   severe headache?
15   A.        Yes.
16              MR. DOWNEY:  Objection to form.
17   A.        I had headache -- severe headache for
18   days.  I had headache.
19   Q.        And what other injuries did you also
20   have?  Was there anything else that happened to your
21   head?
22   A.        It was just severe headache that hurt and
23   that neck pain.
24   Q.        Okay.  Can you describe any more
```

```
 1   injuries, then?

 2   A.          Bruises.

 3   Q.          Okay.  Do you know who pushed you?

 4   A.          I don't know the name of the officer, but

 5   if I could see him, I would be able to identify him.

 6   Q.          And after that, what happened that day?

 7   A.          After that, that same day, they took

 8   me -- they walk with me along the recreation center.

 9   And then they took me to the isolation.  But when I

10   was pushed from that railing, I could hear other

11   people shouting in their cells.  I could hear other

12   inmates shouting in their cells.  "You can't do this

13   to nobody.  You can't be doing this to nobody.  You

14   guys should stop.  You guys should stop this."  They

15   were really shouting, like --

16              MR. DOWNEY:  Objection.  Move to strike.

17   BY MS. NORRIS:

18   Q.          You can continue, Mr. Bayong.

19   A.          Yeah.  So they were saying, you know,

20   "Stop.  Stop.  Stop.  Stop."  They were -- Like, the

21   people were, like, close to that.  For that place, I

22   don't know if it's closer to Cell 1 or 2 or 3.  They

23   saw everything that happened.

24   Q.          And so how long did you have headaches
```

 1  after that?

 2              (Mr. Bayong leaves.)

 3          MR. DOWNEY:  He's not on there anymore.

 4          MS. NORRIS:  Okay.  Well, I guess we can

 5  wait a couple more minutes.

 6              (Discussion held off the record.)

 7              (Mr. Bayong returns.)

 8          THE COURT REPORTER:  Would you like me to

 9  read back the question that is pending?

10          MS. NORRIS:  Yes, please.

11              (Question read back.)

12  A.          I can't really remember how long it was,

13  but I had a headache for a little while.  I can't

14  really remember.  It was a little while.

15  Q.          Was there anything else descriptive about

16  that head injury?

17  A.          No.  They didn't give me no -- I had no

18  medication, nothing.  They didn't say anything about

19  it.

20  Q.          Was it a bad head injury, in your

21  opinion?

22          MR. DOWNEY:  Objection.  Form.

23  A.          Yes.  It was bad.  It was really bad.  It

24  was really bad.  It was, like, nine hours of pain

```
 1   or even ten, I think.

 2   Q.          Would you describe it as a concussion?

 3               MR. DOWNEY:  Objection.  Form.

 4   A.          Yes, it was.  It was a concussion -- a

 5   big concussion.  It was.

 6   Q.          And so let me go back to my notes here.

 7               Okay.  So do you think on that day that

 8   you were moving slowly, was it because of the blood

 9   pressure issue?  Or why were you moving slowly that

10   day?

11               MR. DOWNEY:  Objection.  Form of the

12   question.

13   A.          I was moving slowly because I really had

14   pain.  It was the blood pressure which caused

15   swelling to my leg.  And I had pain from that on my

16   leg.  So I couldn't move faster, like any other

17   person could move.  So I was moving slowly because

18   my legs were swollen, and the pain was really high

19   on me due to the blood pressure which I had.  And I

20   was moving slowly.  I couldn't go faster than I was

21   walking.

22   Q.          Okay.  On that day -- that day, what

23   happened after that?  Did you have medical attention

24   at that point?
```

```
 1            MR. DOWNEY:  Object to the form.
 2   A.            That same day, I had no medical attention
 3   because the nurse who came in there, she was
 4   verbally aggressive.  They verbally aggressive on
 5   me.  And so I told her, "If you don't really want to
 6   take care of myself or listen to me" --
 7            She said, "No.  You have swelling in your
 8   legs, but you don't have pain.  Your swollen legs
 9   don't cause pain."  She was just being so
10   aggressive.
11            And I told her that, "If you don't want
12   to attend to me quietly or peacefully, just leave me
13   alone.  You can leave me alone and go.  I don't want
14   to talk to you."  So they left and went.
15            The next day, they came in with Tylenol.
16   They said, "You take Tylenol for your pain."  That
17   was all they gave me.  So I took that Tylenol for a
18   while.
19   Q.            Okay.  Moving on to the October 20, 2020,
20   incident.  What happened on that day?
21            MR. DOWNEY:  Objection.  Asked and
22   answered.
23   A.            On that day, I got -- On that day, I got
24   up in the morning, and then I had -- I had sore
```

1 throat.  So I did complain.  I think I did complain

2 before that day.  So they came in that day.  And

3 then I told them that I have sore throat.  The ICE

4 nurse that was over there, she told me -- she told

5 me, "You could get the warm water and salt and

6 gargle your throat with it."

7          And so I said, "I'm in jail.  How would

8 I?  They don't sell salt in here.  We don't have

9 salt.  Where am I going to get salt from?  Where am

10 I going to get salt from?  We don't have salt.  Or

11 we don't have hot water.  Inmates can buy things at

12 commissary.  I don't know if they usually have salt

13 at commissary or something.  But where am I going to

14 have salt?"

15          "Or you want me to wait four days to buy

16 salt from the commissary and gargle my throat with

17 it?  Do you want to give me something that I could

18 use to cure the pain?"  I just needed something to

19 cure this pain.

20          So she said, "All right."  They are going

21 to give me some, like, ibuprofen.  And they -- they

22 came back -- they left and went.  They didn't say

23 anything.  They left and went.  So when they lock

24 down -- When they open the door for recreation, they

```
 1   did not open our door.  So we asked, "Why is our

 2   door not open?"

 3   Q.          Mr. Bayong, stop for a second.

 4              And who did you ask?  Do you remember?

 5   A.          Yes, I remember.  It was the CO was

 6   there.  I think it was Mr. Clowery [sic] or

 7   something.  Clowery or something.  He was the CO on

 8   duty that day.

 9   Q.          And then what happened?  So what did

10   Mr. Crowley ask from you?

11   A.          Mr. Crowley told us that we are -- let's

12   be packing our stuff, because we have to move to

13   quarantine.  So when he said that, I said, "Why are

14   we moving for quarantine?"

15              He said he don't know.  That just depends

16   on the medical or something.  "The medical is the

17   one handling that situation.  It's not me."

18              So my bunkie said, "If this man is

19   sick" -- "I am not sick.  Why do you guys want to

20   move me?"  So my bunkie asked the question, "I need

21   you guys to send a supervisor to come talk to me."

22              They didn't send a supervisor to come

23   talk to us.  They sent those guys who came in there

24   that morning.  So those guys just came in.
```

1        And then they said, "You guys want to

2  pack your shit or not?  You guys want to" -- They

3  just came in.  I didn't realize.  I was just sitting

4  on the bed.  And then I realized my bunkie was

5  already -- they were already -- they were beating my

6  bunkie and throwing him on the floor.

7  Q.        Now, I just wanted to interject, please.

8            Who was beating your cellmate?

9  A.        It was -- The person who was beating on

10  him was Blankton.  It was Blankton.

11           MR. DOWNEY:  Objection to the form.

12  A.        So Blankton started beating my bunkie

13  with someone else.  I don't know his name.

14           And I was just sitting on my bed.  So the

15  other three came on me.  "You want to pack your

16  shit?  Motherfucker, you want to pack your shit, or

17  you want me to fuck you up?  I will fuck you up now

18  right away."

19  Q.        Sorry.  I just want to make sure that,

20  for the record, we have -- Who did you say that was?

21           MR. DOWNEY:  Objection.  Asked and

22  answered.

23  BY MS. NORRIS:

24  Q.        You can continue.

1  A.          That was Blankton.  I think it was CO

2  Blankton that was on that guy.  And the other guys

3  who were on me was A. Roberts and some other -- and

4  the guy with the K-9 and one other guy, which I

5  don't really know his name.

6          So they came on me, and they started

7  beating.  They started punching me and beating me

8  and throw me on the floor.  As they throw me on the

9  floor, they cuff me.  As I was cuffed, they were

10  kicking on me, kicking on my head, while I was on

11  the floor.

12  Q.          And with Ahmed, was he -- was -- what

13  happened to him, exactly?

14  A.          I mean, like, they just -- As they opened

15  the door -- I mean, they just came to say "You guys

16  are packing."  He wanted to talk to a supervisor.

17  They just -- I just realized I saw Ahmed on the

18  floor.  Like, they were punching Ahmed and throwing

19  him on the floor.  And then they left him -- After

20  he was cuffed, they came to me.  So that guy was

21  sitting on his bunk.  But he was on the floor, and

22  they cuffed him.  And then that guy was beating on

23  his back.

24          And then the other guy came on me now.

```
1   They throw me on the floor, cuff me, and they took

2   him outside in the dayroom.

3              And when they took me outside in the

4   dayroom --

5   Q.         Just one second, Mr. Bayong.

6              So what -- Who was beating you?

7              MR. DOWNEY:  Objection.  Asked and

8   answered.  And please don't interrupt the witness

9   when the witness is answering your question.

10  BY MS. NORRIS:

11  Q.         I can --

12  A.         It was A. Roberts and two other guys.

13  Q.         And --

14  A.         It was A. Roberts and two other guys.  So

15  A. Roberts and those two said, "I just want to kill

16  you.  You monkey.  You goat.  You fucking goat.  I

17  just want to kill you.  I just feel like killing

18  you."  After what I been through, they want to kill

19  me.

20             And then those inmates who were seeing

21  what happened in that room, they were yelling.  They

22  were shouting.  They were saying, "Oh, you guys

23  should stop that.  Stop that.  Stop that."

24             So he went inside the dayroom there and
```

 1    said, "You motherfucker, if you got something to

 2    say, you should come out now and say it.  I will

 3    fuck you up right now."  They were saying that in

 4    the dayroom.  "Come out here and say that.  I will

 5    fuck you up right now."

 6              So I was -- I was sitting on a bench

 7    outside of the dayroom.  And then the nurse came in.

 8    Q.        Oh, I'm sorry.  I'm -- we don't need,

 9    like, all that.  Like, that's perfect.

10              Can you -- So what exactly happened,

11    like, then?  Like, what did A. Roberts tell me

12    about this?

13              MR. DOWNEY:  Object to form.  Asked and

14    answered.

15    BY MS. NORRIS:

16    Q.        You can continue.

17    A.        A. Roberts told me, "I just feel like I

18    just want to kill you.  You fucking monkey.  You

19    goat.  I want to kill you.  I will kill you.  I feel

20    like killing you, because I'm about to lose my job.

21    I don't care.  Before I lose my job" -- "I will kill

22    you before I lose my job.  I don't care what happen.

23    I will kill you if I lose my job."

24              So I was -- they took me outside in the

```
 1    dayroom.  And then I went outside over there on the
 2    bench.  And then the nurse lady came out and said
 3    she can't see anything.  All she can see is a black
 4    eye.
 5    Q.          And then what happened?
 6    A.          And then they took me now from that
 7    place -- They took me and Ahmed from that place to
 8    H-Pod, which is an isolation place, where they keep
 9    people.  So we went in there.  And A. Roberts asked
10    us to go in there, kneel down, and face the wall.
11    When he said, "Kneel down," at first I thought he
12    wanted to take off the cuffs.  So the other guy, the
13    guy with the K-9, was locking the door.  Roberts
14    came in there and started beating me, punching me on
15    my face, my mouth.  He just keep punching me.  And
16    later on they took the cuff off of my hands and
17    asked me to -- he walked out.  He walked out of the
18    room.  So --
19    Q.          Can you --
20    A.          -- later on --
21                Say that again.
22    Q.          Can you describe your injuries?
23    A.          Yes.
24                MR. DOWNEY:  Objection.  Asked and
```

1   answered multiple times.

2   A.          I later on realized that the cut which I

3   got, it got worse.  It just got bigger again, more

4   than what it was.  So that was why, when I looked

5   for something, it was bigger.

6              And then I was all in pain, my neck, my

7   head, all that pain from that beating, those

8   punches.  I was seriously in deep pain.  I was in

9   deep pain.

10             So the medics only came the next day

11  again.  They came back the next day now and give me

12  some antibiotics and, I don't know, Tylenol or

13  something.

14  Q.          Okay.  And what happened -- I think

15  actually you've already described this, so I won't

16  go into this.

17             So I also wanted to ask, I know you said

18  that there was a lot of abuse at Butler County Jail.

19  A.          Right.

20  Q.          Did Thurkill ever say anything to you and

21  your bunkies about --

22  A.          Yes.

23  Q.          -- being abusive?

24             MR. DOWNEY:  Objection.  Leading

1    question.

2    A.         Yes.  Since he was a sergeant who came in

3    to give the ticket, he was the one who came in and

4    said we going to stay in there for ten days.  So he

5    came in and said, "I don't even know what Barack

6    Obama or Nancy Pelosi did to bring you guys into

7    this country.  I don't even know.  So if I was the

8    one, I would beat you guys and break your

9    collarbone."  He said we are even fortunate that he

10   wasn't there, that if he was there, he will beat us

11   and break our collarbones.

12             Those were his words, those words.  Those

13   are the words he used.

14   Q.         Did you ever know of any other abuse by

15   Corrections Officer Thurkill?

16   A.         Not that I know of.

17   Q.         Okay.

18   A.         Yeah, yeah, yeah.  I realized -- I

19   realize this.  He pulled one guy from -- One guy was

20   trying to correct the clock or something.  He just

21   got -- pulled that guy and slammed him on the floor.

22   He took that guy from off of the table.  That guy

23   was trying to correct the clock.  Because we were in

24   there, and the clock was not -- the clock wasn't --

1  we had the wrong time in there.  I think the time

2  just changed or something.  So the time in there was

3  wrong.  And that guy was trying to -- it was an

4  inmate who was trying to correct the time.  And he

5  got in there, pulled that guy out and slammed that

6  guy on the floor.  That guy had a knee injury.  That

7  guy had a knee injury.

8          They had to take that guy out of that

9  place to another place because, you know, they

10 didn't want to actually -- you know, they moved

11 inmates from one place to another so there won't be

12 people who know what actually happened.  They beat

13 him down and down.  I can't believe they actually

14 did that to an inmate.

15 Q.        Do you know any more about the injuries

16 there?  Do you recall?

17 A.        I know that there have been a lot of

18 people that I have seen that got beaten in that

19 jail.  So some of them were even walking with

20 crutches that I have seen.  Some of them have --

21 Some of them couldn't even open their eyes in that

22 same jail that I've seen.  There have been a whole

23 lot of abuses in that particular jail, a whole lot

24 of abuses.  I've seen a dozen of them.  Because I

 1  was there earlier 2019, '18.  I've seen a lot of

 2  things in that jail.

 3              MS. NORRIS:  Okay.  Thank you.  I don't

 4  have any other questions.

 5              MR. DOWNEY:  I just have a couple of

 6  follow-ups, Mr. Bayong.

 7                        - - -

 8                  RECROSS-EXAMINATION

 9  BY MR. DOWNEY:

10  Q.          It would be correct to state that you are

11  not a healthcare practitioner or someone who has

12  been trained in the healing arts; is that correct?

13  A.          Correct.

14  Q.          And it's also correct to say that no

15  healthcare practitioner diagnosed you with a

16  concussion as a result of any of the events that

17  occurred at the Butler County Jail; correct?

18  A.          When you request for Butler County for

19  them to start to check you and something, they just

20  come and say, "Oh, you're fine.  You're fine.  Let's

21  go."  Because, you know, they are thinking when they

22  check you or something -- when they send you to the

23  hospital, they will be spending more money.  So they

24  just always say, "You're fine.  You're fine.  Go.

