## DECLARATION OF BAYONG BROWN BAYONG JAIL ID # 195840

I, **Bayong Brown Bayong Butler County Jail ID # 195840**, hereby swear an affirm that the foregoing in true and correct:

1. I was detained at Butler County Jail for immigrant detention from around April 2020 to May 2021. I previously had Covid19 when I was in the Morrow county jail before coming to Butler and am suffering from health consequences from that diagnosis. I have high blood pressure which has caused swelling in my legs and it is hard to walk. I am also fearful for my life and well-being due to physically and verbally abusive treatment by corrections officers at this facility.

2. On August 13th 2020 I was given a disciplinary ticket related to an allegation that I was not wearing a mask by Corrections Officer (CO) Louis J. Browning. I thought that I had been having a productive discussion with CO Browning about the mask, explaining that I had just come back from the gym, and was out of breath, and this is why I had my mask just below my nose to catch my breath. He seemed to understand, but he locked me down 90 minutes earlier than the other detainees as a preliminary punishment.

3. A few hours later, while I was asleep in the middle of the night he served me a ticket without explaining the different types of violations he had cited ( I was given A-1, B-24, B-15, and C-19) citations). I asked him to explain the violations so that I could understand the ticket but he kept blowing me off and ignoring my questions. He took the ticket back and then said he would return to explain the violations but he did not come back that day. Even in the morning at breakfast (around 5 a.m.), I asked him to explain the violations so that I could sign the ticket. He said that he will come to my cell soon to explain the ticket, but instead of coming to explain the ticket, he wrote "Refused to Sign"

and slid my copy of the ticket, but he did not. A refusal to sign a Butler county jail ticket is treated as a case where the inmate gives up his right to fight the ticket. Hence, the refusal to sign was equated to my being presumed guilty and I was given sanctions without being able to see a sergeant to have the ticket read and heard. I was upset by this.

4. A few days later, on August 17th around 10 p.m. CO Browning asked me to pack my stuff as I was being moved to Isolation (also known as the "Hole") as a part of punishment for the ticket. As I was packing my stuff, CO Browning and some other CO's who he called for back-up came into my room (I am quite sure one of the officers was Phillips but I do not know the names of the others and they often do not have any identification on theme). Although I was being compliant and packing up my stuff, they were verbally abusive and physically started beating and pushing me around and asked me to hurry up. They pushed me and punched on me. "Hurry up and get your shit together mother fucker" and other abusive things. They were using loud and abusive language.

5. I tried to explain to them that I have a lot of pain in my legs because of my high blood pressure. I have severe swelling in my legs and feet and have seen medical staff for this condition due this. But the guards did not listen. I was crying and begging them to please let me leave quietly without the beating and commotion. However, they became more aggressive and started yelling and beating me more. They did not have any weapons but were using their fists and hands. Other inmates in C-Pod heard this and I could hear them yelling at the guards to stop from their cells. Then, they pulled me out of my cell (C-46) which is on the second story of the pod and started to push me to move faster as I was walking towards the stairs. As I started to walk down the stairs, the pain in my legs was getting worse. I held the railing and was walking down the metal stair case-one step at a

time. About half way down the metal stairs, one of the officers got really angry with me and started verbally abusing me. The next thing was that I felt a strong push from behind that caused me to fall down head first at the bottom of the stairs. There are 15 stairs and I was pushed when I was on the 6th stair from the bottom. I am 6'4" and as I fell, I took a stutter step and landed head first on the concrete about 2 feet at the base of the stairs. I was scared that I was going to die. The stairs are metal. I had wounds on my knees and elbows and ankles, along with a severe pain in my neck, a severe headache with concussion type symptoms (blurry vision, dazed, and not able to walk properly). The description of the CO that pushed me is that of CO Phillips and if he is presented in front of me or the other witnesses to that incident, they will be able to identify him. There are also cameras in the day room area that would have been covering the stairs.

6. I was in terrible pain and crying and begging. The CO's did not attend to my wounds even though I was badly hurting. They picked me up and dragged me across the gym and took me to isolation. There the nurse who came to see me was also verbally abusive instead of trying to help me. I do not know her name. She started yelling and saying that I was pretending to have a problem with my legs and that there is nothing wrong with me. I was not treated for my head or neck or other injuries. I was not given any bandages. I was not taken to a doctor. I still have some marks on my legs from the fall and on my elbow.

7. I was taken to a stifling isolation cell in a different part of the jail for five days. I was subject to 23 hour a day lockdown with no access to even a phone call, and no proper medical evaluation or treatment. I was finally given pain medication when I complained about the severity of my pain. I still have headaches and neck pain from the incident.