```
 1   Go.  Go."  They don't --
 2   Q.          That wasn't my question.  My question was
 3   a "yes" or "no."
 4               Would it be fair to say that no
 5   healthcare practitioner has diagnosed you with a
 6   concussion arising out of any of the events that
 7   occurred at the Butler County Jail during the time
 8   that you were incarcerated there?
 9   A.          I can't remember.
10   Q.          Well, you just told your counsel,
11   Ms. Norris, that you diagnosed yourself with a
12   concussion; correct?
13   A.          Say that again.
14   Q.          Well, didn't you just answer Attorney
15   Norris's question by stating that you had a
16   concussion?
17   A.          I said it was some kind of a concussion.
18   I didn't say I was diagnosed with a concussion.
19   Q.          Okay.
20   A.          I just said it was a concussion.
21   Q.          Okay.  So I want to make sure we're clear
22   on this.  Okay?  Because I asked you a bunch of
23   questions about your injuries prior to Ms. Norris
24   asking you questions, and you never mentioned a
```

1  concussion to me.  And I just want to make sure that

2  I understand.

3           Is it fair to say that no healthcare

4  practitioner diagnosed you with a concussion arising

5  out of any of the events that occurred at the Butler

6  County Jail during the time that you were

7  incarcerated there?

8  A.        Remember during your questions, I said

9  that there were a lot of things that I can't

10  remember?  You know, I hadn't told you -- Remember I

11  told you to ask questions very many times?  There

12  were a lot of things that I couldn't remember, that

13  I can't remember at this moment, which doesn't mean

14  I completely forgot about them.  And, you know . . .

15  Q.        Yeah, I understand that.  I asked you a

16  specific question.

17           Has any healthcare practitioner diagnosed

18  you with a concussion from any event that occurred

19  at the Butler County Jail?

20  A.        At this moment, I can't really remember.

21  Q.        Do you have selective memory loss?

22  A.        Do I have lost memory?

23  Q.        Yeah.  Do you just remember things you

24  want to remember?

Brown Bayong Bayong
7/18/2022

```
 1   A.          From all what has happened to me in

 2   Butler County, I -- you know, being locked up for

 3   all that amount of time, I have been losing a lot of

 4   things.  I've been losing -- you know, losing my

 5   memory as well.  So I can't really remember

 6   everything I ever done.

 7              MR. DOWNEY:  All right.  Yeah, I really

 8   don't have any additional questions for you,

 9   Mr. Bayong.  I appreciate your time today, sir.

10              THE WITNESS:  Thank you, sir.  Thank you.

11              THE COURT REPORTER:  How do you want to

12   handle signature?

13              MR. DOWNEY:  Do you want to instruct

14   Mr. Bayong on signature?

15              MS. NORRIS:  We'll sign later.

16              MR. DOWNEY:  All right.  You'll have to

17   figure that out.

18              THE COURT REPORTER:  Are you ordering at

19   this point, Mr. Downey?

20              MR. DOWNEY:  Yeah, I'll order it.

21              THE COURT REPORTER:  And are you ordering

22   a copy, Ms. Norris?

23              MS. NORRIS:  Not at this time.

24                  (Signature not waived.)
```

1                          - - -

2                    And, thereupon, the deposition was

3    concluded at approximately 12:15 p.m.

4                          - - -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Brown Bayong Bayong
7/18/2022

State of Ohio       :
                    :  SS
County of Franklin  :

       I, BROWN BAYONG BAYONG, do hereby certify

that I have read the foregoing transcript of my

testimony given on July 18, 2022; that together with

the correction page attached hereto noting changes

in form or substance, if any, it is true and

correct.


                    _____
                    BROWN BAYONG BAYONG


       I do hereby certify that the foregoing

transcript of BROWN BAYONG BAYONG was submitted to

him for reading and signing; that after he had

stated to the undersigned notary public that he had

read and examined the transcript, he signed the same

in my presence on the ____ day of _____,

____.


                    _____
                    Notary Public


My Commission Expires:

_____

                         - - -

```
 1                    C E R T I F I C A T E

 2   State of Ohio      :
                        :  SS
 3   County of Franklin :

 4        I, Traci E. Peoples, notary public in and for

 5   the State of Ohio, duly commissioned and qualified,

 6   certify that the within named witness was by me duly

 7   sworn to testify to the whole truth in the case

 8   aforesaid; that the testimony was taken down by me

 9   in stenotypy in the presence of said witness,

10   afterwards transcribed upon a computer; that the

11   foregoing is a true and correct transcript of the

12   testimony given by said witness taken at the time

13   and place in the foregoing caption specified.

14        I certify that I am not a relative, employee,

15   or attorney of any of the parties hereto, or of any

16   attorney or counsel employed by the parties, or

17   financially interested in the action.

18        IN WITNESS WHEREOF, I have set my hand and

19   affixed my seal of office at Columbus, Ohio, on this

20   1st day of August, 2022.

21                           _____
                             TRACI E. PEOPLES
22                           Professional Reporter and
                             Notary Public in and for
23                           the State of Ohio