8. Another incident of violence occurred on 10/20/2020. I woke up that morning with a sore throat and asked the medical department for medical attention. The nurse came around 8 a.m. and checked my vitals along with my temperature. She did not make any comment about my vitals or my temperature. I asked for some medication and she said she will give me some medication and gave me three ibuprofen and she also told me to gargle salt water but she gave me none. I went back to my cell. Around 9 a.m. when they opened the doors of our cells for recreation, my cell door stayed closed. So I asked the CO for pod, Mr. Crowley why our cell door was not opened, he told me that me and my cell mate would have to go into quarantine due to possible Covid-19. He asked us to pack our stuff. I asked for a trash bag to pack my stuff.

9. My Bunkie Ahmed, asked Mr. Crowley if we would quarantine in the same Pod (C-Pod) where were currently housed instead of being moved to special quarantine pod. Ahmed also asked why he needed to be moved along with me because he was not sick and had no symptoms. CO Crowley said that the medical department is the one who controlled this decision and it was not in his power to change it. Ahmed was upset but he was respectful. He was just asking questions about what was happening.

10. Around 15 minutes later, a group of 5 or 6 correction Officers came to our cell. Some came in and one or two stayed in the door way to block the view. Ahmed asked to speak with a medical supervisor to understand why he was being moved. At this point, the CO's got aggressive and started to beat Ahmed. Ahmed was thrown to the ground and beaten by CO Blankton (spelling). I was seated on my bed. A CO sucker punched me then three of them punched me with closed fists. They said "you guys got no right to be here in this place" "Hurry the mother fuck up you bitch". I was crying and asking them what I had

done? One of the CO's A. Roberts said that he wanted to kill me as he threw me on the floor and handcuffed me. As I was being handcuffed, other CO's continued to punch and kick me on the head.

11. Then A. Roberts took me out of my cell to the day room (there are cameras in the day room). He made me sit on the day room table and was yelling abusive things to me such as "I want to kill you, you monkey. I am going to kill you, you goat. I don't care. I am about to lose my job. Before I lose my job, I'll kill you first you fucking immigrant. I can't wait to fuck you up." Other inmates in the Pod heard what he was saying and they started yelling at him to stop.

12. Then the nurse came in and checked up on me. She said all she could see was a black eye. I complained to her of neck pain and other injuries on my head, legs and back from the beating. She said she could not see any knot on my neck or any other injuries.

13. Later on, both me and my cell-mate Ahmed were transferred to isolation in the H-pod. When we got there, the CO A. Roberts took me inside an empty cell. One more officer came in the cell with him and a third officer blocked the door. A. Roberts asked me to kneel down facing the table. I thought he wanted to remove the handcuffs. Instead, he started punching me with closed fists all over my head and face. Then the handcuffs were removed and the CO's left. I realized soon after that I was bleeding from cuts on my face and also from my mouth and I had lost a lower tooth. I received no treatment for my injuries. All I got was ibuprofen, antibiotics and blood pressure medication for my original complaints. I was not told whether I was tested for Covid or whether I had Covid.

14. About a week later on October 28th I had another incident with CO A. Roberts. I was visiting with my attorney for my immigration case, Mr. Zachary Sanders. As I was coming back from the meeting, A. Roberts saw me in the hall way. I asked if I could go back and tell my attorney something because when I saw A. Roberts I wanted to tell Zachary that was the person who had beaten me. But A. Roberts began to grab me and being abusive towards me. He dragged me back to my cell in isolation. Another CO saw that A. Roberts was being overly aggressive with me and had made a fist like he was going to punch me. The other CO who was a female tried to take over and offered to take me to my cell. A. Roberts said he would "handle me" He said "he's a goat and I am going to take this goat back to where he belongs." Before he got to my cell in H- pod he threw me up against the wall in the hall way. He then put me back in my cell in H-pod.

15. Ahmed and I were kept in isolation in H Pod for 15 days.

16. On November 13th I was taken to see a dentist and the dentist said that he counted my teeth and that I did not have any missing teeth.

17. Our cell was very freezing cold and it felt like they still had the air conditioning on. They came to check it and said it was fine. We have been trying to cover the thing that blows the air but they took the cover down.

18. I felt very scared for my life in the facility every day.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Jul 27, 2023
                                                                                                     Date

Bayong Brown Bayong (Jul 27, 2023 15:29 GMT+1)

Bayong Brown Bayong