24   My Commission Expires:  July 15, 2024
```

WORD INDEX

< 1 >
1     121:22
1:20-cv-00989
 1:6
10    50:13
10:00    78:16
 110:17
10:05    50:9
106    4:5
10-minute
 50:11
11    24:11
 38:8
11:00    78:16
1156    2:3
12    22:10, 11
12/02/68
 11:24
12:15    139:3
13    22:11
 55:8  94:13
 107:12, 17, 18
135    4:6
13th    51:16,
 20  94:15
15    141:24
17    40:15
 45:4  51:6
 52:6, 12
 54:15  57:4
17th    51:19,
 22  53:16
 54:18, 19
 57:6  110:16
 111:13, 14
 113:16, 22
18    1:14
 3:1  135:1
 140:5
180    37:17
18th    12:22,
 23
19th    62:18
1st    141:20

< 2 >
2    121:22
20    65:3
 69:24  71:2
 72:8, 17, 21
 73:6, 20
 74:3  75:2,
 7  76:7, 22
 77:4, 18

78:12, 22
 79:8, 12
 80:18  81:23
 84:10  90:4
 96:16  98:20
 124:19
200    2:8
20004    2:3
2013    22:10
2018    15:3
 20:21, 24
 38:21  40:3
2019    15:4
 30:4  32:7
 33:20  35:8
 135:1
202    2:4
2020    20:2, 6
 26:15, 20, 22,
 23  28:22
 35:12, 15
 40:15  45:4
 51:6  52:6,
 13  54:15
 55:4, 8, 11,
 14  57:4, 6
 62:18, 20
 65:3  69:24
 71:2  72:8,
 17, 21  73:6,
 20  74:4
 75:2, 7
 76:7, 22
 77:4, 19
 78:13, 22
 79:8, 12, 24
 80:6, 19
 81:23  82:10,
 20  83:24
 84:10, 13
 85:24  90:4,
 5, 23  91:8,
 12, 20  94:13
 95:22  96:16
 99:23  102:7
 107:12, 17
 124:19
2021    29:15
 38:5
2022    1:14
 3:1  14:11
 30:5  32:8
 33:21  35:9
 140:5  141:20
2024    141:24

20th    51:18
 62:18  76:15
 77:23  99:23
22    82:10
221-1216    2:9
22nd    82:12
23    82:20
 83:24
237    8:7
 11:9
28    84:13
 85:24  90:5,
 23  91:8, 12
28th    84:14
 91:19
29th    91:20

< 3 >
3    121:22
30    98:17, 20,
 24
3040    1:23
326-0177    1:24

< 4 >
4    95:22
43054    2:8
43221    1:23
4th    96:3

< 5 >
5    4:4  26:15
5:00    109:16
5th    26:22

< 6 >
614    1:24
 2:9
616    2:3

< 7 >
7775    2:8

< 8 >
830-1125    2:4

< 9 >
9    26:23
 28:22
9:00    1:14
 3:2
90    108:15
9th    27:12

< A >
a.m    1:14
 3:2  109:16

able    7:9
 9:9  17:18
 47:18
 100:18
 119:23  121:5
Absolutely
 49:24
abuse    132:18
 133:14
abuses
 103:18
 134:23, 24
abusing
 118:20
abusive    41:4
 57:9  58:9
 112:5
 114:17, 24
 115:1  119:1
 132:23
accept    5:14
 59:5
acceptable
 9:18  10:20,
 22
accomplish
 7:21
accosted    67:9
accurately
 5:15
action    141:17
acts    37:5
actual    45:21
 117:2
ADA    16:5, 12,
 16
additional
 106:16  138:8
address    8:4
 9:21  11:9
ADE    15:10
 16:3, 7, 10
Adem    1:4
 70:14, 15
 74:24  75:7
 76:6, 17, 22
 78:21  79:8,
 12, 18  80:5
 84:10  97:9,
 12, 13  99:23
 104:14
Adem's    96:15
admittance
 33:19

admitted
 31:18  32:2,
 13
advise    42:24
advised
 17:24  18:6,
 17  83:23
 108:2
affidavit
 112:16
 113:2, 5, 20
 117:5
affiliated
 17:21
affixed
 141:19
aforesaid
 141:8
Africa    8:3
aftermath
 52:13
agent    95:24
agents    96:9
 99:3
ages    24:10
aggressive
 57:9, 15
 124:4, 10
ago    63:9, 10,
 13
agree    5:15
 7:2  30:15
 32:10  65:1,
 5, 6  109:23
ahead    10:1
 50:4  108:22,
 23
Ahmed    1:4
 104:6, 12
 128:12, 17,
 18  131:7
al    10:1
Albany    2:8
Albrecht    2:7
allegation
 36:22
allegations
 95:5  98:4
 99:4, 12
alleged
 40:15  79:19
allow    57:11
allowed
 10:16  11:7
allowing    11:8

altercation
34:24   36:5
74:1
altercations
34:1
America   20:20
American   24:2
amount   138:3
AMY   2:2
6:15
ANDERSON   1:20
angles   71:9
angry   115:24
answer   5:18
18:10   39:7
51:9   57:23
58:24   59:6
96:5, 7, 10
98:17, 18, 22
100:18
136:14
answered
5:15   75:12
97:8   117:18
124:22
127:22
129:8
130:14   132:1
answering
31:24   86:21
129:9
answers
32:11, 12
33:2
antibiotics
77:14   80:22
132:12
anybody   7:23
59:13   76:24
88:21
anymore   122:3
anyway   63:15
apologize
19:11
appeal   38:15
APPEARANCES
2:1
appeared   20:5
apple   8:17
appointment
19:17, 20, 21
appreciate
86:21
106:18   138:9
approached
78:12

appropriate
9:18   10:22
58:6   116:9
117:7
approximately
139:3
area   6:14
34:15, 17, 18
46:17
arising
136:6   137:4
arrived   26:22
arts   135:12
aside   83:20
asked   9:14
10:19   31:9,
16   32:15
33:2   41:2
64:13   66:22
67:17   74:12,
17   76:1
89:15
104:22, 24
107:21
108:9   111:9
115:3
116:23
117:1, 3, 17
124:21
126:1, 20
127:21
129:7
130:13
131:9, 17, 24
136:22
137:15
asking   5:18
52:17   65:7
66:15, 16
90:9   96:4
109:12
116:21
136:24
Asong   101:2
assault   69:8
76:2
assist   29:24
assistance
55:7
assisted   86:5
assisting
23:4   85:23
associated
84:8
attached
140:6

attempted
29:23
attend   57:12,
18   124:12
attention
31:5   55:3
60:22   77:11
80:16, 20
123:23   124:2
Attorney   2:2,
7   10:24
84:15, 20
85:2, 4, 5, 8,
24   87:4, 23
95:24   98:12
99:20
136:14
141:15, 16
attorneys
95:11, 18
98:14
August   40:15
45:4   51:6,
8, 16, 18, 20,
22   52:6, 12
53:16   54:15,
18   55:8, 11,
14   57:4, 6
107:12, 17,
18   110:16
113:16, 22
141:20
automatically
109:21
aware   14:13,
19, 21   61:7
79:10   80:3
97:16   98:2
101:7, 14, 18
102:24
113:18

< B >
back   7:15
12:21   25:24
26:1   40:13
41:16, 17
42:18   45:9
50:5   61:17,
18   66:7
84:21, 23
85:8, 14, 21
86:2, 4
87:9   88:4
89:21   94:24
98:16, 19

106:15
107:19, 24
108:6, 9, 11,
12   109:11
112:11
117:3
119:23
120:4   122:9,
11   123:6
125:22
128:23
132:11
bad   122:20,
23, 24
Barack   53:6
133:5
basis   36:22
Bayong   1:4,
12   3:9   4:4
5:3   7:2, 5,
17   8:18, 19
11:3, 6, 14,
18, 19   18:14
19:4   25:11
26:14   28:19
29:3, 20
31:9   33:16
35:21   50:16,
19, 23   52:4
55:2   65:1
66:9   75:15
85:22   93:24
102:19
106:17
116:3
121:18
122:2, 7
126:3   129:5
135:6   138:9,
14   140:3, 10,
13
BB   23:20, 21
beat   65:11
66:7   74:19
100:12
104:10
105:3   133:8,
10   134:12
beaten   68:2
70:7, 8
75:10   82:15
83:15, 16
100:3, 5, 14
103:8, 12, 14
104:7, 8, 12,

14, 17, 20
134:18
beating
64:22   72:23
74:15   75:18
79:5   82:15
93:4   115:15
127:5, 8, 9,
12   128:7, 22
129:6
131:14   132:7
bed   65:23
67:23, 24
68:12, 14
70:1   75:24
119:22
127:4, 14
began   73:10,
13
begging
115:14
beginning
57:23
behalf   2:4,
9   76:21
believe
11:17   40:4
73:4   95:8
134:13
bell   109:12
belong   93:15
belongs
85:17, 18
bench   130:6
131:2
best   23:16
62:9   87:10
105:12, 13
better   28:14
32:14   42:21
big   92:9
123:5
bigger   132:3,
5
birth   11:23
bit   32:23
42:21   49:3
61:14   97:24
107:13
108:8   117:23
black   77:7
81:11   131:3
Blankton
68:6, 8, 24
70:17   72:14,
16   75:17

127:10, 12
128:1, 2
Blinkton 68:8
blocking
74:11
blood 55:20,
22 76:8, 9
107:8 108:2
119:14
123:8, 14, 19
body 45:1,
14 46:1, 2,
8, 11, 17
47:23 70:24
71:19, 21
72:2
Bonamoussadi
8:6, 7, 13
11:9
B-o-n-a-m-o-u-
s-s-a-d-i
11:10
book 31:21
104:11
booked 57:20
104:7, 9
booking
104:15, 21
boom 46:10
bottom 116:1
bought 40:9
boy 8:13
24:11
break 7:19
43:24 45:24
50:2, 11, 24
51:3 133:8,
11
breakfast
109:16, 18
breathe
42:19, 20, 21
108:7
brief 50:1,
12
briefly 22:12
bring 42:20
49:2 133:6
brought 110:5
Brown 1:4,
12 3:9 4:4
5:3 11:14,
18, 19 140:3,
10, 13
Browning
43:17

107:21
111:6, 9
bruises
41:20 45:18,
19 48:24
119:9, 10, 11,
13, 16 121:2
building 57:7
bunch 136:22
bunk 44:12,
13 128:21
bunked 76:11,
14, 17
bunkie 66:16
126:18, 20
127:4, 6, 12
bunkies
132:21
bunkmate
67:21
Bur 96:19
business 60:5
Butler 1:7
25:8, 9, 13,
14, 17, 21, 23
26:1, 15, 19
27:15, 22
28:3, 9, 14,
21 29:11
33:9, 11
40:16 53:2
55:4, 17
56:3, 15
58:5 59:13
60:1, 14, 19,
23 61:8
65:8 79:17,
23 80:4
81:21 83:3,
4 84:9
88:22 91:7
92:2, 6, 16,
17, 19 94:3
95:4, 22
96:13 97:16,
18 98:4
99:5, 13
100:3, 5, 6,
19 101:1, 8,
19 102:6
105:10, 17,
23 106:4
107:2, 5
109:20
132:18
135:17, 18

136:7 137:5,
19 138:2
buy 125:11,
15

< C >
call 72:13
110:13
called 3:10
15:9 36:24
109:16
calling 53:4
69:11 110:10
camera 68:18,
19 69:2
91:1
cameras 43:6
91:1, 2
Cameroon 8:3
12:3, 21
15:9 18:22
21:5, 6
22:6, 7, 13
23:15 24:4,
17 39:1
caption
141:13
care 124:6
130:21, 22
carefully
115:21
carry 30:15
100:12
115:13
Carson 24:11,
16
Case 1:6
14:20 20:14
98:13 113:2
141:7
cause 124:9
caused 123:14
cell 31:21
34:16 43:12
44:2, 3, 20,
22 45:3, 4,
5, 7, 15, 21
46:3, 9, 19,
22 52:13
57:20 65:2
67:1, 6, 10,
13 68:22
69:24 70:13
71:1 72:17
73:5, 18, 19,
23 74:3, 4,

5 75:1
78:20 79:1,
8, 11 80:14
84:21 86:2,
4 87:9, 12,
19 88:2, 7,
18 108:14
112:3, 6, 11
115:19
121:22
cellie 69:12,
13 70:18, 19,
20 73:3
104:7, 11
cellmate
42:1, 2
68:4, 10, 23
127:8
cells 121:11,
12
Center 22:5
45:10 121:8
certain
93:24
101:11, 13, 15
certified 5:5
certify
140:3, 12
141:6, 14
challenges
17:4
chance 112:2
changed
55:23, 24
134:2
changes 140:6
character
3:14
charge 37:18
107:20 111:6
chatted 7:6
check 135:19,
22
chicken 71:14
children
24:6, 8, 18,
21 92:20
choose 56:13
circumstances
53:22 79:19
citation
109:13
citations
109:9, 10, 19
110:1
claim 91:7

claimed 36:7,
10, 24 37:1,
2
Claire-Spurgin
2:9
clarification
31:2 53:16
clarify 30:17
clarifying
116:22
clean 5:19
8:9 9:19
86:20
clear 37:16
51:5 61:15
64:24 65:13
136:21
clearing 23:2
client 9:12,
20 10:3
50:12
clock 133:20,
23, 24
close 74:13
116:15
121:21
closed 44:9
71:6, 8 79:2
closely 46:12
closer 121:22
Clowery
126:6, 7
collarbone
133:9
collarbones
133:11
Columbus
1:23 141:19
come 23:2
50:4 53:8
56:7, 8
60:10 61:5
62:10 65:11
69:17, 22
83:7 84:6
98:12, 16
100:12
104:11
109:10, 11,
12, 13, 14, 17,
19, 24 110:3,
10, 11, 12
112:1
126:21, 22
130:2, 4
135:20

comes    75:15
90:22
coming    20:21,
23    22:13
23:22    38:20
76:8, 9, 10
108:6
116:17
119:14
commissary
125:12, 13, 16
Commission
140:22
141:24
commissioned
141:5
companies
16:9
company    15:8
16:7, 8, 13,
14
complain
62:22    107:5
125:1
complained
62:19    63:15,
19    64:6
complaining
33:17
complaint
60:14, 18
61:9, 19, 21,
23    62:4
63:8    79:19
91:6    107:7
complaints
91:19
complete    31:5
completely
137:14
computer
141:10
concerned
63:2, 5, 7
concerns
16:23
concluded
94:19    139:3
concrete
118:5, 6
concussion
123:2, 4, 5
135:16
136:6, 12, 16,
17, 18, 20
137:1, 4, 18

condition
33:23
conditions
28:8, 11
29:21    107:2
conduct    49:5
conducting
9:22
confrontation
34:20    35:4,
6    36:8    75:3
confused
118:7, 8, 11
confusing
58:20
connection
7:6
considered
98:9
contact    9:12
10:3    38:11
76:21, 23
79:22
container
23:9
containers
23:1, 2
context
30:18    31:3
continue
11:7    117:12,
19    119:4
121:18
127:24
130:16
continued
55:22
contracts
16:9
conversation
52:4    58:1,
10    67:1
86:12    99:15,
17    101:2
108:17
convicted
36:3    37:4
conviction
37:7    38:16
convictions
37:10
copy    138:22
correct
18:14    19:8
22:6    27:15
28:12    31:11

38:6, 7, 12,
13    39:23
40:17    41:23
42:1    44:4,
11    48:4
50:24    54:17
56:5    62:5
64:11    65:4
67:11    70:14
71:19    72:2,
17    73:11, 22
76:20    87:9,
10, 23    88:2,
8    89:6
94:10, 14
95:5, 8
114:1
133:20, 23
134:4
135:10, 12,
13, 14, 17
136:12
140:8    141:11
correction
80:18    106:5
140:6
corrections
45:2, 15
46:3, 18
47:12, 17
52:5    53:2
58:15    61:11
67:10    68:22
70:13    77:18
81:24    88:1,
6, 23    89:9
90:3, 19, 21
91:13    96:14
100:5    102:5
103:1, 19
105:17, 22
112:14
118:14
133:15
COs    59:17
117:24
counsel    3:7
9:13    10:4
20:5    114:12
136:10
141:16
country    133:7
County    1:7
20:1    25:3,
8, 9, 12, 13,
14, 17, 19, 21

26:15, 19
27:15, 23, 24
28:3, 9, 13,
21    29:11, 14,
17    33:9, 11
34:3    37:18
38:2, 5
39:16, 24
40:2, 16
53:3    55:4,
17    56:3, 15
58:5    59:13
60:1, 14, 19,
23    61:9, 22,
24    65:8
79:17, 23
80:4, 10
81:21    82:9
83:3, 4
84:9    88:22
91:7    92:2,
6, 17, 19
94:3    95:4,
22    96:14
97:16, 18
98:4    99:5,
13    100:3, 5,
6, 19    101:1,
8, 19    102:6
105:10, 17,
23    106:4
107:2, 5
109:20
132:18
135:17, 18
136:7    137:6,
19    138:2
140:2    141:3
couple    15:18
16:24    122:5
135:5
COURT    1:1
5:19    6:6,
20    8:9    9:9
11:15, 17, 20
14:4, 8
20:1, 6
39:9, 16
40:3    86:20
87:1    122:8
138:11, 18, 21
cover    69:3, 5
covered
103:9    116:19
covering
74:12

COVID    43:2
63:6, 7, 11,
13, 15    64:5,
6
C-Pod    77:9
104:17    118:6
crazy    93:22
96:12
criminal
20:9, 15
36:13, 14
37:4, 5
Cross-
Examination
4:4    5:7
cross-talk
10:24
Crowley
126:10, 11
crutches
103:13, 15
134:20
cry    71:15
73:11, 14
93:11
crying    71:13,
14, 15    73:15,
17    115:14
cuff    66:6
128:9    129:1
131:16
cuffed    44:19,
21, 24    66:8
68:1    70:18,
19, 20, 21
128:9, 20, 22
cuffs    74:19,
20    131:12
cure    125:18,
19
curious    40:4
current    8:5
20:14    92:3
currently
8:2    11:4
12:2    17:11
19:17, 19
24:15
custody
26:23    27:2,
7    35:12, 15
38:1
cut    85:20
132:2

< D >
D.C   2:3
DANIEL   2:7
  26:9   113:18
date   11:23
  14:24   26:17,
20   40:3
  51:15, 16, 24
  54:10   90:23
  91:16   94:16
  101:5, 13, 16
dates   27:15,
17   29:17
daughter
  24:12, 23
day   10:7
  34:15, 17, 18
  38:23, 24
  39:12, 13
  43:6, 10, 17,
19   44:19
  52:9, 20, 21,
22   54:5, 9
  57:21   67:10
  68:5, 10, 22
  69:16   71:22
  73:23   77:12,
13   78:11, 14,
15   82:6, 9
  84:6, 10, 15,
20   85:3
  87:17   90:14,
16   91:5
  92:3   93:3
  94:5   95:14,
15, 17, 20, 23
  96:3, 8, 11
  105:7
  108:16, 20,
24   110:18
  111:7, 18
  112:4   113:7,
15   114:1
  121:6, 7
  123:7, 10, 22
  124:2, 15, 20,
23   125:2
  126:8
  132:10, 11
  140:17
  141:20
dayroom
  70:20   129:2,
4, 24   130:4,
7   131:1

days   37:17
  56:6, 8, 10
  61:2   93:22
  95:17
  120:18
  125:15   133:4
ddowney@fisheld
owney.com   2:9
deal   86:16
  88:19   89:22
December
  26:23   27:12
  28:22
decision   65:2
declared
  19:24   20:4
decline
  56:14, 20, 23
declined
  56:18, 21
deep   132:8, 9
Defendants
  1:9   2:9
  3:10
definitely
  54:23
degree   22:8
delay   19:11
deliver   40:11
deliveries
  15:8   16:4
denied   6:22
dentist
  94:13, 18
denying
  115:17
departure
  32:7   33:21
  35:8   74:2
  75:2
depends
  126:15
deportation
  30:5
deported
  12:21
deposed   7:24
DEPOSITION
  1:12   3:9
  5:10   9:16,
19, 22   10:11
  11:5   29:2
  49:5   116:20
  117:2, 8
  139:2

depressed
  93:1, 20
depressing
  92:23
describe
  92:19   107:6,
12, 16
  119:11, 17
  120:24
  123:2   131:22
described
  132:15
descriptive
  122:15
detail   49:3
detailed
  105:6
details
  54:23   105:6
detain   26:7
detainee
  26:2, 5
  61:22
detainees
  61:21
detainer
  27:3, 4   38:3
detective
  95:19
detectives
  95:4, 16, 22
  96:13   97:5,
16, 18
  100:20
  101:2, 8
d-e-y-s   15:14
diagnosed
  135:15
  136:5, 11, 18
  137:4, 17
die   93:3
different
  21:22   27:10
  65:2   87:4
  94:1   117:4
  118:20
difficult
  42:19   115:10
difficulties
  61:4
difficulty
  5:22   7:4
diploma   22:2
Direct   4:5
  106:23

directly
  27:22
disagree
  26:24   33:3
  37:21   83:22
disciplinary
  107:13, 16
discomfort
  48:19
discovery
  113:20
discussed
  105:11
Discussion
  7:14   122:6
dismiss   38:15
displaced
  113:12
displeased
  62:4
dispute   91:21
DISTRICT   1:1
DIVISION   1:2
divorce
  14:10, 14, 20
doctor   17:21,
23   18:2, 3,
5, 9, 13
  108:3
doctors   19:15
document
  30:9, 12, 14
  31:7   113:12,
14, 18   116:7,
9, 12, 14
documents
  29:1, 9
  30:2   31:10,
13   51:2
  98:9
doing   23:7,
8, 18   49:16
  75:6   82:21,
22   83:23
  116:10
  121:13
domestic
  36:3, 12, 16,
17, 23   37:5,
13, 18   38:6,
15
door   68:13,
14   74:11, 12
  85:7, 9
  87:14   88:12
  110:4, 5

115:18
  125:24
  126:1, 2
  128:15
  131:13
Douala   8:3,
7   11:10
  12:3   21:1,
3   22:6, 7, 16
DOWNEY   2:7
  4:5, 7   5:8,
23   6:4, 6,
11, 14, 19, 23
  7:1, 13, 15,
16   8:24
  9:2, 5, 15
  10:1, 5, 10,
15, 18   11:1,
2, 15, 21
  14:9, 17, 18
  19:3   26:11,
13   27:20, 21
  30:20, 23
  31:6   39:11
  49:4, 9, 12,
15, 21   50:1,
4, 7, 9, 13,
15, 22   51:18,
23   52:2
  53:17   55:1
  58:23   59:1,
4, 9   61:17
  75:13
  101:23
  102:3   106:7,
11, 15
  112:19, 21
  113:1   114:6
  116:2, 16, 19,
24   117:17
  118:23
  119:7   120:8,
16   121:16
  122:3, 22
  123:3, 11
  124:1, 21
  127:11, 21
  129:7
  130:13
  131:24
  132:24
  135:5, 9
  138:7, 13, 16,
19, 20
downstairs

45:8
dozen    134:24
dozens    100:4,
14
Dr    94:13
drink    49:19,
23   63:17
Drive    1:23
driver    15:6
dropped
33:13   97:3
due    123:19
duly    5:4
141:5, 6
duties    22:18
duty    126:8

< E >
earlier
117:2
118:19   135:1
early    56:8
Eastern    50:9
eat    105:1, 2
112:3
eaten    92:10
educated
21:21
education
21:15, 18, 24
effect    53:23
eight    70:13
either    24:18,
20   51:24
52:13   59:11
72:19, 24
99:11
E-mail    2:4, 9
employed
17:11, 12
105:23
141:16
employee
141:14
employer
15:11, 13
23:17
employers
16:1
employment
17:9, 14
19:19   22:12
encounter
81:9
enlarged    81:9
enter    29:14

entering
26:14
et    1:8
event    45:23
117:6   137:18
events    62:18
73:19   77:3
79:7, 18
92:7   102:21
135:16
136:6   137:5
everybody
60:6   61:22,
23   62:1
everyday
102:12
evidence
113:2
exactly
57:12   83:17
89:8   117:14
128:13
130:10
Examination
4:5   106:23
examined
140:16
exception
29:11   80:5
90:1   99:2
102:23
Excluding
100:1
Excuse    18:24
66:20   90:5
exhibit    116:5
exhibits
113:19
exist    93:9
experience
48:16, 18
experienced
105:10
experiences
92:2
expertise
6:15
Expires
140:22
141:24
explain    81:5,
6   89:8
109:10, 13,
17, 19   110:1,
10, 13

export    22:21
23:3
exportation
23:8, 9
expressed
91:18
eye    77:7
81:11   131:4
eyes    103:7,
8, 9   134:21

< F >
face    41:18
48:1, 2, 6,
13   71:23, 24
74:13, 16
94:5, 6
103:8
131:10, 15
faced    74:14
face-first
118:5
facilities
32:13
facility
31:16, 18, 19
35:6   62:7,
14   63:14
80:11
fact    14:13,
19   83:14
93:17
facts    86:22
fair    17:2
18:16   28:1,
7   44:18
46:16   54:14
58:6, 15, 17,
20   59:14, 16,
17   60:9
62:3, 18
64:9   65:1
90:20   94:2,
9   104:13
120:13
136:4   137:3
fall    47:19
48:19   52:6,
14
falling   119:6
familiar
60:13, 17
family   12:11,
13   14:16
60:5   92:21
fast    114:9

faster    41:12,
15   123:16, 20
father    92:20
Favour    24:12,
16
F-a-v-o-u-r
24:14
FBI    95:11,
16, 24   96:11
99:3, 6, 8
federal    99:3,
11
feel    31:4
32:17   93:1,
2, 3, 8, 10,
20, 21, 23
129:17
130:17, 19
fell    41:17
45:8   47:24
48:1, 13
118:5, 7
felt    41:16
118:2, 3
female    85:14,
15   86:13
88:17   89:19,
20
figure   138:17
file    14:10
23:14   91:6,
22
filed    79:20
91:23
filling   86:22
final    61:13
Finally
109:15
110:3   115:7
financially
141:17
find    17:8
45:24   77:7
98:12, 15
fine    50:13
84:3, 4
104:4
135:20, 24
finger    37:1
finish    5:17
10:5   11:3
32:6   69:20
86:20
finished
84:21

firm    20:17,
18, 19   22:15,
17
first    5:4
25:3, 6, 16
26:21   31:15
45:16   47:14,
24   48:2, 6,
8, 11, 13
58:19   63:23
107:1
116:20
131:11
Fishel    2:7
fists    44:9
71:6
five    24:12
50:5   67:4
70:14   106:7,
12
floor    47:24
48:7, 10
65:21, 22
66:5, 6, 8
67:22   68:1,
2   70:9, 10,
11   72:5
73:5   75:19,
21, 23   97:3
118:6   127:6
128:8, 9, 11,
18, 19, 21
129:1
133:21   134:6
Floyd    94:13
flush    69:14
folks    42:24
followed
95:23
following
52:6   74:2
follows    5:5
follow-up
106:10
follow-ups
135:6
food    104:22
105:1
footage   91:1
force    54:15
74:24   75:7
89:11, 14
foregoing
140:4, 12
141:11, 13

forensic
82:20
forensics
83:6, 11, 16,
17, 18, 19, 22
84:1, 2
forgetting
62:2
forgot 137:14
form 58:22
59:5 112:19,
21 114:6, 13
120:16
122:22
123:3, 11
124:1
127:11
130:13 140:7
fortunate
133:9
found 36:15,
16 38:6
52:9
four 13:2
20:10 43:14
125:15
Franklin
20:1 25:3,
12, 24 27:24
28:3, 8, 13
37:18 38:2,
5 39:16, 24
40:2 140:2
141:3
freely 41:11
Friday 7:6
friends
12:11, 12, 13
front 46:24
fuck 67:19
69:4 85:17
127:17
130:3, 5
fucked 32:17
93:22
fucking
69:12
129:16
130:18
full 11:12,
14
full-on 41:18
further 31:2

< G >

gap 97:23
101:3
gargle 63:20,
22 125:6, 16
gather 67:13
gathering
67:5
Geauga 29:14,
17 34:3
80:9
general
30:18, 20
117:1
generally
30:22 31:1
53:2, 17, 18
gentlemen
72:20
getting
112:9, 10
give 18:10
31:20, 21
40:10, 12
100:7
102:20
103:14
104:24
105:6
109:20
112:22
122:17
125:17, 21
132:11 133:3
given 32:12
140:5 141:12
giving 109:8
Global 22:4
go 5:9
7:13, 15
10:1 23:2
27:22 50:4
56:24 69:1,
3, 4 70:10,
11 76:3
77:2 83:6
85:10, 11, 21
87:15 89:18
93:12 94:24
106:15
108:1, 11, 12,
21, 23
111:21
115:15, 16,
17 123:6, 20
124:13
131:10

132:16
135:21, 24
136:1
goal 102:19
goat 53:4
85:16, 17, 18
86:17 88:20
93:6 129:16
130:19
goes 117:3
going 5:9,
10 8:15, 22
9:9 10:7,
10 11:3
25:12 41:8,
13 42:4, 7
43:24 45:21
47:1 69:7
84:21 85:16,
18 86:6
92:15 93:22
103:18
106:20
108:22
112:8
115:20, 21
117:22
118:4, 14, 15
119:2 125:9,
10, 13, 20
133:4
good 7:6
50:7 106:13
government
99:11
gradually
41:13
graduate
21:10, 12
ground 5:10
72:4
Group 2:2
guess 50:13
54:21 122:4
guided 46:21
guilty 36:11,
13, 14, 15, 16
38:6
gum 78:8, 9
Gundy 39:15,
17, 19, 24
40:5, 6
G-u-n-d-y
39:21
Gur 39:20

guy 22:20
40:9 72:11,
13 73:8
74:6 86:4
89:21
103:12, 13
128:2, 4, 20,
22, 24
131:12, 13
133:19, 21,
22 134:3, 5,
6, 7, 8
guys 21:22
53:7, 8
64:16, 18
67:17, 18, 19
68:11, 12
72:10, 11
73:2 74:10
75:20 78:24
79:2, 5
83:13, 14, 15
84:3 91:2,
3 96:12
111:18
121:14
126:19, 21,
23, 24 127:1,
2 128:2, 15
129:12, 14,
22 133:6, 8
gym 42:18
107:19, 24
108:7

< H >
half 38:23
hallway
84:22, 24
85:3 86:3,
10 87:21
88:16, 24
89:2 91:2
hand 48:7,
10 141:18
handcuffed
70:5
handle 86:17
115:13
138:12
handling
126:17
hands 48:4
66:7 68:4,
9 72:7

84:9 88:6
131:16
happen 65:10
130:22
happened
34:5, 7, 11,
16 35:2
41:1 43:9
45:23 48:14
65:12 69:15
74:8 75:9
82:6, 9
90:15 91:5
96:8 103:21
104:18
105:7, 14
107:17
110:17
111:12, 17
113:15
115:5 117:1,
13 120:6, 20
121:6, 23
123:23
124:20
126:9
128:13
129:21
130:10
131:5
132:14
134:12 138:1
happening
43:20 118:21
harder 113:9
head 41:18
48:5, 6
69:3, 5
71:7, 18
72:1, 3, 4
77:24 78:1
81:12 92:20
119:19, 20,
21, 23 120:6,
7, 10, 11, 21
122:16, 20
128:10 132:7
headache
61:1 120:14,
17, 18, 22
122:13
headaches
121:24
headphones
7:11

healing
135:12
health  16:21,
23  17:4
19:16  29:21
31:17  82:24
93:21  107:2,
4
healthcare
16:22  17:17,
22  18:5, 17,
21  19:18, 20
28:20  29:23
58:5, 14
59:22
135:11, 15
136:5  137:3,
17
hear  8:21
12:9  28:5
43:8  50:21
57:11  61:13
121:10, 11
heard  41:13
53:1
hearing
92:12  110:2
held  7:14
38:23  122:6
hell  83:4
help  85:16
helpful
59:23  112:16
hereinafter
5:4
hereto  140:6
141:15
Hey  70:10
88:17  97:1
high  21:10,
24  107:8
123:18
history  22:13
hit  36:18,
20  37:1, 2
41:18  46:8
48:1, 5, 6
67:22, 23
69:1  71:21
72:1  75:22
77:23  94:4
hitting  41:5
46:4, 5, 11
68:15, 16
72:7  73:16
74:15  88:9,

10  93:4
112:5
Hold  26:11
117:21
holding
117:21
hole  42:7
76:4
home  37:15
honest  29:22
Honestly
32:16
hospital
28:15  135:23
host  6:18
hostile  66:14
hot  125:11
hours  16:15,
18  39:14
122:24
H-Pod  77:9,
10  85:14
131:8
huge  100:14
103:17, 21
human  93:2,
19, 23
hundreds
100:13
Hurry  41:6
114:3, 8, 21
115:18
hurt  41:20
73:3  120:22

< I >
ibuprofen
31:4  56:20,
22  64:7
125:21
ICE  26:2, 5,
23  27:2, 4,
7  35:12, 15,
18  38:1
61:20, 21, 22
62:10  99:11,
16, 18  125:3
idea  98:11
106:1, 6
identify
121:5
illegally
14:5
immediately
52:5

immigration
26:7  35:16,
19, 22, 23
36:2  99:19
103:10
impact  48:7,
10
impacted
45:1, 14
46:2, 18
47:23  92:7
import  22:21
23:3
improperly
46:2, 18
Inappropriate
14:17  52:11
53:1  58:19,
21  61:10
72:21, 22
Inaudible
6:1  7:4
63:3  80:24
incarcerated
15:5  16:20
25:4, 7, 8,
16, 17, 23
29:6, 21
30:3  31:11
33:20  35:7
38:19, 22
58:7, 16
59:24  61:8
62:8  79:17,
23  80:4, 6
102:7  103:3
136:8  137:7
incarceration
40:4  92:6
incarcerations
32:22
incident
34:7, 13
40:7  57:3
73:19, 21
91:8  92:16,
17, 19  101:3
124:20
income  15:5
inconsistent
56:1, 4, 9
increase  78:8
incurred
80:17
indicate
106:16

indicating
83:22  117:23
indigent
20:1, 4
individuals
98:2
information
81:22
informed
62:15
injuries
76:6  77:17,
20, 21  80:17
81:2  119:5
120:19
121:1
131:22
134:15
136:23
injury  82:16
91:11  120:7
122:16, 20
134:6, 7
inmate  34:19
44:11, 12, 14
78:19  79:6,
10, 16, 23
81:20  100:2
134:4, 14
inmates  34:2
35:6  44:17
61:19  64:19
80:4  86:10
88:16  89:2
100:4, 9
103:2, 19
121:12
125:11
129:20
134:11
Inside  44:3
79:7  96:21
108:13, 14
129:24
inspect  62:7
inspection
62:11, 13
instance
60:21  71:4
instances
103:24
instruct
8:16  10:2
138:13
instructing
9:20

insults
102:10
intend  19:14
intending
17:23  18:2,
3, 9, 10
intention
10:2, 6
interacting
78:22
interaction
77:18  80:18
81:3  88:23
90:3, 10, 19,
21  91:12
interactions
58:6  59:14,
23
interested
141:17
interject
127:7
intern  26:9
international
22:2
interrupt
111:3  116:2
129:8
intervene
85:15
interview
99:3
interviewed
95:3  98:3
101:8
investigation
98:3, 10
involved
100:10  104:2
isolation
42:5, 9
45:8, 9, 12
54:6  57:7
64:10, 12, 13
67:6  68:19,
20  69:4
73:24  74:4,
5  78:12
100:13
103:5, 6, 11,
16  110:20,
23, 24  112:7
115:10, 16,
17  121:9
131:8

issue 7:11
33:18 59:5
117:6 123:9
issues 16:21
28:2 32:21
37:13 82:11,
12, 17, 23, 24
83:5 107:4
iterations
117:4

< J >
Jail 25:12,
13, 14, 19
26:15 27:19
28:4, 10, 21
29:10, 14
33:19 34:3
37:17 38:2,
23 40:1
52:23 53:3
55:4, 17
56:3, 16
58:5 59:13
60:1, 14, 19
61:9 62:1
63:24 79:17,
24 80:5, 8
82:2, 9
92:2, 6
93:17 94:3
95:4 97:15
98:5 99:5,
17 100:3, 6
102:6
105:10, 17
107:3 125:7
132:18
134:19, 22,
23 135:2, 17
136:7 137:6,
19
jails 30:3
32:3
jail's 94:12
January 20:2,
6
job 22:18
88:2 130:20,
21, 22, 23
joins 26:12
July 1:14
3:1 140:5
141:24
June 26:15,
22 29:15

jury 36:15
38:6

< K >
K-9 72:11
128:4 131:13
keep 92:15
110:11
114:20
118:4 131:8,
15
Keita 81:14,
16, 22 82:4,
5
K-e-i-t-a
81:17
kicked 73:5
77:24 78:3
kicking 72:3,
4 73:9
128:10
kicks 81:12
kidding 52:1
kids 24:9
kill 93:5
129:15, 17,
18 130:18,
19, 21, 23
killing
129:17
130:20
kind 33:7
34:8 35:2
60:5 66:14
93:16
102:12
113:23
136:17
kinds 82:15
102:15
114:18, 20
kite 60:18,
20 61:1, 5
knee 41:21
45:18, 19
48:23, 24
119:10, 12,
14, 15 134:6,
7
kneel 74:13,
18 131:10, 11
kneeled 74:14
knees 75:18
119:10
knew 62:3

know 5:13
7:2, 5, 21
14:12 15:21
21:23, 24
22:9 26:6,
19 27:16, 18
28:14, 16
30:13, 15, 16,
20, 21 32:19,
21 33:5, 8
34:8 35:16,
17, 18, 23
36:1 37:24
38:10, 17
40:5, 8, 20,
23 42:3, 8
43:11, 15, 18
44:7, 22
47:4 49:1,
9, 12, 15, 18
51:7, 13, 14
53:5, 7, 19
54:2, 10, 18,
22 55:23
56:10, 12, 19
60:3, 4
61:13 62:11
63:16 65:9,
10 67:3
68:9 69:2,
3, 6 70:17,
22 71:7, 12,
16, 23 72:9,
12, 13 75:17,
19 76:24
77:9 78:18
79:4, 6
80:13, 14
81:7 82:6,
8 83:15, 19
87:12, 18
88:21 89:2,
4 90:14
91:10, 15
92:18 93:6,
14, 17 96:2,
5, 7, 8, 22
97:20, 21, 22
98:6, 14, 20
99:6, 7, 22
100:8, 11, 14,
18 101:4, 14
102:9, 13
103:13, 21
104:3, 5, 9
106:6 108:1,

19 109:6
113:8 116:4,
17 118:9, 19
119:15
121:3, 4, 19,
22 125:12
126:15
127:13
128:5
132:12, 17
133:5, 7, 14,
16 134:9, 10,
12, 15, 17
135:21
137:10, 14
138:2, 4
knowledge
23:16 62:9
87:11 98:8
105:12, 13,
15, 21 106:2

< L >
lady 85:15
131:2
laid 68:4, 9
72:7 88:6
language
52:11, 12, 15,
18, 19
112:15
114:17 115:1
late 56:7
laughing
71:12, 13, 16
Law 2:2, 7
14:16 20:16,
18, 19
lawyer 54:9,
11 89:13, 16
95:20
lawyers 20:9
lay 84:9
119:22
Leading
118:23
119:7 132:24
leave 38:4
41:7 57:18,
19 111:23
115:4
124:12, 13
leaves 122:2
leaving 28:3
led 34:24

left 21:1, 3,
5 74:21
77:8 86:8,
9 87:12
109:11
119:21
124:14
125:22, 23
128:19
leg 111:21
112:9
115:11
117:24
123:15, 16
legal 20:5
legally
13:23 14:1,
3, 5, 6
legs 41:9,
10, 11 55:8,
10, 13 107:3,
4, 9 123:18
124:8
level 41:23
47:14 106:3
life 21:8
92:3, 8, 9
limitations
18:18
link 75:5
lip 81:8
listen 57:16
67:16 124:6
little 42:21
49:3 61:14
97:24
107:13
108:8
117:23
122:13, 14
live 12:6, 8,
10, 11 13:3,
9, 22 20:23
24:18
lived 13:4,
5, 8, 11, 12,
14 21:7
Living 13:8
loading
22:23 23:1
location 8:2,
5 9:2, 8, 15,
17 12:15
27:10
lock 125:23

locked   79:1
82:1    108:12,
13, 14, 15, 18
138:2
locking
131:13
lodge    61:9,
19, 21, 23
62:4
lodging
60:14, 18
long    7:20
10:7, 10
12:14, 16, 24
15:16, 19
16:5, 20
32:17    46:14
48:15    63:9,
10, 13    119:9,
24    120:1, 5
121:24
122:12
look    49:13
71:14
106:12    114:1
looked    132:4
lose    94:6, 9
130:20, 21,
22, 23
losing    138:3,
4
loss    137:21
lost    93:1, 8
94:2    100:23
137:22
lot    52:19
53:9, 10
54:13    92:11
102:8, 17
103:4
114:17
115:1
118:19
120:1
132:18
134:17, 23
135:1    137:9,
12    138:3
loud    114:16,
17, 19
lunge    70:2

< M >
making    60:18,
20

man    71:14
126:18
manner    72:21,
22
March    15:3
38:5
marked    116:4
married
13:23    14:1,
3, 5, 6, 7, 22
15:3    23:24
24:24
marry    14:24
15:2
Mary    2:9
Maryland
13:18, 20, 21,
22
mask    42:11,
12, 13, 16, 20,
23, 24    43:5,
10    107:19,
22, 23    108:8
109:5, 7
masks    43:3, 4
materials
98:9
matter    14:16
79:20
matters
20:10, 15
mean    14:7
21:21    22:23
27:8    30:8,
11, 13, 23
43:14    46:4,
10    48:17
49:1, 4, 15
52:15    56:11
92:21    93:8
100:17
113:1
128:14, 15
137:13
meaning    109:2
means    109:22
medic    55:16
medica    63:20
medical    28:2,
8, 11, 20
29:5, 9
30:15, 19
31:3, 5
33:18    55:3
60:22    62:20
63:19    76:21,

23, 24    77:2,
5, 11    80:16,
20    82:10, 13,
14, 16, 17, 18
123:23
124:2    126:16
medication
55:22    56:7,
11, 14    57:1
61:6    122:18
medications
56:2
medics    91:19
132:10
meet    18:8, 9
19:1    24:4
Meeting    6:16
84:19, 21
86:9    95:10,
14, 15, 16, 19,
20, 23    96:11
97:17
member    61:11
memory    29:2
32:15, 21
54:24    96:1
112:17, 24
113:7, 15
116:8    117:6
137:21, 22
138:5
Menard's    16:4
mental    16:20,
23    17:4
19:15    32:1
33:18, 23
82:23, 24
83:5    92:22
93:21
mentally
32:18
mentioned
118:19
136:24
merely    65:7
met    16:24
17:19    84:19,
22, 24    85:1,
3    86:3, 9
88:3    95:21
middle    6:24
103:11
mind    8:8
75:15    81:3
90:22
minute    50:12

minutes    50:5
65:20    98:17,
20, 24
106:12
108:11, 15
122:5
mischief
36:14    37:5
missed    57:22
mistake    93:11
moment    17:20
24:19    46:20
79:14
118:18
119:3
137:13, 20
Monday    1:14
3:1
money    40:9,
10, 11, 13
135:23
monkey    53:4
93:5    129:16
130:18
month    26:20
54:11    101:9,
15, 20
months    13:2
15:18    38:8
63:11, 12
MORNING    3:1
109:15
124:24
126:24
Morrow    25:18
26:1    81:20
Mory    81:14,
16
motherfucker
114:3, 8, 10,
21, 23
127:16    130:1
motherfuckers
67:18
mouth    74:16
89:17    94:20
131:15
move    10:7
12:19    24:1
31:19    41:15
64:12, 14
65:2, 14, 17
66:17    67:6,
17, 18
101:22
110:22, 24

115:9, 10
121:16
123:16, 17
126:12, 20
moved    32:22
42:3, 8
64:10    66:11,
18, 22    67:13
73:18, 23
76:12, 15, 19
78:12    134:10
Movers    15:10
16:3, 6, 7,
10, 12, 16
moving    23:5,
7    41:15
94:1    123:8,
9, 13, 17, 20
124:19
126:14
multiple
37:2    44:17
46:4    77:24
85:12    132:1
muni    20:5
Municipal
20:1    39:16
40:2
Muslin    69:12
muted    50:17,
18

< N >
naked    83:10
84:7
name    9:8, 10
11:4, 12, 14
15:11, 13
20:16, 18
23:17    24:13
30:9, 12, 14
34:22    40:19,
20, 21, 23
44:14    53:11,
21    68:3, 9
79:6    81:14,
16    94:17
121:4
127:13    128:5
named    39:15
141:6
names    24:10
43:15, 18
44:8    59:19
72:12    73:2
79:10, 14

80:3   88:21
100:7, *11*
**Nancy**   53:6
133:6
**necessary**
9:18
**neck**   41:20
45:17, *18*
48:20, *21, 22*
78:2   119:8,
*17, 18, 19, 20*
120:9, *11, 23*
132:6
**need**   6:20
7:19   60:24
66:17   68:18
89:15
106:*11*
126:20   130:8
**needed**   61:5
85:16   125:18
**needs**   66:17
**never**   38:22
54:14   63:7,
*14*   69:18, *21*
70:4, *6*
83:17, *19*
94:2   136:24
**New**   2:8
31:15, *18, 19*
67:13
**nice**   64:18
**night**   103:*11*
**nine**   122:24
**normal**
102:*14, 18*
**NORRIS**   2:2
4:*6*   5:*21*,
*24*   6:2, *5, 8,*
*12, 16, 21*
7:5, *10*
8:15, *18, 21*
9:*1, 4, 12,*
*23*   10:3, *8,*
*14, 16, 23*
11:6   14:15
19:2   26:9
27:18   30:17,
*22*   31:*1, 8*
49:*1, 7, 10,*
*13, 17, 24*
50:3, *10, 18*
51:15, *20*
53:15, *18*
54:20   58:18
59:*2, 7*

75:11   92:12
101:*22*
106:9, *13, 19,*
*21, 24*
112:20, *22*
113:6, *13, 17,*
*21*   116:3, *11,*
*15, 18, 21*
117:9, *11, 19*
121:17
122:4, *10*
127:23
129:10
130:15
135:3
136:11, *23*
138:15, *22, 23*
**norris.ae@gmail**
**.com**   2:4
**Norris's**
136:15
**nose**   42:*12,*
*14, 17, 21*
43:5   107:*20,*
*23*
**notary**   3:*12,*
*15*   140:*15,*
*20*   141:*4, 22*
**notes**   3:*12*
95:21
106:*12*   123:6
**noting**   140:6
**November**
94:*13, 15*
95:*22*   96:3
**number**   5:11
103:17, *22*
**numbers**
100:15
**nurse**   57:8
58:2   61:2
124:3   125:4
130:7   131:2
**nurses**   60:9
**NW**   2:3

< O >
**Obama**   53:6
133:6
**object**   8:15,
*22*   9:13
10:16, *18*
112:*19, 21*
114:6   124:1
130:13

**objected**
114:12
**objection**
10:21   14:15,
*17*   58:18, *21*
59:5   75:*11,*
*12*   117:17
118:23
119:7   120:8,
*16*   121:16
122:22
123:3, *11*
124:*21*
127:*11, 21*
129:7
131:24
132:24
**objections**
9:6
**observable**
81:10
**observe**   76:6
84:8   103:4,
*17*   104:*14,*
*16, 19*
**observed**
79:7, *11*
82:4, *5, 8*
87:7   97:*14,*
*15*   102:22
103:*1*   104:*3,*
*5*
**obtain**   17:13
22:8
**obviously**
75:*12*   90:18
**occurred**
34:13   37:13
54:*3*   57:4
73:*19*   77:3
79:7, *11*
84:*12, 18*
88:15   95:8
102:21
117:8
135:17
136:7   137:*5,*
*18*
**October**
62:*18, 20*
63:*10*   65:3
69:24   71:2
72:8, *17, 21*
73:*6, 20*
74:*3*   75:*2,*
*7*   76:*7, 15,*

*22*   77:*4, 18,*
*23*   78:*12, 22*
79:*8, 12*
80:*18*   81:23
82:*10, 12, 20*
83:24   84:*10,*
*13, 14*   85:24
90:4, *5, 23*
91:*8, 12, 19,*
*20*   96:16
99:23   124:19
**offensive**
52:9
**offered**   87:8
**office**   61:*12,*
*24*   84:9
88:22   91:7
96:14   99:14
105:24
106:*4*   141:*19*
**officer**
40:17, *23*
43:*21*   44:1
45:*2, 15*
46:*3, 18, 24*
47:*12*   51:5
52:5, *8, 12,*
*17*   53:12
58:4, *10, 15*
61:11   68:4,
*22*   69:8, *17,*
*22*   70:2, *24*
71:4, *22*
72:7   73:4
74:2, *24*
75:4, *6, 15,*
*16, 18*   84:8
87:5   88:*1,*
*6, 23*   89:9,
*20*   90:4, *10,*
*19, 21*   91:13
96:14   102:6
107:20
111:4, *9*
112:14
118:14
121:4   133:15
**officers**
43:*11, 16, 17*
46:21   47:17
53:2   65:*14,*
*17*   66:24
67:10   77:18
78:21   80:18
81:24   100:*6,*
*9*   102:21

103:2, *10, 19*
105:10, *17,*
*23*   106:5
111:7
115:23
118:20
**officer's**
40:19
**official**
3:*14*   99:4
**Oh**   6:8
20:17, *18*
21:6   26:11
30:14   51:21
53:18   69:6
75:20   77:6
84:23   85:4
86:3   89:*12,*
*20*   101:15
107:18
129:22
130:8   135:20
**OHIO**   1:*1, 8,*
*23*   2:8
13:3, *5, 8,*
*11, 12, 14*
29:12   140:1
141:2, *5, 19,*
*23*
**once**   28:15
34:4
**open**   48:7,
*10*   85:7
87:14   103:*7,*
*9*   125:24
126:*1, 2*
134:21
**opened**   68:14
128:14
**opinion**
59:15   122:21
**opportunity**
102:20
**opposed**   116:7
**opposing**
114:*12*
**opposite**
78:24
**orange**   8:14
**order**   9:18
138:*20*
**ordered**   40:12
**ordering**
138:*18, 21*
**original**   74:3

outside   69:2
  87:8, 22
  129:2, 3
  130:7, 24
  131:1
outstanding
  7:20
overall
  31:17   32:1
owner/operator
  16:11

< P >
p.m   110:17
  139:3
pack   41:3
  65:19, 24
  66:3   67:14
  76:1   110:22
  111:10, 19
  115:3   127:2,
  15, 16
packed   115:7
packing   41:3
  65:19, 20, 24
  66:2   114:15
  126:12
  128:16
PAGE   4:3
  140:6
paid   20:17,
  19
pain   41:9,
  10   45:17
  48:21, 23
  62:24   77:14
  78:1   81:12,
  13   82:16
  91:16   112:8,
  9   115:11
  117:24
  119:8, 17, 18,
  24   120:1, 2,
  3, 4, 9, 10,
  23   122:24
  123:14, 15,
  18   124:8, 9,
  16   125:18,
  19   132:6, 7,
  8, 9
painful
  107:10
pains   41:9
paper   33:12
  112:23

papers   33:10,
  14
paperwork
  23:7
Parkway   2:8
part   57:23
  61:14, 20
  64:14, 20
  78:6   80:13
  98:3, 9
  112:11
  116:20
particular
  79:14
  118:17
  119:3   134:23
parties   3:8
  141:15, 16
pay   15:21
  20:5, 8, 13
peacefully
  124:12
Pelosi   53:6
  133:6
pending   122:9
people   30:14
  46:4   58:9
  59:16   60:7,
  11   64:15, 17
  70:13   93:14
  96:2   102:9
  103:6   104:1,
  3   121:11, 21
  131:9
  134:12, 18
PEOPLES   1:18
  141:4, 21
perceived
  61:10
perfect   130:9
perfectly
  9:17
performing
  18:19
permit   5:17
person   17:21
  65:21, 22
  80:8, 12
  84:22   86:1,
  14   99:11
  123:17   127:9
personal
  98:8   105:15,
  21   106:2
personally
  100:2

104:14, 16
  105:9
persons   70:7
phone   99:12
phonetic   15:9
physical   8:2
  9:2, 7, 15,
  17   11:5
  17:16   18:18
  31:17   32:1
  33:18, 22, 23
  34:1, 20
  35:5   36:5,
  7   48:18
  54:12   74:1
  75:3   85:2
  90:3, 20
  91:11   103:18
physically
  7:23   18:6
  20:8   23:4,
  6, 7   43:21
  44:1   47:13
  67:9   69:17,
  22   70:24
  72:20   78:2
  81:10   104:18
pick   84:6
picked   69:14
  110:6
pickup   40:9
pills   55:20
place   12:17
  19:12   25:3
  63:23   64:23
  66:17   69:9
  81:23   83:5,
  8   84:7
  87:20   92:22
  93:16   96:24
  103:18
  106:3
  115:23
  121:21
  131:7, 8
  134:9, 11
  141:13
placed   96:15,
  21   97:5
plaintiff   3:9
Plaintiffs
  1:5   2:4
plan   12:14
planning
  18:13
plans   12:19

plead   36:11,
  13
pleaded   36:14
please   5:12
  8:12   10:6
  34:16   50:20
  51:9   61:15
  66:20   86:20
  90:7   101:6
  122:10
  127:7   129:8
pod   41:23
  43:16, 18
  47:15   64:15,
  17   87:22
  89:21
  100:12   111:7
point   5:11
  16:4   38:19
  53:15   70:3
  75:5   88:7
  115:22
  120:2
  123:24
  138:19
police   36:24
political
  39:4, 8, 9
port   22:21,
  22   23:9
portion
  45:14, 24
  46:2   47:23
  70:24   71:21
  87:22
portions   45:1
position
  23:11, 19
possible
  6:12   50:11
post-high
  21:14, 17
power   60:7
practitioner
  16:23   17:17,
  22   18:6, 17,
  22   19:18, 21
  58:5, 14
  135:11, 15
  136:5   137:4,
  17
practitioners
  19:16   29:23
  59:22

prayer   69:14
  96:15   97:2,
  5
prefer   49:15
  116:6
prepared
  116:7
prescribed
  56:14
presence
  3:13   11:5
  140:17   141:9
PRESENT   2:9
  7:23   37:12
  44:11, 15
  66:24   88:14
  94:19
pressure
  33:7   55:20,
  22   107:8
  108:2   123:9,
  14, 19
pretty   106:8
previously
  116:7
Prior   15:4
  20:20, 23
  22:13   25:12,
  14, 21   29:1
  38:20   40:3
  45:3   75:1
  136:23
prison   29:10
  33:19   38:9
prisons   30:4
  32:3
private
  104:10
  105:2, 3
probably
  15:17   56:10
probation
  37:17
problem
  111:21
proceeding
  14:14   26:12
process
  33:19   60:13,
  17   61:7
  65:16
  104:15, 21
produced
  113:19

PROFESSIONAL 1:19 22:5 141:22
proof 3:14
properly 42:11 43:1, 4
prove 93:14
provide 33:2
provided 32:12
provider 28:20
providing 30:19
public 140:15, 20 141:4, 22
pull 112:3, 16 113:11
pulled 33:12 41:6 78:4 85:8 88:12 89:11, 13 90:11 97:3 105:2 115:6, 8 133:19, 21 134:5
pulling 90:1
punch 34:19 94:5 118:9
punched 70:7 71:9, 11, 18 74:19 75:22 78:2, 7 94:4
punches 46:12 81:12 112:5 132:8
punching 44:8, 9 45:6 66:5 67:24 71:6, 8, 9 72:7 74:16, 17 76:5 112:6 115:19 128:7, 18 131:14, 15
punishment 109:23
purpose 113:5
purposes 5:13 65:3
push 41:16 51:6 118:2, 3, 9

pushed 40:16, 22 41:16, 17 45:16 51:7, 13, 24 89:6, 14 90:12 94:5, 8 118:2, 4 121:3, 10
pushing 47:13 90:2
put 35:12, 15, 18 42:5 48:3 61:1, 5 70:20 108:8
Putting 23:1 30:13 33:7

< Q >
qualifications 3:15
qualified 141:5
quarantine 64:3, 4, 8, 14, 15, 17, 18 65:3, 15 126:13, 14
quarantined 64:1
question 5:14, 22 6:24 7:3, 20 10:12, 19 13:9 18:4, 12 28:18 31:6 32:6, 24 45:20 51:17 58:12, 19, 22 59:3, 8, 12 61:14, 15, 18 64:13 66:13, 16, 22 96:6 97:8 98:16, 17, 18, 19, 23 100:1, 16, 17, 21, 22 101:6, 7, 18 108:23 112:12 114:12 117:1, 3 122:9, 11 123:12 126:20 129:9 133:1

136:2, 15 137:16
questions 5:11, 12, 18 31:16, 20, 22 32:1, 11, 15 33:2, 4 49:5 65:18 66:15 96:4 106:10, 17, 19 112:2 116:22 135:4 136:23, 24 137:8, 11 138:8
quick 5:21 114:9
quickly 19:12
quietly 111:12 124:12
quite 12:20 32:22

< R >
racial 34:9 35:2 58:9 69:13 102:10
racism 80:11
racist 52:12, 15
R-a-d-e-y-s 15:15
R-a-d-y-s 15:14
railing 117:21 121:10
rate 15:21
read 61:17, 18 122:9, 11 140:4, 16
reading 116:3, 5, 6, 9, 11, 13 140:14
real 66:14 114:9
realize 66:4 82:8 127:3 133:19
realized 75:21 78:3 94:7 110:6 111:19

127:4
128:17
132:2 133:18
really 17:1 32:18 40:14 41:11 47:21 48:13, 14 51:8 57:17 60:11, 12, 24 62:12, 15 68:7 82:6 87:11 89:3 90:15 91:4 92:18 103:17 108:7 112:9 115:11, 12, 24 118:1, 8, 18 119:3 121:15 122:12, 14, 23, 24 123:13, 18 124:5 128:5 137:20 138:5, 7
reason 7:20 18:1 23:22 26:24 33:3 37:21 39:3 56:13 83:21 91:20 107:22 109:3
reasonable 108:17
reasons 39:5, 8, 10 65:15 66:11 83:20
recall 33:17 34:12 40:22 43:13 46:1, 17, 20 51:11 52:4, 7, 10, 11 53:11, 22 55:2, 5, 9 59:19 68:21 72:16 73:2, 4 75:8, 9 77:9, 16 78:11, 19 85:19 90:17 103:24 112:13, 14, 16, 23 113:6 134:16

recalling 49:11
receive 28:19 77:2
received 31:3 61:11 102:5
receiving 17:3 62:5
Recess 50:14 106:14
recognize 81:14, 16
recollection 26:16 31:24 47:12, 16 72:19 74:23 82:19 84:17 99:10 113:3
reconduct 117:7
record 5:13, 19 6:7, 17, 18, 20 7:13, 14, 15 8:10 9:3, 8, 19 10:23 11:13 43:9 48:3 65:13 83:22 87:3 106:15 122:6 127:20
recording 5:24 6:3, 4
records 25:11 27:18, 19 29:5 32:11 33:1
recreation 45:11 108:5 121:8 125:24
Recross-Examination 4:6 135:8
reduced 3:11
reflect 48:3 95:21
refresh 29:2 54:23 84:17 96:1 113:14 117:6
refuse 110:9
refused 110:8
regarding 29:10 32:1 61:9 79:18 91:8 95:4

99:4, 12
105:16
106:3   107:3
relative
141:14
release   38:2
released
26:23   27:1,
5, 9   28:9
39:12   80:9
Relevancy
14:16
relevant   9:1,
3
remember
15:18, 20, 24
16:19, 21
17:1, 3, 5, 6
18:20   20:7,
16, 18   21:13
22:9, 11
23:12, 13
26:17, 18, 20
28:16, 23, 24
29:16, 17, 18
30:6, 7
31:12, 14
32:5, 9, 16,
18   33:9, 12,
24   34:6, 10,
11, 22, 23
35:1, 10
37:19, 23
38:17, 18
40:6, 13, 14,
20   43:14
44:7, 16, 21,
22, 23   46:14,
23   47:7, 8,
18, 22   48:12,
13, 14   51:8
52:10, 20, 21,
22   53:21
54:10   55:24
56:6, 12, 17,
18, 21   59:20
60:2, 3, 4
62:12, 16
63:12   67:4
68:7, 9
70:18, 22
76:10   77:1,
12   78:17, 18
79:13, 15
80:7, 10, 15
82:13   87:11,

14, 16   89:3
90:13, 14, 15,
16, 24   91:4,
9, 15, 17, 22,
24   94:15, 17,
23   95:1
96:10, 18, 20,
22, 23   99:8
102:16, 18
104:6   105:4,
5   110:17
111:2, 4, 8
118:18
119:3
122:12, 14
126:4, 5
136:9   137:8,
10, 12, 13, 20,
23, 24   138:5
remove   23:9
removed
110:19
repeat   35:21
78:5
rephrase
59:3   114:11
REPORTER
1:19   5:19
6:6, 20   8:9
9:9   11:15,
17, 20   14:4,
8   39:9
86:20   87:1
122:8
138:11, 18,
21   141:22
REPORTING
1:20
representative
99:10
represented
20:9   26:21
37:20
request   6:21
60:18, 20, 22
135:18
requested
67:14
require   46:16
required
41:22
reside   12:2,
4   24:15
resist   70:5,
6

respect
20:13, 14
32:21   90:22
106:4
respective
3:8
responsibilitie
s   22:19
rest   43:17
64:19   68:11,
12   108:16
restate   51:9
restriction
17:17
result   48:19
77:17   80:17
81:3, 9
91:12   135:16
return   18:22
88:2, 4
returns
23:14   122:7
review   29:1,
5, 9   51:2
91:1, 2
ridiculous
9:16, 17
Riepenhoff
2:7
right   8:13
12:3, 13
13:17   17:5,
12, 15   22:7
27:13   38:9
40:18   44:5
50:23   51:21,
22   62:6, 21
66:2, 3
67:7, 8, 11
71:20   72:3
82:3, 7
83:1, 3, 7,
12   86:11
87:6, 24
88:3   94:11,
24   95:6, 11,
12   98:18, 19
99:21
100:19
102:1
106:21
107:4
111:11
114:7
119:19, 20,
21   120:9

125:20
127:18
130:3, 5
132:19
138:7, 16
rights   64:22,
23   65:9
109:22
ringing
109:12
Riverside
1:23
Robert   39:15,
18, 19, 20, 24
40:6   85:8
Roberts
53:19, 20, 24
54:1, 6, 12,
14, 16   69:1,
11   70:2
72:9, 10, 13,
16   73:1, 8,
9   74:7, 12,
15   77:24
78:7   84:24
85:1, 3, 23
86:9   87:7,
19   88:2, 6,
23   89:10, 11
90:4, 10, 19,
22   91:13
96:15, 21
97:5   128:3
129:12, 14,
15   130:11,
17   131:9, 13
role   10:15,
18
room   26:10
41:2, 5
69:15   74:20
89:12
104:10
105:2, 3
108:11, 12,
13   115:6, 8
129:21
131:18
rude   60:11,
12
rug   69:14
96:15, 21
97:2, 5
rules   5:10
11:1

Ryder's   15:9,
14, 15

< S >
salary   15:23
23:11
salt   63:21,
22, 23, 24
125:5, 8, 9,
10, 12, 14, 16
Sanders   99:19
saw   79:3, 4
84:15   89:2
91:19   103:6,
21   121:23
128:17
saying   9:24
30:14   49:7
53:5, 9
64:22   82:22
89:5   100:24
110:11
112:15
114:21
117:13
118:17
121:19
129:22   130:3
says   5:5
6:17   114:2
school   21:10,
14, 17, 24
screen   113:12
seal   141:19
seaport   22:16
second   6:2
8:18, 19, 22
25:22   41:23
85:6   126:3
129:5
secured   87:22
see   18:10,
13   19:5, 14,
15   33:11
43:7   47:17
50:20   61:2
62:10   65:8
74:6   77:6
78:20   81:8
83:11   91:3
100:2   113:5,
11, 24   121:5
131:3
seeing   129:20
seek   55:7
80:16

**seen** 19:2, 4, 8, 9 24:20 80:8 94:12, 16 100:4, 13 134:18, 20, 22, 24 135:1
**selective** 137:21
**sell** 125:8
**send** 64:7 126:21, 22 135:22
**sent** 64:3, 4 65:14 126:23
**sentence** 37:21
**sentenced** 37:17 38:8
**separate** 95:17
**sergeant** 53:20 133:2
**seriously** 132:8
**service** 23:3
**SERVICES** 1:20
**SESSION** 3:1
**set** 19:23 141:18
**setting** 83:20
**severe** 120:14, 17, 22
**share** 55:16 57:3 65:15 113:10
**shared** 53:13 68:23 78:20 79:8, 11 83:21
**sharing** 64:2
**shed** 93:10
**sheriff** 61:24
**sheriff's** 61:12, 24 84:9 88:22 91:7 96:14 99:13 105:24 106:4
**shit** 76:1 114:3, 9, 22 127:2, 16
**shooting** 103:23
**shoulders** 37:3
**shout** 60:10

**shouting** 41:4 60:7 70:11 121:11, 12, 15 129:22
**show** 117:5
**showed** 33:1
**shows** 109:21
**Shut** 89:17
**sic** 16:5 126:6
**sick** 64:8 66:18, 19, 21, 23 126:19
**side** 47:6, 7
**sides** 119:15
**sign** 30:2, 8, 11 31:9 33:9, 10 109:21 110:1, 8, 9, 13 138:15
**signature** 33:11, 14 138:12, 14, 24
**signed** 113:1 140:16
**signing** 30:6, 7 31:13 140:14
**sir** 7:18, 22 11:22 18:15 21:11, 13 27:11, 17 29:16 33:24 39:7 41:24 51:1 55:5, 6 57:2 63:4 69:20 78:5 81:1, 18 87:2 89:7, 15 90:8, 13, 24 97:7 98:11, 21 100:16, 18, 23 106:1, 18 138:9, 10
**sit** 17:2 18:4, 16 19:7 31:24 33:17 45:13 46:1, 15 47:11 52:3 58:4 77:16 90:17 99:9

**sitting** 12:18 65:23 68:12 70:1 75:24 127:3, 14 128:21 130:6
**situation** 102:13 126:17
**six** 47:20, 21 63:11, 12 67:3 70:13
**sixth** 116:1
**slammed** 85:13 88:13 133:21 134:5
**slamming** 88:9
**slams** 85:12
**slid** 110:4, 5
**slower** 35:21
**slowly** 115:21 123:8, 9, 13, 17, 20
**slur** 34:9 35:3
**slurs** 58:9 102:10
**small** 83:5
**Smith** 59:21
**society** 93:2, 15
**somebody** 18:9, 11 39:15 40:7, 8 41:14, 16 53:20 80:9, 11 86:5, 7, 8 87:13, 15, 17 92:13 93:4 94:16 96:23 99:16 118:4
**son** 24:22 37:14
**soon** 12:19 109:18
**sore** 62:19, 23, 24 63:8, 15, 16 64:2, 6 124:24 125:3
**sorry** 5:23 6:5 13:15 14:4 26:11 35:20 37:9

**39:6 49:21 54:21 57:22 63:5 78:5 81:1 92:12, 13, 14 98:21 100:23 105:20 108:21 111:2, 14 112:11, 20 127:19 130:8**
**sort** 45:23 91:6
**sought** 55:3
**sounds** 49:10 106:13
**source** 15:5 32:14
**SOUTHERN** 1:1
**speak** 10:9, 13, 17
**speaking** 10:21 99:10
**specific** 28:19 32:24 45:20 46:17 47:12 52:22, 24 53:11 68:4, 21, 22 70:23 72:6 74:24 75:15, 16 82:7 90:22 102:16, 20 103:24 104:3 117:6 137:16
**specifically** 55:8 119:6
**specified** 141:13
**Spell** 8:11 15:11 21:4 24:13
**spelling** 8:8 11:4
**spend** 25:11, 18 39:13
**spending** 135:23
**spoke** 24:22 80:8, 11 99:6, 8
**spoken** 79:16 99:2

**sports** 45:10, 11
**spouse** 36:3, 6
**Spurgin** 26:12
**square** 26:16
**SS** 140:1 141:2
**staff** 60:15 62:20 82:20 86:13
**stair** 116:1
**stairs** 40:16 41:8, 12 45:9, 22 46:22 47:2, 14, 19 51:6 112:8 115:20 117:14, 15, 20 118:14, 15 119:2, 6
**stairway** 115:24
**standing** 68:13 97:4
**start** 86:21 112:3 135:19
**started** 25:9 35:4 41:5 64:21 66:5 67:12, 24 68:13, 15 74:15 76:5 86:12 93:18 127:12 128:6, 7 131:14
**starting** 41:4
**state** 11:12 13:3, 10, 12 116:6 135:10 140:1 141:2, 5, 23
**stated** 140:15
**statement** 49:2, 14 54:21 97:4 114:2
**STATES** 1:1 13:1, 4, 7, 13 16:2 20:24 21:23 22:14 23:23 25:4 29:7,

**11,** 22 30:4
32:3, 23
33:20 35:8
38:20 93:12
**stating** 12:1
136:15
**statute** 3:10
**stay** 12:14,
16 29:10
133:4
**stayed** 27:2,
7
**staying** 27:1
**steno** 6:4
**stenotypy**
3:12 141:9
**steps** 17:8,
13
**stepson** 37:15
**stipulate**
51:23
**stipulated**
3:7
**STIPULATIONS**
3:5
**stood** 117:22
**Stop** 115:14,
15, 22
121:14, 20
126:3 129:23
**stopped**
115:23 120:3
**story** 57:11
113:23
**straight**
78:8 119:22
**strange**
118:10
**Street** 2:3
8:4 9:11,
21 11:4, 9
**strike** 121:16
**strong** 118:2,
3
**stuff** 23:10
30:16 33:7
41:3 56:8
60:7 78:4
110:22
111:10, 20
114:5 115:3,
7 126:12
**subject**
109:23
**submitted**
140:13

**substance**
140:7
**sue** 39:16, 22
**sued** 39:15
40:5, 7, 12
**suffer** 91:11
119:5 120:4
**suffered**
119:9, 24
**suffering**
91:14
**suggest** 27:8
**Suite** 2:3, 8
**super** 93:20
**supervision**
106:3
**supervisor**
65:7 75:21
126:21, 22
128:16
**suppose** 94:16
**supposed** 93:9
**Sure** 20:11
25:10 27:14,
19 28:24
59:7 61:16
74:22 78:23
79:4 82:1,
2 85:21
86:23 87:18
96:19 99:1
101:23
104:4
116:17
117:9, 14
127:19
136:21 137:1
**surrounding**
53:23
**sustained**
77:17
**swallow** 63:17
**swelling**
55:7, 10, 13,
19, 21
117:22
123:15 124:7
**swollen**
41:10 103:8
107:9
123:18 124:8
**sworn** 5:4
49:2 141:7
**system** 57:1

**< T >**

**table** 74:14
133:22
**take** 5:18
7:8, 19
9:19 31:21
38:1 50:1,
11 55:20
56:24 64:19
68:19 74:18
83:3, 5, 8
84:23 85:16,
18 86:3, 11,
13, 14, 17
87:8, 16, 19
88:17, 18, 20
89:20, 21, 23
97:2 104:10
106:7, 11
107:22
108:8, 9
112:7 124:6,
16 131:12
134:8
**taken** 3:11
17:8, 13
45:3, 9
50:14 87:3
88:7 106:14
141:8, 12
**talk** 7:9
21:23 45:22
57:10 58:3
65:7 75:20
83:12, 18, 19
84:1, 3, 5
89:15 99:7
100:20
101:16, 21
124:14
126:21, 23
128:16
**talked** 9:5
57:5 92:7
97:9 102:24
**talking** 22:1
30:18 31:2
86:23 89:17,
19 101:20
108:10
**tax** 23:14
**tears** 93:11
**technical**
5:22 7:4
**teeth** 78:4
94:6, 7, 19
97:23

**Telephone**
2:4, 9
**tell** 9:7, 21
21:20 22:12
25:6 34:16
41:1 45:13
54:2 59:10
64:4 68:3
70:23 71:4
72:6 74:8
77:22 82:3,
7, 10, 14, 16
83:2, 7
84:12 85:2,
4, 5, 9 90:7,
16 91:3
92:1, 5
94:18 95:7
96:13 97:21
102:20
103:20
104:1, 20
109:5 130:11
**telling**
68:24 82:13,
20 93:5
95:18 97:13
**ten** 108:10
123:1 133:4
**terms** 52:24
53:1
**tested** 63:14
64:5
**testified**
53:23 54:1
99:22 113:3,
4
**testifies** 5:5
**testify** 141:7
**testifying**
116:8
**testimony**
46:7 66:10
67:8 70:12
71:10, 17
72:15 73:10,
13 85:22
88:5 140:5
141:8, 12
**Thank** 11:11,
20, 22 12:1
14:8 78:10
102:2
106:21
135:3 138:10

**thing** 54:4
67:23 75:9
77:7 82:14,
17 87:18
**things** 10:20
32:19 53:9,
10 67:5, 13,
15 102:22
111:22
114:15
116:22
125:11
135:2 137:9,
12, 23 138:4
**think** 6:19
7:10 9:7
10:19 12:22
16:20, 24
17:6 20:11,
12, 17 22:11
26:18 28:13,
16, 23 30:23
31:2 33:13,
14 34:4
36:4 38:10,
13 40:7, 8,
13 42:4
43:13 47:4,
5, 20, 21, 22
51:8, 15
53:14 54:8,
19, 20 55:21,
23 56:9, 18
57:17 58:10,
11, 18, 19
59:4, 20
60:2, 4, 8, 9,
23 61:3
62:1, 2, 16
67:2, 3
68:6, 8, 24
69:10 70:15,
16 73:7, 9
75:11 77:12
78:16, 17, 24
79:14 80:8,
10, 20, 21
82:13 83:17,
18 84:15
91:9, 15
92:24 93:10
94:22 95:1,
15 96:17, 20
99:15, 17
101:7, 22
104:22, 23

106:8
107:21
111:15, 16
113:17
116:8, 19
117:2, 7
123:1, 7
125:1   126:6
128:1
132:14   134:1
thinking
57:17   135:21
thought
30:21   74:17,
18   94:6
108:17, 18
120:3   131:11
threat   102:5
threats
102:8   103:1
three   43:13
70:7, 16
127:15
threw   68:1
70:8   75:22
throat   62:19,
23, 24   63:1,
8, 15, 16
64:2, 6
125:1, 3, 6,
16
throw   66:6
68:20   128:8
129:1
throwing
127:6   128:18
thrown   66:5
Thurkill
132:20
133:15
ticket   42:22
107:13, 17
109:1, 2, 3,
6, 8, 9, 17,
20, 22   110:4,
5, 6, 7   133:3
time   3:11
5:20   7:11
12:19   13:1,
4   16:2, 20
24:20   25:6,
12, 18, 22
28:2   29:6,
20   30:3
31:10, 15, 17,
20, 22   33:12

34:2   35:7
38:20   44:2
45:3   46:19
47:13   50:9
52:23   56:2,
15   58:7, 15
59:24   60:8
61:8   62:8
65:20   66:4
70:3   71:1
73:16   75:1
78:11, 15, 21
80:6   92:24
93:10   102:6,
12   103:2
106:18
108:4, 16
119:9, 24
120:1, 2, 5
134:1, 2, 4
136:7   137:6
138:3, 9, 23
141:12
times   32:2,
13   37:2
55:2   56:19
71:18   77:24
85:13   93:9
118:21
132:1   137:11
tired   115:22
117:16, 20
today   5:11
6:3, 7   7:24
12:18   17:2
18:5, 16
19:7   29:2
31:24   33:17
45:13   46:1,
7, 15   47:11
52:3   58:4
77:16   90:17
92:7   99:9
102:19, 24
105:11
106:17, 18
113:4   138:9
toilet   69:14
96:15, 21, 24
97:6
told   30:24
32:17   43:2,
4   57:10, 13,
15   80:7
82:17, 24
83:16, 17

84:1, 2, 4
85:15   86:13
88:17   90:11,
18   91:18
94:24   96:19
97:7   102:4
104:2, 8, 12,
18   105:5, 7
107:22
108:3, 6, 11,
12   111:1, 20
124:5, 11
125:3, 4
126:11
130:17
136:10
137:10, 11
tooth   94:3,
10   101:3
top   119:19
120:12
topic   94:1
touch   43:21
44:1
touched   44:6
70:24   71:5
89:9
touching
45:2   72:20
TRACI   1:18
141:4, 21
trade   22:3
trained
135:12
Training
22:5   105:16,
18, 19, 22
Trans   23:20,
21
transcribed
3:13   141:10
transcript
140:4, 13, 16
141:11
transfer
67:14
transferred
27:3, 4, 9
28:21   44:19
67:7
transit   22:3,
15, 16, 20
23:2, 18
transporting
86:10
trauma   92:9

traveled
13:11
treated
16:22   18:21
28:2, 8
29:20   55:19,
21   93:13
treatment
17:3   28:20
30:15   61:10
62:5   77:3
92:21   93:13
tried   96:4
118:11, 12
trouble   49:11
truck   15:6
40:9, 10, 11
trucks   22:24
23:1
true   140:7
141:11
truth   141:7
truthful
29:22
try   58:12
69:3, 4
83:3   93:14
115:15
118:12
trying   19:12
34:10   59:23
85:1, 7
96:23, 24
101:5   112:7
114:4   115:9
133:20, 23
134:3, 4
turn   10:8,
13   106:20
119:20, 23
twice   9:6
two   9:6
24:9   37:8,
11   47:4, 5
61:2   64:17
72:10   73:2
95:17
129:12, 14, 15
Tylenol
56:20, 22, 23
61:3   77:14
80:21
124:15, 16,
17   132:12
type   54:4

< U >
U.S   24:16
ultimate   30:5
unable   18:7
20:4
undergo
105:18, 19
undergone
105:16
undersigned
140:15
understand
5:12   7:3
9:10   18:12
21:2   25:11
32:20   35:20
37:9   39:6
41:19   45:21
59:11   61:15
62:17   65:7
66:9, 11
71:17   72:15
74:23   75:14
81:8   85:21
94:1   98:21
106:19
109:8   137:2,
15
understanding
26:4   35:11,
14   43:20
understands
59:7
understood
5:14
undertaken
105:22
undress   83:9
unfair   93:14
unfortunately
84:22
UNITED   1:1
12:24   13:4,
7, 13   16:2
20:24   21:23
22:13   23:23
25:4   29:7,
11, 22   30:4
32:3, 23
33:20   35:8
38:20   93:12
upper   71:19
72:1
upset   41:14
64:1, 10

65:14   66:10
118:1
**use**   53:2
54:22   74:24
93:19   125:18
**usually**
125:12
**uttered**   53:12

**< V >**
**Van**   39:15,
17, 19, 20, 24
40:5, 6
**V-a-n**   39:21
**various**   20:9
30:2, 3
31:10   32:3,
12   71:18
**verbally**
118:20, 24
119:1   124:4
**Veronica**
13:24   14:10,
14, 20, 24
15:2   24:6
25:1   36:6,
12, 18, 20
37:13   38:12
97:17
100:20
101:2, 8, 16,
21

**VIDEOCONFERENCE**
1:12
**videos**   43:6,
7
**videotaping**
6:7, 9
**violation**
26:8   35:19
36:3, 12
**violations**
35:17, 22, 24
36:2
**violence**
36:12, 16, 17,
23   37:6, 13,
18   38:6, 16
105:9
**vis-à-vis**
103:2
**visible**   81:2
**visit**   17:23
18:2, 3

54:9, 11
87:8, 23
**visitation**
85:24   87:4
89:12
**visited**   17:22
**visiting**
13:21
**visitors**
62:10
**voluntarily**
38:14, 15
**vs**   1:6

**< W >**
**wait**   61:1, 5
122:5   125:15
**waiting**
26:10   87:7
109:24
**waive**   109:21
**waived**   3:15
138:24
**walk**   41:11
45:22   87:21
103:15
107:10
108:1, 4
118:12   121:8
**walked**   131:17
**walking**
46:24   47:14
103:12, 14
107:11
108:3
123:21
134:19
**wall**   74:13,
14   85:12, 13
88:10, 13
89:6, 14
90:2, 12
131:10
**Walton**   2:8
**want**   12:16
25:10   27:14
31:1   37:24
49:3, 6
50:1   54:2,
22   57:10, 11,
16, 17   62:17
63:23   64:12,
14   65:18, 24
67:16, 17, 18,
19   74:22
75:20   76:1,

2, 3   81:7
83:6, 12
84:1, 3, 5
85:20, 21
86:22   92:24
93:5, 24
100:21
101:13
104:4   105:1
107:1
110:24
111:19
112:2
116:16
117:14
124:5, 11, 13
125:15, 17
126:19
127:1, 2, 15,
16, 17, 19
129:15, 17,
18   130:18,
19   134:10
136:21
137:1, 24
138:11, 13
**wanted**   26:10
30:21   49:13
50:12   66:15
74:18   85:15
88:4   96:6
105:1
112:22
113:24
127:7
128:16
131:12
132:17
**wanting**
101:24
**warm**   63:21,
22   125:5
**Washington**
2:3
**water**   49:19,
22, 23   63:17,
21, 22   125:5,
11
**way**   28:13
49:16   74:4
92:3, 8
97:24   117:23
**wear**   42:24
43:3, 4
**wearing**
42:11, 13, 16,

22   107:23
109:5, 7
**week**   16:15
18:3, 13
19:14
**weight**   94:5
**well**   16:10
24:23   31:6
37:15   59:9
60:21   61:16
74:10   78:23
81:11   82:21,
22   83:23
95:11   105:4
107:10, 11
108:7
113:10
118:17
122:4
136:10, 14
138:5
**well-being**
31:17   32:2
**went**   13:21
25:23   26:1
31:15   45:12
70:9   74:9
77:8   87:12,
17   108:13,
14   120:11
124:14
125:22, 23
129:24
131:1, 9
**we're**   6:7
9:21   45:21
69:7   71:13,
14   136:21
**West**   8:3
**WESTERN**   1:2
**We've**   9:6
27:20   64:22
102:23
**WHEREOF**
141:18
**white**   103:13
**wife**   16:8,
13   23:24
97:17
**William**   94:13
**witness**   3:13
4:3   6:1
7:8, 12   9:6
11:19   14:6
49:18, 22
50:6, 8, 20

102:1
116:13
129:8, 9
138:10
141:6, 9, 12,
18
**witnessed**
88:22
**witnesses**
9:14
**witness's**
54:24
**word**   69:13
**words**   53:12,
23   54:1, 6,
13   68:21
69:9   92:19
93:18
102:15, 17
114:18, 20
133:12, 13
**work**   6:17
15:7, 16
16:1, 5, 15
17:18, 24
18:7, 19
23:20
**worked**   15:17,
19   23:18, 20
59:13
**working**   16:3,
10, 14   22:15,
16, 20
**workweek**
16:18
**worse**   112:9,
10   132:3
**write**   9:10
15:13
**writes**   110:7
**writing**   3:11
**wrong**   134:1,
3
**wrote**   110:7
113:24

**< Y >**
**Yeah**   6:19,
23   15:14
18:9   19:9
20:11   22:4
25:15   27:20
28:13, 18
34:15   42:10
49:7   50:3,
6   54:8, 21

59:*2*    72:*9*
75:*12*    81:*7*
92:*5, 13, 15*
94:*22*    96:*17*
98:*15*
101:*23*
104:*7*
106:*11*
107:*18*
108:*22*
113:*6, 8*
116:*16, 18,
21*    119:*13*
121:*19*
133:*18*
137:*15, 23*
138:*7, 20*
**year**    21:*12*
22:*8*    80:*1*
101:*10, 21*
**years**    13:*2*
20:*10*
**yelling**    57:*9,
14*    78:*23, 24*
79:*3*    115:*15*
129:*21*
**yesterday**
24:*22*

< Z >
**Zachary**    99:*19*
**Zoom**    1:*15*
113:*9*